IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO.: 1:15cr0038 |
| v. ) | |
| ) | Judge Christopher A. Boyko |
| DAVID WAYNE VICKERS, ) | |
| ) | DEFENDANT'S OBJECTION TO |
| Defendant. ) | GOVERNMENT PROPOSED |
| ) | JURY VOIR DIRE |

Now comes the Defendant, David Wayne Vickers, by its counsel, and respectfully notes the following objections to the following Government Proposed Voir Dire questions:

15: Defendant is not charged with collecting child pornography, no objection to rewording to reflect defendant charged with distribution.

27: Object to the term "sexual predators" being used in voir dire.

28: Object to the term "pedophiles" being used in voir dire.

39: Defendant is not charged with possession of child pornography.

40: Defendant is not charged with receiving child pornography.

                                                  Respectfully submitted,

                                                  //s// Greg D. McCormack
                                                  Greg D. McCormack, Esq.
                                                  Ohio Registration No: PHV-6113-2015
                                                  Virginia State Bar No. 20112
                                                  McCormack & McCormack
                                                  Attorneys at Law
                                                  611 Lynnhaven Pkwy, Suite #100
                                                  Virginia Beach, Virginia 23452
                                                  Phone: 757-463-7224
                                                  Fax: 757-463-5171
                                                  gdm@militarylawyers.org
                                                  *Counsel for David Wayne Vickers*

        //s// Jarrett L. McCormack
        Jarrett L. McCormack, Esq.
        Ohio Registration No: PHV-7687-2015
        Virginia State Bar No. 80675
        McCormack & McCormack
        Attorneys at Law
        611 Lynnhaven Pkwy, Suite #100
        Virginia Beach, Virginia 23452
        Phone:  757-463-7224
        Fax:  757-463-5171
        jlm@mccormackpc.com
        *Co-Counsel for David Wayne Vickers*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of November, 2015, a copy of the foregoing Defendant's Objections to Government Proposed Voir Dire will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

        //s// Greg D. McCormack
        Greg D. McCormack, Esq.
        Ohio Registration No: PHV-6113-2015
        Virginia State Bar No. 20112
        McCormack & McCormack
        Attorneys at Law
        611 Lynnhaven Pkwy, Suite #100
        Virginia Beach, Virginia 23452
        Phone:  757-463-7224
        Fax:  757-463-5171
        gdm@militarylawyers.org
        *Counsel for David Wayne Vickers*

//s// Jarrett L. McCormack
Jarrett L. McCormack, Esq.
Ohio Registration No: PHV-7687-2015
Virginia State Bar No. 80675
McCormack & McCormack
Attorneys at Law
611 Lynnhaven Pkwy, Suite #100
Virginia Beach, Virginia 23452
Phone:  757-463-7224
Fax:  757-463-5171
jlm@mccormackpc.com
*Co-Counsel for David Wayne Vickers*