⚖AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __OHIO__

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| DAVID VICKERS | Case Number: 1:15CR38 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| CHRISTOPHER A. BOYKO | Brian McDonough/Kevin Filiatraut | GREG & JARRETT MCCORMACK |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/30/2015 — | SUE TRISCHAN | CHRIS HUTH |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 12-1-15 | — | — | Miranda Helmick, Cuyahoga County Special Investigator |
| 9 | | 12-1-15 | ✓ | ✓ | Experience Project chat |
| 31 | | | ✓ | ✓ | Audio of phone call (12-12-14) |
| 32 | | | ✓ | | Transcript of phone call (12-12-14) |
| 20 | | | ✓ | ✓ | Google chats |
| 17 | | | ✓ | ✓ | Kik app communications w/ Katie |
| 33 | | | ✓ | ✓ | Audio of phone call (12-15-14) |
| 34 | | | ✓ | | Transcript of phone call (12-15-14) |
| 35 | | | ✓ | ✓ | Audio of phone call (12-15-14) |
| 36 | | | ✓ | | Transcript of phone call (12-15-14) |
| 37 | | | ✓ | ✓ | Audio of phone call (12-15-14) |
| 38 | | | ✓ | | Transcript of phone call (12-15-14) |
| 5 | | | ✓ | ✓ | Video segments on disk |
| 22 | | | ✓ | ✓ | Drivers license picture |
| 12 | | | ✓ | ✓ | Experience Project private messages |
| 18 | | | ✓ | | Kik app communications w/ Traci |
| 23 | | | ✓ | ✓ | GPS screen shots and iPhone pictures |
| 21 | | | ✓ | ✓ | Photos of restaurant, etc. |
| X | | 12-2-15 | — | — | Miranda Helmick (cont'd) |
| | C | 12-2-15 | ✓ | | Photo of agent Helmick (Katie) |
| | D | | | ✓ | Photo of " " (Katie) |
| X | | 12-2-15 | — | — | David Frattare, Cuyahoga County Prosecutor's Task Force Commander |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

USA vs. David Vickers   CASE NO. 1:15 CR 38

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 30 |  | 12-2-15 | ✓ | ✓ | Inventory of vehicle search |
| 26 |  |  | ✓ | ✓ | Apple iPhone |
| 27 |  |  | ✓ | ✓ | Boost cell phone in gift bag |
| 28 |  |  | ✓ | ✓ | Drivers license/wallet |
| 29 |  |  | ✓ | ✓ | Turnpike receipt |
|  | A |  | ✓ | ✓ | Photo of mother profile |
|  | B |  | ✓ | ✓ | Photo of Katie profile |

Page 2 of ____ Pages