IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:15-CR-038 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID W. VICKERS | ) | VERDICT FORM-COUNT 1 |
| | ) | |
| Defendant. | ) | |

We, the Jury in this case, having been duly impaneled and sworn, find the defendant, DAVID W. VICKERS __Guilty__ (enter in ink "guilty" or "not guilty") of Distributing A Visual Depiction, Material Involving The Sexual Exploitation Of Minors, in violation of Title 18 U.S.C. § 2252(a)(2), as charged in Count 1 of the Indictment.

Each of us jurors concurring in said verdict signs his/her name hereto on this __3__ day of __DECEMBER__, 2015.



1. _____
   FOREPERSON
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:15-CR-038 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) | |
| | ) | |
| DAVID W. VICKERS | ) | |
| | ) | VERDICT FORM-COUNT 2 |
| Defendant. | ) | |

We, the Jury in this case, having been duly impaneled and sworn, find the defendant, DAVID W. VICKERS _Guilty_ (enter in ink "guilty" or "not guilty") of Coercion and Enticement, in violation of Title 18 U.S.C. § 2422(b), as charged in Count 2 of the Indictment.

Each of us jurors concurring in said verdict signs his/her name hereto on this __3__ day of __December__, 2015.

1. _____ (FOREPERSON)
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:15-CR-038 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) | |
| | ) | |
| DAVID W. VICKERS | ) | |
| | ) | VERDICT FORM-COUNT 3 |
| Defendant. | ) | |

We, the Jury in this case, having been duly impaneled and sworn, find the defendant, DAVID W. VICKERS _GUILTY_ (enter in ink "guilty" or "not guilty") of Traveling with Intent to Engage in Illicit Sexual Conduct, in violation of Title 18 U.S.C. § 2423(b), as charged in Count 3 of the Indictment.

Each of us jurors concurring in said verdict signs his/her name hereto on this __3__ day of __DECEMBER__, 2015.

1. _____
FOREPERSON

2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____

