February 19, 2016

To: The Honorable Judge Boyko

From: Dawn M Dann

Leesburg, VA 20176

Subject: Character Letter in support of David Vickers

My name is Dawn Dann and I am writing on behalf of David Vickers to help the Court come to a fair and appropriate sentence for his inappropriate actions.

I was active in my High School with social events and sports. I went on to graduate from Washington Business School after graduating from High School. Then I entered the management in training program for Domino's Pizza and was promoted 6 months later to store manager. I was a store manager for twelve years and then was promoted to Supervisor, which I supervised eight stores. Each store had one store manager, 1 or 2 managers in training and 12-20 other employees. I did this for approximately three years. I then went to being a full time mother. I have four children and spent/ spend countless hours volunteering with the schools, sport activities, and other school functions. I went back to work part time in August 2014 as a teacher assistant at Sunset Hills Montessori School and continue to be employed.

I am aware of the offenses that David has been convicted of. I met his sister Kellee in December 1990 and then went on to meet her family, David included in 1991. We all worked at Domino's Pizza together. I was the store manager and they were both employees of mine. David was a reliable employee and a hard worker. He was always willing to do what needed to be done.  I bought a 4 bedroom house in 1993 and at some point in the 90's, David was renter from me. Again, was reliable with his rent, utilities and respecting my home and his roommates. David was married in 2001 to Dana and I was a guest at their wedding. David was a good husband and when their first child was born, he was a very supportive, proud husband and father. David was always employed and worked hard to provide for his family. His mother's illness in 2011 was hard on him, especially as it came to an end. The last time I saw David, his wife and two children was at his mother's funeral .

Thank you

Dawn Dann

To: The Honorable Judge Boyko

From: Gary S. Rutledge

Subject: Character Letter for David W. Vickers

My name is Gary Rutledge and I write on behalf of David Vickers to help the Court ascertain a fair and appropriate sentence.

My wife and I have been married over 45 years and together raised two sons; we have three grandsons. I am currently employed by Trimble Navigation as a trainer in the Buildings segment of the MEP Division; in this capacity I am responsible for instructing adult attendees on using software products. Previously I have worked as an estimator, Project Manager and Branch Manager for electrical contractors. In the past I have volunteered and held office in various civic organizations in the Herndon, Virginia community.

I came to know David when he was a child through my association with his family in youth sports. As a child David always seemed to exhibit a gentleness and willingness to get along with others. I am fully aware of the offenses David has been convicted of. Obviously I am deeply saddened and disturbed by this situation. I know David's father Wayne is devastated by this, especially with the recent loss of his wife, but he stands ready to support his son however he can do so to help him recover from this as best he can. I feel confident that with the support of his family he will be able to move beyond what he has been convicted of and ultimately transition back to a fully functioning and productive member of society.

Gary S. Rutledge

DATE: January 22, 2016

TO: The Honorable Judge Boyko

FROM: Thomas O. Vickers
       Rockville, MD 20850

SUBJECT: Character Letter in Support of David Vickers

I write on behalf of David Vickers to help the Court come to a fair and appropriate sentence. David Vickers is my 1st cousins' son.  My 1st Cousin, Wayne Vickers, is the father of David Vickers.  I am 80 years old.

In 1963 I began employment with The Washington Post Newspaper Company (TWP).  My assignment was to travel to and oversee nation-wide advertising accounts having advertising budgets with us exceeding one Million dollars.  Entertaining top clients, delivering board room presentations to America's airline industry, photographic industry, advertising agencies, U.S. convention bureaus and the hotel industry were my beat.  Relationship building and growing ad revenue for TWP was what I was successful in accomplishing.  I retired in 1997.  In 2001 I founded Waterscapes Of Maryland, I earned eight certificates for advanced building techniques from the school, Aquascape's Inc. in constructing water features.  I retired in 2009 due to health issues.

Sadly I am aware of David's demise and offense via his dad Wayne Vickers.  Our family and my cousins and children have been close throughout our lives.  David attended probably all the family gatherings, and birthdays.  He is fun to be around and even showed strength and compassion at sad events when we'd lose elders along the way.  I was never aware David had any disrespect for family members because he isn't that type of son.  David was obedient to family and elders because of deep love and respect for each of us.  It wasn't a show to impress us.  He was good at being a husband and kind to his young children, this I observed regularly.  I've seen him often and in recent years I know he loves his children as he should.  David handled stress well during the passing of his mother and grandmother both within six months of each other in 2013.

David's demeanor shared with family has been gentle, soft spoken and genuine.  Like all of us, David is imperfect and we all regularly examine and refine ourselves to discard what harms us and others. We like David live and struggle with our imperfections both great and trivial and it should dawn on us all that we are influenced by two great powers; good and evil.  We, like David have been wired with choice.  One power exploits our weaknesses with thrills, lies, eye candy, and empty promises. The true power sees well in us all and the life we are best suited for. The true power is in our ear encouraging us to do well and wishes to guide us away from life's traps of wrongs.  We are all living with influences, powerful influences that can go astray.  We all arrive here with a sin nature.  We all sin.  It's humankind's nature.

However......that said, David Vickers, the David Vickers I know well enough to love and respect, is not to be trashed regardless of the wrong direction he chose.  I do believe David can be rehabilitated and has that desire too.  Yes I do.  David can be mended! The reasons are apparent.

He loves his children and his wife and all others. We've all seen worse examples make a permanent turn around. Yes, he screwed up and I have no doubt that he would take it all back if the opportunity was there and live the life that the power of good can inspire in his heart. Regardless, I will always love and respect David Vickers.

Sincerely,

*Thomas O. Vickers*

Thomas O. Vickers

To: The Honorable Judge Boyko

From: Evelyn Baldwin
Port Charlotte, FL

Subj.: Character Letter in Support of David Vickers

My name is Evelyn Baldwin and I am writing on behalf of David Vickers to help the court come to a fair and appropriate sentence.

I am married and I have two children with my first husband. I was married for 25 years and lived most of my married life in Herndon, VA where we raised our children. I was a stay-at-home mom until my youngest child entered middle school. I then re-entered the workforce as an administrative assistant for a government contracting company in Reston, VA. In 1990, my husband and I relocated to Orlando, FL and I took a job in Human Resources at the Walt Disney World Swan and Dolphin resort and remained there for over 20 years until I retired. For the past four years I have lived on the west coast of Florida in a retirement community with my second husband.

I am aware of the offenses David has been convicted of. I have known David for 35+ years. Our two families were very involved in youth soccer. My husband and David's father coached together and his mother, Mary, and I became very close friends. David was the youngest of the four kids (my son and daughter and David and his sister). He was always with us either on the sidelines at soccer games or involved in family activities which was almost every weekend. He looked to me as his second mother. Even as a young child he would like to tease me and make me laugh. I have never known David to be disrespectful or unkind. He just seemed to be a happy kid who I never knew to get into any trouble.

When I relocated to Florida, Mary and I remained close and she kept me up- to- date on the kids' lives. David went to college, got his degree and worked in a successful job. Later he got married and had a little girl. I reconnected with David when I travelled to Virginia to visit Mary who was chronically ill. It was nice to see him as a grown man, husband and a loving, attentive father. We visited Mary at the nursing home one afternoon and then everyone else went out to dinner with David and his little girl. She danced for us at the restaurant making everyone laugh.

David was always close to his parents, especially his mother. Her illness was hard on everyone but I think especially hard on David. I remember one evening David called me out of the blue and wanted to talk about his Mom and her impending death. He was worried about her and also everything his Dad was dealing with. I tried to console him and we both cried together. The next time I saw David was when I went back to Virginia to say my goodbyes to Mary. David was there with his family which now included a new baby son. I was with him when Mary passed away and shared his grief.

Page Two

My husband and I are close friends with David's father, Wayne, and have spent many hours with him on the phone and in person while visiting since David has been arrested. It is hard on us to see what impact David's arrest has had on his father. Wayne and David have always been close, although David always seemed to be closer to his mother. Mary's illness was very difficult on Wayne but when she passed, as you might expect, Wayne's life was torn apart. Wayne loved spending time with his family including his grandchildren and now that is all gone. We have often talked about David's situation and he doesn't understand how this has happened.

In summary, I never knew David to be in any kind of trouble and my memories of him are always as a happy go lucky kid who enjoyed his family and friends.

*Evelyn M. Baldwin*

Your Honor:

    This is a letter I never imagined I'd ever need to write for anyone I know especially my younger brother Dave.

    Growing up Dave and i were close even though we were total opposites. I was the rebellious and athletic one and Dave was the quieter and studious one.

    From an early age Dave had learning disabilities which meant he always had to put twice the effort into everything he did especially school. He never complained about the extra classes he had to take or having to attend school during summer break. All of Dave's years of hard work paid off when he graduated from George Mason University.

    After college Dave started working in the restaurant industry. Which is a lot of long days (typically 10-14 hours) working holidays and various days off. At one point he even worked for me at the Domino's Pizza I managed. Dave was a model employee. He enjoyed working.

    In 2001 Dave married Dana who he met in college.  They seemed like the perfect couple. Both were hard workers, saved there money and were looking forward to starting a family. After 2 miscarriages Dave and Dana were blessed with Lauren and Jake. No matter how many hours he worked or how many weeks without a day off, he always made time for Lauren and Jake. I was proud of Dave he was a great father and both of the kids loved him.

    In 2007 our mom was diagnosed with Alzheimer's. For me and I'm sure Dave and dad this was the beginning of a bad dream. Alzheimer's (I think) is the worst disease to have. Alzheimer robs you of your memory and dignity. You think it's an old person disease but mom was 60 when she was diagnosed. From there she declined rapidly. Mom was no longer the mom we knew growing up. It affected Dave, Dad and I in different ways.

    In 2008 Dave's father in law (whom Dave was very close to) passed away from complications of diabetes.  That same day i was diagnosed with Type 1 diabetes. In 2010 our mom's mom passed away. In 2012 we lost our favorite aunt (mom's sister) to cancer. And in early 2013 we lost our 99 year old grandmother. Soon after mom took a rapid decline and passed away.

    Dave and I would talk almost every day. I never noticed any real change in him. I know he had a lot on his plate with work, being there for his family and the visits with mom. Maybe the changes were there and me dealing with all our losses I just didn't notice.

    The David Vickers arrested January 5 2015 is not the David Vickers I grew up with the past 42 years. My dad has been hit hard by this as you might expect.   Both my dad and I are very close to Dave's kids, but Dana will not let us see them anymore which is really hard to understand since we have not done anything and we want to be a part of their lives.  I wish Dave would have come to me or dad and asked for help. I hope once my brother is sentenced he will be able to get the help he needs and get a second chance of life outside of prison.

Kellee Vickers

DATE: March 6, 2016

TO: The Honorable Judge Boyko

FROM: Edgar Wayne Vickers

Ashburn VA, 20147

SUBJECT: Character Letter in Support of My Son David Vickers

Your Honor, this is a difficult letter for any father to write, but for me it is unimaginable that I would need to write to a Federal Judge as to the character of my son David Wayne Vickers who I had thought I had known for 42 years.

Mary, my wife of 45 years, and I had two children, Kellee our daughter who is a single 45 year old dog groomer and David our youngest child. Mary and I met in 1965 and married in 1968 after I had completed my active military duty for the Army. My wife began working for the Central intelligence Agency (CIA) in 1966 shortly after high school, and I at the Department of Defense in 1965 for the Army Map Service. Kellee was born in 1971 then David came along in 1973. Our children were raised and attended school in Herndon VA an upper middle income community in Fairfax County. When David was born we decided Mary should be a "stay at home mom" for the children's wellbeing and safety. So from 1973 until Mary's return to work as a finance officer for the CIA in 1985 she stayed and cared at home for our children. For the first few years Mary did part time child care at our home and when David began school, she decided to drive a school bus for Fairfax County allowing her to be home with our children when school was not in session in the afternoon, holidays, and the summer recess. In 1974 I went to work at the U.S. Geological Survey (USGS) in Reston VA as a Cartographic Research scientist and later upper level manager, retiring with 35 years of government service in 2000. During my time at USGS I was fortunate to work near our home affording me the time and opportunities to participate with both kids in their school and after school activities such as coaching soccer and Boy Scout's. After my retirement I became an independent contractor to the intelligence community supporting senior management as a program and budget manager. From 2001-2006, I supported the then newly formed Homeland Security analysis office at the National Imagery and Mapping Agency (NIMA) (now known as the National Geospatial Agency (NGA). I then worked supported the Office of Counterterrorism until the summer of 2012 when I retired to spend more time with my wife as she was in the final stage of Alzheimer's.

Our two children are completely opposites in personalities. Kellee was the athlete and competitive child. David was quieter, enjoyed being with people, a people pleaser, who loved music, and studied hard. Both kids were hard workers and close to their family and very devoted to each other. When asked I have described the contrast between the two this way:

> If I would ever take the two of them to the Grand Canyon and asked them to carefully look over to the side of the canyon at the valley below Kellee would go right up to the edge, hang all ten toes over and look down, being unafraid and enjoy taking the risk. David, on the other hand, would listen to me very carefully, heed my warning, and then stand 10 feet behind the ledge, just to be safe. The two are different but have been very close to one another all their lives.

1

David's entire life has been a personal struggle having to overcome a learning disability that we first noticed at about age 3, speaking very seldom and demonstrated language difficulties below his age level. Thankfully a federally funded program in Fairfax County VA was available at the time entitled Project Head Start which diagnosed his learning disability as something similar to dyslexia, but instead of seeing/reading backwards he interpreted sounds backwards. From pre-school through college David had to have special educational classes and spent many summers during grade school at George Mason University (GMU) to receive specialized training to help him cope and overcome his disability. David was never discouraged with all of this extra work, never complained, even though he was in special classes and had to have special exceptions for taking tests. David's hard work and good training allowed him to graduate from high school, then he went on to earn an Associate's degree at Northern VA community college and graduated with a Bachelor's degree from George Mason University (GMU). As a child, an adolescent, and as a young adult David never gave his mother nor me any problems, concerns, or worries. I am not exaggerating if I said he was a model child. David was always respectful to his teachers, elders and his peers, he was a very nice young man who _we were proud to call **our son**_.

David is a hard worker. He began to deliver newspapers at age 8 and as I recall only stopped when at 13 he started his career in food service. First he was a bus boy at several local restaurants, then in high school and college David worked at a local delicatessen and later at Dominoes' Pizza where his older sister managed a store. I never remember him being without a job and he stayed with his employers for years, he was very loyal and also did not like to make changes. It was obvious to me that David enjoyed working. David saved his money, worked hard, and was always well liked by his peers and bosses.

After college and working for a while he married his wife, Dana Pyles in 2001. They met while both were attending GMU. The two were great for each other and both were very focused on each other and their lives together, especially their future. Before they married they pooled their money together and put a down payment on a new townhouse being built in Ashburn VA. The house was not completed by the time they were married so the first few months of their marriage they would come live with Mary and I for short periods of time and then go to Dana's parents for a while. This allowed them to save money yet not over burden either of their parents. Throughout their entire marriage David and Dana both always worked hard, were always steadily employed, had their own home, and never asked for any financial assistant from either me or my wife. They appeared very happy together as a couple and later as a family with their daughter Lauren (b. 2008), and later there son Jake (b. 2012).

In 2007 David's life and all of our lives began to change by circumstances we could not predict or control. In December 2007 his mother was diagnosed with early onset of Alzheimer's disease (AD). This diagnosis forced Mary to retire in 2008 from the job she loved at CIA after 29 years. It was a rapid and truly unforgiving form of AD, posterior cortical atrophy (PCA), causing her to have dementia and lose her spatial acuity by not being able to interpret what she saw thus always fearing she was falling in a hole if the floor color/texture changed in front of her as she walked. She spent the last two years of her life in an assisted living home and the last 3 months she exhibited what may be considered close to insanity, often going from yelling and screaming to being very quiet and sedate. It was obvious to me that David, seeing this happen to the mother who he was so close to, had difficulty to understand or accept this new reality of his mother, as it was for the rest of the family. But even so he kept coming frequently to the assisted living home to see his mother every week on Saturday's until she passed, often with his wife Dana, but towards the end always with our

granddaughter Lauren. Those visits made Mary's life so much better during those last few difficult months.

In March 2008 his daughter Lauren was born which was a blessing as there had been some difficulties in conceiving her. Then a month later Dana's father passed away from diabetes at his home, his death hit David very hard as he had become very close to Mr. Pyles. Around this time David got into several business ventures that all failed and put a strain on their finances and his emotional state. During this time his mother was getting sicker, his maternal grandmother passed away suddenly in March 2010 from a heart attack; then his favorite aunt lost her 10 year battle with breast cancer in 2012; his paternal grandmother passed away at age 99 in March 2013 from Parkinson's Disease; and finally the loss of his mother, who he idolized, passed away in September 2013.

David and Dana have a son, Jacob Wayne (Jake) who was born on August 3, 2012. I remember so well on Valentine's Day 2012 David and Lauren met me at Mary's assisted living home and Lauren proudly showed her grandmother and grandfather the sonogram picture of our new grandson. I remember David was so proud to show Jake off to his mom right after he was born. I always admired David when I saw how well he helped Dana with the caring for both of the children. Watching him caring for, working and playing with the kids I use to think I wish I had helped Mary more with our children when they were that age. In my opinion he was a great father. I know his daughter Lauren truly loved, idolized, and enjoyed being with her father until his arrest.

David Wayne Vickers, the one I heard about in the courtroom in December, is not the man, father, or son I ever knew or thought could be. Not until after his arrest and his attorney met with him did I learn that David was molested as a child. I now find this so difficult to understand how we, his mother and I, did not know this terrible thing had happened to him. I wonder now how is it that all of the school's special educational psychiatrists and psychologists who interviewed tested him almost yearly, during his public education, never picked up on this? I am now sick over not knowing this information as his mother and I could have helped him to find the counseling and justice he needed to help him recover from his awful experiences. After his mother passed I saw changes in David and I would ask David and Dana separately if he was ok? Both would say all is good, and I of course was going through my own deep grief and did not want to interfere with their lives, thinking if anything was wrong they could handle it or would ask for my help. I knew of course David was taking the loss of his mother very hard as well as all of the other losses he had experienced in recent years and worried about him going into depression.

Your Honor, I hope you can understand the frustrations that I have as David's father, mostly with my son. Mr. McCormack had been keeping me informed about what the evidence consisted of, but hearing and seeing it was way beyond what I ever imagined. Yet this is my son, this is the father of my grandchildren. What he has done is very wrong, yet I love him with all my heart and always will, and I hope and pray that in his future my son can have some kind of life out of prison. That is why I had hoped and prayed he would accept the plea agreement. I have really struggled with the decisions that David has made with handling his case and rejecting the plea agreement that he had signed. I don't know what has been going through his mind, who he has been talking to in jail – I know he has been under a tremendous amount of pressure from his wife, she has understandably cut him off from having any contact with his children, but she has also cut me and my daughter off from having any contact with my grandchildren, apparently because I am here trying to lend help my son and not isolate him from the world and family he has left behind since being arrested. I know that has really had an impact on David because he knows how close I was with his children,

he has repeatedly told me to forget about him so that his wife will let me see the children again, but I can't do that. I know and I believe he understands he made some very bad decisions in his life and now must accept that responsibly. However, I do believe David can be rehabilitated if given the opportunity to do so. David has proven to me all through his life that he is capable of overcoming his shortcoming given the opportunity and guidance to do so. I hope that in prison he has the opportunity to seek and receive the proper help for his demons and that he can at some point have the opportunity to become a contributing member of society once again. I love him, I miss him but I know he needs help and I hope there is an opportunity for him find that help while he is in prison.

Wayne Vickers