







<␊</␊>












<-></->





<mark>Case: 1:15-cr-00038-CAB Doc #: 45-3 Filed: 03/08/16 14 of 18. PageID #: 315</mark>

Coca-Cola

but Im not a cow?
who am I
I always RUN but never walk
Often murmur never talk
I have a bed but never sleep
a mouth but never eat
a man CARRIED my burden
would break his back.
not big but leave silver
AED