# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | Case No. 1:15CR038 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID W. VICKERS, | ) | Judge Christopher A. Boyko |
| | ) | |
| Defendant | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is hereby given that DAVID W. VICKERS, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on March 15, 2016.

Date: MARCH 16, 2016

_____
DAVID W. VICKERS