<pre>
 1                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF OHIO
 2                        EASTERN DIVISION

 3
       UNITED STATES OF AMERICA,        Case No. 15CR38
 4
                    Plaintiff,
 5                                       December 1, 2015
            vs.                          9:00 a.m.
 6
       DAVID W. VICKERS,                 Volume 2
 7
                    Defendant.
 8

 9
                    TRANSCRIPT OF TRIAL PROCEEDINGS
10          BEFORE THE HONORABLE CHRISTOPHER A. BOYKO
                    UNITED STATES DISTRICT JUDGE
11                        AND A JURY

12
       APPEARANCES:
13
       For the Government:      Brian McDonough, AUSA
14                              Kevin Filiatraut, AUSA
                                Office of the U.S. Attorney
15                              Northern District of Ohio
                                801 West Superior Avenue
16                              400 U.S. Court House
                                Cleveland, Ohio    44113
17                              (216) 622-3600

18     For the Defendant:      Greg McCormack, Esq.
                                Jarrett McCormack, Esq.
19                              McCormack & McCormack
                                Suite 100
20                              611 Lynnhaven Parkway
                                Virginia Beach, Virginia  23452
21                              757-463-7224

22     Court Reporter:         Susan Trischan, RMR, CRR, FCRR
                                7-189 U.S. Court House
23                              801 West Superior Avenue
                                Cleveland, Ohio    44113
24                              (216) 357-7087

25     Proceedings recorded by mechanical stenography.
       Transcript produced by computer-aided transcription.
</pre>

1          <u>TUESDAY, DECEMBER 1, 2015,  9:06 A.M.</u>

2               THE COURT:  Please be seated, ladies and

3     gentlemen.

4               Good morning, everyone.

09:06:49 5               Mr. McDonough, is the government ready for

6     opening statement?

7               MR. McDONOUGH:  May it please the Court,

8     yes, Your Honor.

9               THE COURT:  Please go ahead.

09:07:01 10               MR. McDONOUGH:  "I think girls are ready

11     sexually at nine to 14 so she is right there.  I mean,

12     she's developing now.  Her little body is just prime to

13     be used for pleasure, and I can watch her develop through

14     the years as she gets older.  Trust me, I'm more about

09:07:26 15     getting into her panties than yours.  Right now, I want

16     Kate.  I was just getting into child porn when AOL was

17     first around.  I watch it, I get sucked into it.  I watch

18     some stuff on KIK, 13, 14-year-olds.  I was -- hmm,

19     that's what I really want at this point.  That's what I

09:08:01 20     can really get."

21               Those are the words of David W. Vickers,

22     and on January 5th, 2015, he woke up in his home in

23     Virginia and drove to Parma, Ohio with the intention of

24     engaging in illicit sexual conduct with a 13-year-old

09:08:27 25     girl.

1     And after he arrived in the parking lot of

2     Jordan's Family Restaurant, he was not met by a

3     13-year-old.  He was met by investigators of the Ohio

4     Internet Crimes Against Children task force, and he was

09:08:43 5     arrested.

6     This was an undercover operation conducted

7     by Special Investigator Miranda Helmick of the task

8     force.  The task force is composed of state and federal

9     agents who work together to protect children from online

09:09:00 10     predators.

11     This began back on December 12th, 2014.

12     There's a website called the Experience Project.  Special

13     Investigator Helmick had created a profile on the

14     website, and that profile was that of a mother who was 29

09:09:25 15     years old and the name was Traci Black.  She also had a

16     profile for a daughter, a 13-year-old daughter named

17     Katie Black.

18     The Experience Project is a social network

19     where people can join anonymously, share their

09:09:56 20     experiences, communicate, interact with each other and

21     share pictures.

22     And on December 12th, 2014, the defendant

23     friended Special Agent Helmick's profile.  There was

24     communications going on, and as part of the undercover

09:10:18 25     operations it was presented that the mother profile, she

1    was 29, could not have any more children.  She had a

2    13-year-old daughter, and wanted to breed that

3    13-year-old daughter.  And this defendant was interested

4    in having illicit sexual conduct and impregnating the

09:10:41 5    13-year-old.

6              You will have as evidence some of the

7    messages that were communicated by the defendant and by

8    Special Investigator Helmick on this Experience Project.

9              In addition to that form of communication,

09:10:59 10    the communication also moved to recorded calls.  You're

11    going to hear during the course of this trial four

12    recorded calls that took place on December 12th and on

13    December 15th, between the defendant and Special

14    Investigator Helmick.

09:11:20 15              In addition to those recorded calls, there

16    was also text message communication, over 150 pages of

17    text messages, and some of those text messages through

18    Google Voice text messages are what I read to you.

19              Those messages are explicit and those

09:11:46 20    messages indicate time and time again the defendant's

21    intention to come to Ohio to engage in illicit sexual

22    conduct with a 13-year-old.

23              In addition to the Google Voice text

24    messages, there were also the use of a social media app

09:12:07 25    called KIK, K-I-K.

1           This is an application that allows users to

2      send messages, pictures, and videos.  In this case, the

3      defendant sent 27 videos of child pornography and

4      bestiality, and sent them to both profiles, so

09:12:37  5      13-year-old Katie's profile as well as to the mother

6      profile in this case.

7           These videos are disturbing and you will

8      see representative samples of these videos which include

9      teenagers as well as pre-teens that are engaged in

09:12:58 10      illicit sexual conduct.  We will play those

11      representative samples, and those include bondage with

12      ropes and things of that nature.

13           There were also videos of bestiality

14      involving dogs and a horse that we will play

09:13:15 15      representative samples for you.

16           It is the government's burden, and the

17      evidence will show, that there are three counts against

18      the defendant in this case, and the time periods are as

19      follows:

09:13:31 20           The first time period is from

21      December 12th, 2014 when they first met on the Experience

22      Project website, all the way to January 5th, 2015 when he

23      was taken into custody in Parma, and that is that the

24      defendant did attempt to persuade, induce, entice, and

09:13:53 25      coerce the 13-year-old to engage in illicit sexual

1    conduct.

2              Actually, the evidence will show that he

3    actually sent a video and pictures, "This will be us,"

4    through this, the KIK social media app.

5              In addition, from the time period of

6    December 15th, 2014 until December 31st, 2014, during

7    that time period are the charges involving that the

8    defendant did knowingly distribute numerous computer

9    files of real minors engaged in sexually explicit

10   conduct, and these are minors that are under the age of

11   18, and that in addition to that, that it traveled

12   through the social media app, the KIK app, and traveled

13   through interstate or foreign commerce throughout the

14   Internet in this case.

15             And then the last count for your

16   consideration will be that the defendant, on January 5th,

17   2015, did travel in interstate commerce, did travel from

18   the State of Virginia to the State of Ohio for the

19   purpose of engaging in illicit sexual conduct. In Ohio,

20   the age of consent is 16. The 13-year-old profile was

21   obviously under that age.

22             You will have an opportunity to hear the

23   recorded calls, to see the Google Voice text messages, to

24   see the communications via the Experience Project as well

25   as the social media KIK app.

 1          You will also have an opportunity to see

 2    the photographs that were taken.  While the defendant was

 3    traveling on the turnpike from Virginia to Ohio, he used

 4    his iPhone to send pictures to the mother profile.  Those

09:15:55  5    pictures, "I'm on the way, I'm at the turnpike stop,

 6    here's my turnpike receipt, I'm coming, I'm coming to

 7    Parma, Ohio."

 8          At the time of his arrest, there was an

 9    inventory search of his vehicle.  He had rented a Jetta

09:16:20 10    for the day, and one item that we were able to recover

 11    was a phone.  It was a brand new phone in a gift package,

 12    and that phone was specifically for the 13-year-old girl.

 13    He had brought her a gift, as had been discussed.

 14          That is a preview of the evidence that you

09:16:43 15    will hear in this case.  After you consider all the

 16    communications and all the evidence, the United States

 17    will ask you for a finding of guilty on all counts.

 18          Thank you.

 19          THE COURT:  Thank you, Mr. McDonough.

09:16:56 20          Mr. McCormack.

 21          MR. GREG McCORMACK:  Thank you, Your Honor.

 22          Good morning.

 23          THE JURORS:  Good morning.

 24          MR. GREG McCORMACK:  It's going to be a

09:17:20 25    difficult case.  Nobody wants to hear the things you

1     already just heard.  And these are things that you read

2     about in the paper.  You just don't want to hear this

3     stuff.

4          David Vickers traveled on 5, January, to

09:17:42 5     Ohio from Virginia, there's no question about that.  He

6     was arrested in Ohio.  And you're going to hear telephone

7     calls that were recorded.  You're going to hear and see

8     these communications he had with this undercover agent.

9     You're going to hear and see some videos that you never,

09:18:19 10     ever want to see.  It's all evidence in this case.

11          Remember, the United States has the burden

12     of proof in this case from beginning to the end.  And the

13     burden is to prove basically what was in his mind, what

14     he intended to do.

09:18:53 15          And you have to get that evidence from the

16     information that the prosecutor is going to present to

17     you, and it's going to come in several different formats.

18          As the prosecution has indicated to you,

19     the United States started this case pretty much as a

09:19:16 20     sting operation, and what we have -- and I have a short

21     PowerPoint to show you, and this is just a snippet of

22     what you're going to hear and see in this case, if I

23     could pull this up, please.

24          In December, this Experience Project, the

09:19:44 25     undercover agent, Ms. Helmick, starts her communication

1    with David Vickers.  David Vickers is jbeaver9754, and

2    this is how it starts.

3              "Me" is the agent and as she says "I'm

4    1229 but I'm on here looking for my daughter."

09:20:19 5          If you go to the next page, and this is

6    actually just one page, you're going to have this all

7    laid out to you, but for PowerPoint purposes we have to

8    lay it out on different pages.

9              Next slide, please, because I have to

09:20:39 10   highlight this a little bit.  And she immediately gets to

11   the point.  "I can't have more kids but I always wanted a

12   big family.  So I'm looking for someone to breed her and

13   maybe think about a long-term arrangement."

14             All right.  This is the beginning of the

09:20:56 15   sting operation.  This undercover agent now grasps ahold

16   of Mr. Vickers and says, "I'm looking for someone to

17   breed her and maybe think about a long-term arrangement."

18             And down the road a little bit you see her

19   daughter, this is Katie, so she throws out Katie.  Now,

09:21:38 20   understand, Katie does not exist.  And what we're going

21   to ask the agent when the agent testifies, who is this

22   picture, who is this.  But this is what's presented to

23   Mr. Vickers as Katie.

24             We're going to talk to this agent because

09:21:55 25   you're going to see Mr. Vickers, throughout all these

1    chats and all these communications, Mr. Vickers asks

2    extensively about Katie.  From the beginning to the end,

3    literally right to the end, he wants to know is Katie

4    real.

09:22:21  5              This agent is trying to get this man to

6    cross state lines to engage in sexual activity with

7    Katie, and Mr. Vickers is nonstop -- and you're going to

8    see the communications -- "Well, I want to know about

9    Katie.  Is Katie real?  Does Katie even exist?"

09:22:51 10              Now, he's the guy that's charged with

11   enticing Katie, and she's the one who's enticing him with

12   Katie, and he keeps asking time and time again the fact

13   is Katie real.  Repetitively asking, "I want to know

14   about Keith."

09:23:25 15              Now, who is this agent?  Understand, this

16   is a sting operation.  This operation is to get him

17   involved with Katie, and this is a mom who's 29 who's

18   trying to entice him to breeding Katie.

19              Now, you would think the goal here is to

09:23:47 20   have him interested in Katie, not the mom, but yet as

21   you'll see in a second that's not where this thing's

22   going because, as you'll see, let's take a look at who

23   the mom is.  This is the mom.

24              Now, look at Mr. Vickers' response.  "Wow,

09:24:23 25   you're hot."

1              Now, you immediately have to have a

2      question in your mind, well, wait a minute, this is a

3      federal law enforcement operation here.  What's going on?

4      We're trying to entice this man into engaging in sexual

09:24:45  5      activity with this girl, yet what is this?  Is this

6      necessary?  Why are we trying to get him interested in

7      her?

8              Well, it doesn't stop there.  How about

9      another picture of mom?  "Oh, my God, you're hot."

09:25:23 10              Now, as you can see, and this is throughout

11      this entire operation here takes place in three weeks,

12      Mr. Vickers' interest is very clearly developing in the

13      agent.  And this becomes a problem in this operation, and

14      the agent, as you'll see during examination, maybe not on

09:25:46 15      direct but certainly on cross-examination, the agent

16      realizes this is a problem; this man's a lot more

17      interested in the agent than in this kid.

18              This is a major problem with this thing.

19      This thing is going south real fast, and it's becoming a

09:26:08 20      real problem.

21              And you'll see that in the words of the

22      agent, which I'm going to show you in a second.  But it

23      doesn't stop here.  No, we got to keep this guy involved,

24      we have to keep him interested in this child so let's not

09:26:31 25      stop at where we're at here.  Let's get him a little bit

1    more interested in mom.

2              Oh, yeah, this is a real good government

3    activity here.  "Jesus, you're a knockout."  Are these

4    real tattoos or did they just kind of put them on her

09:27:01 5  body for Mr. Vickers?  I guess you could show a little

6    bit more cleavage here for Mr. Vickers' purposes.

7              I mean, there's a reason we're doing this

8    in a government sting operation, trying to get a person

9    interested in a 13-year-old child, to try to get him to

09:27:27 10 entice this child across state lines.  Is there a reason

11   we're doing this?  Well, we'll ask a few questions like

12   that.  Maybe we'll have some good answers for this stuff.

13             Now, Mr. Vickers, you know, again, all

14   right, you're trying to, you know, get me to breed Katie.

09:27:59 15 Your e-mail starts with, you know, "I want -- I want to

16   breed Katie, I want you to breed my daughter."  For your

17   Experience Project, that's where it starts out, you're

18   the first one that says that, "So can I get some more

19   pictures of Katie?"  Okay.

09:28:21 20             Well, that sure looks like a current

21   picture.  Wonder who that picture is.  All right.  And as

22   you'll see throughout, Mr. Vickers is questioning is this

23   real, is this child real.

24             Let's go to some of the communications that

09:28:54 25 take place on the Google chat that the government refers

1    to.  The blue is Mr. Vickers.

2                    This is Government's Exhibit 20, Page 31.

3    You'll see this.

4                    "I noticed you don't answer any my sex

5    questions."  In other words he's asking Traci sex

6    questions.  He's trying to talk to Traci about sex.  And

7    then down a little bit he says, "Well, I thought this

8    would be a mutual thing."  And her response was

9    "Eventually, maybe, but not right now."

10                   "Oh, why not?  We've had this discussion.

11   It's about Katie this first time."

12                   All right.  So she's making it very clear,

13   if you want to have sex with me, you can have sex with

14   Katie first.

15                   "Oh, sorry, I just got into you, so into

16   you."

17                   All right.  The next line just says it all,

18   okay.  This just says it all.  This is your government

19   investigation right here.  "I just don't want to cloud

20   the ultimate goal here at this moment."

21                   You know, the ultimate goal here is to get

22   this man across state lines to get this man to say what

23   he needs to, quote, unquote, meet the elements for the

24   offense of solicitation and enticement of a girl to

25   engage in sexual activity to nail his butt to the wall.

1        That's the ultimate goal.  Get him to say

2   what he needs to say.  Get him to cross the state lines.

3   "I'm going to keep hanging me out there with these kind

4   of pictures, let you think that, you know, you can have

09:31:03  5   sex with me down the road.  That's going to be hanging

6   out there, but the ultimate goal, David, all right, is to

7   nail your butt to the wall."

8        This is a federal sting operation.  That's

9   how it works, Mr. Vickers.  Let's throw some child porn

09:31:29 10   distribution charges in there along the way.  That's the

11   ultimate goal.

12        "Understood.  I just got so sidetracked,

13   sorry.  I just got so emotionally tied up with you.

14        "I just want to be with you so bad, but

09:31:56 15   just got paranoid.

16        "You're just super amazing.  I don't want

17   to lose you."

18        Okay.  I think it doesn't take too long to

19   see what's going on here, members of the jury.  And you

09:32:18 20   can't like this.  It's page after page after page of this

21   stuff.  And sure, along the way, and you're going to see

22   his communications on KIK, you're going to see his

23   communications with Kate, you're going to see because he

24   gets the message, along the line, you're going to see

09:32:41 25   that she's getting him to the point where he's saying all

1    kinds of stuff to Katie because that's what he needs to

2    do to keep her going.

3            You're going to see all the KIK messages to

4    Katie, all the sexual contents, all the sexual

09:33:05  5    communications to Katie, because that's what he's got to

6    say to keep her going, because that's the ultimate goal.

7    "You want me, you got to keep playing along with Katie."

8    Even though he doesn't even think Katie exists.

9            Understand, this Experience Project is kind

09:33:33 10    of like a fantasy world, and we'll talk about that.  It's

11    a role playing.  It's experiences.  Actual, fantasy, who

12    knows.

13            The agent, her words, "I think I've clouded

14    your wants and desires.  I pushed Katie on you and I'm

09:34:19 15    sorry for that."

16            So the agent recognizes what she's done

17    here.  Maybe at this point she recognizes when she sends

18    these pictures out to this guy, she went way, way, way

19    too far.

09:34:34 20            Maybe it was time to shut this thing down

21    and just cut it off.  The problem is she had him hook,

22    line and sinker at this point.  He couldn't cut it off.

23            I just, "I think you're into me and you

24    just said whatever you thought I wanted to hear.

09:35:09 25            "Yeah, I think so."

1            You got that?  You realize that?  Did that

2    point finally get through to you?  Did you go talk to

3    your bosses about that and say, "Hey, boss, I've got a

4    problem here"?  There's something kind of wrong in

09:35:30  5    Denmark on this one.

6            And his response, or she says, "You know, I

7    suggested you breed with Katie.  Not you."

8            Yeah, you did.

9            And his response was, "See, I would do that

09:35:51 10    for you."  I mean as sick as that is.

11            This is the prosecution's evidence.  They

12    didn't tell you about that on direct examination -- or on

13    their opening statement.  This is not hide the ball.

14            And her response, "I know exactly who you

09:36:20 15    are.  You're willing to do anything I ask."

16            Members of the jury, that should have been

17    the end of this investigation right there.  It was time

18    to shut this thing down, but it doesn't stop.

19            Page 82 of the government exhibit,

09:36:53 20    Mr. Vickers -- understand, there were several different

21    times that she got Mr. Vickers to the point of saying,

22    "I'm coming, I'm coming, I'm going to do this, I'm going

23    to actually do this, I'm going to come up there."

24            And he didn't come.

09:37:13 25            "I had second thoughts."  This is one of

1    the prior times.  "I had second thoughts.  I don't think

2    I can morally do this after all."

3            I mean, here's David, he's really saying,

4    "I was trying to get with you more than anything, but the

09:37:32 5    more I wrap my brain around it, I was saying and doing

6    things that weren't true to myself just to impress you

7    instead."

8            All right.  "Most of the things I said

9    weren't true after all."

09:37:47 10           And here's, I mean here's the true words of

11   a real good agent of the United States Government,

12   awesome.  "I knew you were like the last guy.  You're an

13   asshole."

14           I'll tell you, that's the words of a true

09:38:04 15   agent of the United States Government.  He's saying, "I

16   can't do this" and her words are, "You're an asshole."

17           Boy, that's -- that's just, I mean, she

18   deserves an award for that one, Agent of the Year.

19            "I can't do this.

09:38:35 20           "David Vickers, you're an asshole because

21   you can't morally do this.  You're an asshole."

22           Page 104.  He's again questioning.  He

23   keeps asking, "Is Katie real," and her response, and

24   again you're going to get to see all of this, I'm just

09:39:07 25   giving you a snippet.  "I feel like I've proved we are

1    very real over and over, yet you still doubt."

2               Here's his response, "Because I never saw

3    the pic of you together, or let me talk on the phone with

4    her."

09:39:24  5          He's asking her repeatedly, "Give me a

6    picture of the two of you together, let me know that

7    Katie is real, okay."

8               Because what would he have done?  You know,

9    morally he just told you he can't do this.  "If this is

09:39:41 10  real, I can't do this."

11              THE COURT:  Mr. McCormack, too much closing

12   argument.

13              MR. GREG McCORMACK:  Yes, sir.

14              And as you see from the assorted chats,

09:39:57 15  he's asked her on numerous occasions, let me talk on the

16   phone with her.  Never happened.

17              So who did he travel up to see on 5,

18   January?  Right there.  (Indicating).

19              Remember, it's tough.  David Vickers is not

09:40:35 20  guilty of this.  You heard the AUSA went so far as to

21   give him advice as to go to the website KIK.com that has

22   links of child porn on it.  It just -- it didn't stop.

23              When he was arrested, his car was searched.

24   At one point in the chats, you're going to see that she

09:41:09 25  suggested that he buy her daughter panties, underwear to

1    bring up with him.  No panties in the car.  No luggage in

2    the car.

3            There's reference to them talking about,

4    you know, drugging her, stuff again you just don't want

09:41:35  5    to see, you don't want to hear.  There's so much fantasy

6    talk going on here.  As I said, there's talk about animal

7    sex.  It's just a lot of disgusting stuff you're going to

8    hear.  All right.  There's no goofy pills, there's no

9    drugs in the car, nothing.

09:41:55 10            Okay.  The phone was in the car.  All

11    right.

12            Members of this jury, David Vickers is not

13    guilty of these charges.  I ask that you look at these

14    chats, these communications, listen to these phone calls.

09:42:19 15            You're going to hear repeatedly requests by

16    David Vickers about Katie, about who she is,

17    confirmations, but throughout, throughout this entire

18    three-week period, one theme from the beginning to end is

19    very clear:  He wanted to be with this woman right here.

09:42:56 20            Second thing was very clear, this agent let

21    him know that that was possible, that that could happen.

22    However, he had to convince Katie, if there was such a

23    person, to engage in sexual activity; that he had to

24    cross state lines to engage in sexual activity with

09:43:40 25    Katie, but he didn't think Katie actually existed.

1            So he crossed state lines to engage in

2       sexual activity and start a relationship with this

3       young -- with this woman right here.  He's not guilty of

4       these charges, and I ask for a finding of not guilty on

09:43:57  5       all charges.

6                      Thank you.

7                      THE COURT:  Thank you, Mr. McCormack.

8                      MR. GREG McCORMACK:  Thank you.

9                      THE COURT:  Mr. McDonough, is the

09:44:48 10       government ready for its first witness?

11                      MR. McDONOUGH:  Yes, Your Honor.

12                      The government will call Special

13       Investigator Miranda Helmick.

14                      THE COURT:  Please be sworn.

09:45:09 15                      MIRANDA HELMICK,

16         of lawful age, a witness called by the Government,

17              being first duly sworn, was examined

18                 and testified as follows:

19                      THE COURT:  Please have a seat.

09:45:37 20                      When you're ready, Mr. McDonough.

21                      MR. McDONOUGH:  Thank you.

22            DIRECT EXAMINATION OF MIRANDA HELMICK

23       BY MR. McDONOUGH:

24       Q.    Good morning.  Could you please state your name and

09:45:47 25       spell your name for the benefit of the court reporter?

1    A.    Miranda Helmick, M-I-R-A-N-D-A, H-E-L-M-I-C-K.

2    Q.    By whom are you employed?

3    A.    I'm a Special Investigator with Ohio Internet

4    Crimes Against Children task force, employed by Cuyahoga

09:46:03 5    County Prosecutor's Office.

6    Q.    What are your duties and responsibilities as a

7    Special Investigator with the Ohio Internet Crimes

8    Against Children task force?

9    A.    My duties include investigating persons and cases

09:46:18 10    involving child exploitation and child pornography, and I

11    do this through a variety of means.

12            I do proactive undercover investigations.

13    I investigate peer-to-peer networking where child

14    pornography is traded, as well as investigating cyber

09:46:36 15    tips that come from the National Center for Missing and

16    Exploited Children.

17            And this can come from the public, social

18    media sites, and they report child exploitation and child

19    pornography.

09:46:50 20    Q.    Can you tell me a little bit about who comprises

21    the Ohio Internet Crimes Against Children task force?

22    A.    It's a multi-agency task force.  We have agents

23    from the Secret Service, members from the Sheriff's

24    Department in Cuyahoga County, Cleveland Police

09:47:11 25    Department, as well as investigators from Cuyahoga County

1    Prosecutor's Office.

2    Q.    Do you have any law enforcement experience?

3    A.    I do.  I have been a law enforcement officer since

4    June of 2014, and I have been working with Cuyahoga

09:47:27 5    County Prosecutor's Office, Ohio Internet Crimes Against

6    Children task force since September of 2014.

7    Q.    Do you have to have any training or education to

8    become a Special Investigator and to keep current?

9    A.    Yes.  I went through the police academy.  I am

09:47:47 10    certified through the State of Ohio to be a peace

11    officer.

12              And I also attend trainings monthly in

13    order to learn new techniques and also be able to

14    identify child pornography, child exploitation,

09:48:03 15    interviewing children, things of that nature.

16    Q.    Is the task force unique to Ohio, or are there

17    others nationwide?

18    A.    It is nationwide.  In every state there are several

19    what we call ICAC, Internet Crimes Against Children or

09:48:21 20    ICAC, and we work together with local and state agencies.

21    Q.    Are there protocols or rules that you have to

22    follow being on the task force?

23    A.    There are.  We do have standards which include how

24    we conduct undercover investigations or how we send

09:48:43 25    pictures when we're conducting undercover operations.

1    Q.    What are some of those standards regarding sending

2    pictures?

3    A.    The picture needs to be a law enforcement officer

4    or someone that deals with law enforcement.

09:49:00  5                    It cannot be child pornography or any nude

6    photos.

7    Q.    Now, the pictures that we saw during opening

8    statement, are you familiar with those pictures?

9    A.    Yes, I am.

09:49:12  10    Q.    And who are those pictures?

11    A.    The younger 13-year-old Katie pictures are me when

12    I was approximately between the ages of 12 and 14.

13    Various pictures through those stages of my life.

14                    And then the adult mother pictures are of

09:49:30  15    me currently.

16    Q.    And is that in compliance with the standard and

17    protocols for the Ohio Internet Crimes Against Children

18    task force?

19    A.    Yes, it is.

09:49:39  20    Q.    Are you familiar with the website the Experience

21    Project?

22    A.    Yes, I am.

23    Q.    How are you familiar?

24    A.    I conduct numerous undercover operations online,

09:49:54  25    and I join social media sites.  I use, you know, text

1    messaging apps so I have profiles on many social media

2    sites.

3    Q.    What is the Experience Project?

4    A.    Experience Project is a free social media

5    application where users can connect.  They become

6    friends.  They can share experiences, pictures, videos.

7    And there's, like, a private chat function within

8    Experience Project.

9    Q.    Okay.  Are the users of the Experience Project

10   known or unknown?

11   A.    It's anonymous.  You pick a user name and join the

12   site, and through communication you just talk to other

13   users.

14          You might not necessarily know their real

15   name or where they live.  It's up to each user to put on

16   their profile what they want to convey to other people.

17   Q.    How do the anonymous users send private messages on

18   the Experience Project?

19   A.    A user would have to send a friend request to join

20   someone else's friend circle as it's called on Experience

21   Project, and then from there it's very much like Facebook

22   in private messaging back and forth between users within

23   your friend circle.

24   Q.    Are you familiar with an anonymous user profile

25   jbeaver975?

1    A.    Yes, I am.

2    Q.    How are you familiar with that profile?

3    A.    I had my profile on Experience Project for some

4    time, and on December 12th of 2014 I received a friend

09:51:44 5    request from a user with the user name jbeaver975.

6              I did add him to my friend circle.

7    Q.    Okay.  Did you later learn the identity of

8    jbeaver975?

9    A.    Yes, I did.

09:51:57 10    Q.    And who was the identity of jbeaver975?

11    A.    David Vickers.

12    Q.    Is David Vickers in the courtroom today?

13    A.    Yes, he is.

14    Q.    Could you please identify him?

09:52:08 15    A.    It would be the man in the white shirt and the

16    striped tie.

17              MR. McDONOUGH:  Okay.  Your Honor, may the

18    record reflect this witness has identified David Vickers?

19              THE COURT:  She has.

09:52:22 20    BY MR. McDONOUGH:

21    Q.    Turning your attention to Government Exhibit Number

22    9, do you recognize Government Exhibit 9, which consists

23    of 28 pages?

24    A.    Yes, I do.

09:52:56 25    Q.    What is Government Exhibit 9?

A.    These are private chat messages contained on
Experience Project between user jbeaver975, which is
David Vickers, and myself.  It will say "Me," but that is
my profile.

Q.    Okay.  How are you able to -- were you able to
create Government Exhibit 9 regarding these private
messages?

A.    I'm sorry, could you repeat that?

Q.    How were you able to get the printouts?

A.    I logged onto my profile and took a screenshot of
each page and saved them.

Q.    Okay.  Do Pages 1 to 28, are these accurate copies,
true and accurate copies of the screenshots that you took
from the Experience Project?

A.    Yes, they are.

Q.    Okay.  Directing your attention to the top,
underneath the jbeaver975 profile, there's a date range
there.

Do you see where it says "Four days ago"?

A.    Correct.

Q.    What does that refer to?

A.    When I took those screenshots of the text
messaging, the private text messaging on the application
Experience Project, it saved from the date that I took
the screenshots and so it indicated four days ago, which

1    was, in fact, December 12th of 2014.

2    Q.    Okay.  So December 12th, 2014, that is when

3    the -- the first message from JB -- jbeaver975, the

4    defendant, to you, correct?

09:54:43  5    A.    That is correct.

6    Q.    And can you tell us the conversation that took

7    place?

8    A.    It started out with me stating my age, saying I was

9    on here for my daughter.

09:55:01 10    Q.    And can you tell us, what did you mean by that when

11    you said, "I'm 29 but I'm on here looking for my

12    daughter"?

13    A.    After viewing the profile and investigating the

14    profile of jbeaver975, I talked about this in particular,

09:55:22 15    the daughter, and myself as a mother, based off of the

16    profile of jbeaver975.

17    Q.    So you were able to look at jbeaver975, the

18    defendant's profile?

19    A.    That's correct.

09:55:34 20    Q.    After viewing that, that's when you went ahead and

21    put on "I'm here looking for my daughter"?

22    A.    That's correct.

23    Q.    Okay.  And what was -- what was his response?

24    A.    He responded, "Looking for your daughter for?  How

09:55:51 25    old is she?"

1    Q.    And what was the conversation?

2    A.    I told him that she was young so I needed to be

3    discreet and I did state that her age was 13.

4    Q.    Um-hmm.  And his response?

09:56:07 5    A.    I don't have that on my screen.

6    Q.    Okay.  We'll pull that up.

7              After you responded, "Young so I need to be

8    discreet," what did you mean by that?

9    A.    I -- I was a little hesitant to say her age because

09:56:31 10   she is underage.

11   Q.    And what was his response?

12   A.    He said, "I can be discreet.  Winky face.  So let

13   me know if I can help."

14   Q.    Okay.  And what did you -- what did you understand

09:56:46 15   the winky face to mean?

16   A.    That there was -- he was in agreement that it

17   should be discreet and he knew that it was -- the child

18   was underage so it would have to be discreet.

19   Q.    What is the age of consent in Ohio?

09:57:03 20   A.    Age of consent in Ohio is 16.

21   Q.    Okay.  You continued to have a conversation with

22   him regarding having a big family, and what was

23   your -- what was your purpose regarding that?

24   A.    I stated, as the mother, Traci, that I was unable

09:57:22 25   to have more children, I had complications having my

1    13-year-old daughter Katie, but I always wanted a large

2    family.

3    Q.    What did you mean by "Maybe think about a long-term

4    arrangement"?

09:57:38  5    A.    A long-term arrangement would be like a long-term

6    relationship, not just a one-time --

7              MR. GREG McCORMACK:  Your Honor, I object

8    at this particular point.  The language on the --

9              THE COURT:  Hold on, she can give

09:57:52  10   her -- give the jury her interpretation, her intent when

11   she did.

12              She's not going into the mind of the

13   defendant, so overruled.

14              Go ahead.

09:58:01  15             MR. GREG McCORMACK:  Yes, sir.

16   A.    By long-term arrangement, I meant long-term

17   relationship, more than just a one-time meeting.

18   Q.    And when you say "relationship," between who?

19   A.    Between my 13-year-old daughter Katie and

09:58:18  20   Mr. Vickers.

21   Q.    Okay.  What was his responses?

22   A.    He was, like, he said, "Oh, wow, winky face, how

23   does she feel about this?  I mean, is the guy going to be

24   with you for long-term and just breed her, or with her

09:58:44  25   for both?"

1  Q.   Okay.  And turning to Page 2, what was your

2  response?

3  A.   I said "We've been looking for a while.  Most guys

4  pussy out.  She's excited about it.  She's still a virgin

09:58:58  5  so you know how you always remember your first time."

6  Q.   And his response?

7  A.    "Oh, wow, this is exciting, smiley face."  And

8  then "Where are you guys from, though?  It's kind of hot.

9  Sorry for asking for some -- sorry for asking so much."

09:59:15 10  Q.   All right.  And your response?

11  A.   I said "No, it's all right.  I'm an open book and

12  enjoy others who are the same."

13  Q.   So up to this point in the undercover operation,

14  what's your -- what's your purpose here regarding the

09:59:28 15  message exchanging with the defendant?

16  A.   The purpose is to kind of feel out what someone is

17  interested in, and also to get to know the person and who

18  they portray themselves to be on Experience Project.

19  Q.   Okay.  How did the conversation continue?

09:59:48 20  A.   We talked about location of where we both lived.

21          I said "We live right outside of Cleveland,

22  Ohio" and I asked him "You?"

23          He said, "I am very open to this.  I live

24  in Maryland."

10:00:04 25  Q.   Okay.  Did he, in fact, live in Maryland?

```
 1   A.   He did not.

 2   Q.   Where did he live?

 3   A.   In Virginia.

 4   Q.   Okay.  How did your conversation continue?

 5   A.   I continued with, "I'm on a couple fetish sites but

 6   haven't been able to find anyone that follows through.

 7   My daughter has talked to a few daddies, in quotation,

 8   and they say they are coming but then last minute make

 9   excuses."

10            And then I said "Oh, nice, we aren't too

11   far away from each other."

12   Q.   What was the defendant's response?  After turning

13   to Page 3.

14   A.   He states, "Well, the age thing doesn't bother me

15   and a mother's consent makes it a lot easier to do

16   things.  Just saying."

17            And then, "Well, let's start talking and

18   see where this goes."

19   Q.   And your response?

20   A.   I said "Awesome.  Most people get all scared.  I'm

21   very discreet so I want someone else that is discreet as

22   well.  The last thing I want is to lose my daughter.  She

23   is my world and I want the very best for her."

24   Q.   And his response?

25   A.    "LOL.  You think I want to go" -- excuse me.
```

```
 1              "LOL.  You think I want to go to up for

 2    something like this."

 3    Q.    What is LOL?

 4    A.    Laugh out loud.

 5    Q.    Okay.  His next line?

 6    A.    I am Jason, by the way.

 7    Q.    Was his name, in fact, Jason?

 8    A.    It was not.

 9    Q.    And what did it turn out to be?

10    A.    David Vickers.

11    Q.    Okay.  Did you provide your information?

12    A.    He asked me, "What's your name and her name" and I

13    said "My name is Traci and my daughter's name is Katie.

14    Well, her full name is Kaitlin but goes by Katie."

15    Q.    Why did you set up a profile for you as Traci and

16    then a 13-year-old as Katie?

17    A.    I do conduct a lot of different undercover

18    investigations on various websites, and I have these

19    profiles that I have used in the past on fetish websites

20    that cater to incest or relations between family members.

21    Q.    Okay.  You were actually behind both undercover

22    profiles.

23              Is that something that's common?

24    A.    Yes, it is.

25    Q.    Okay.  And as opposed to having more than one agent
```

1    or investigator have a profile?

2    A.    That's correct.  We do a number of undercover

3    personas.  Sometimes it's two people, you know, chatting

4    as the same -- one person chatting as two different

10:02:57 5    people, or sometimes we just chat as one person.

6    Q.    Okay.  And turning to Page 4, what was -- what was

7    his response?

8    A.    "Nice to meet you, too.  So what keeps you busy day

9    in and day out?"  Then he said, "So she is 13.  When is

10:03:18 10    her birthday?"

11    Q.    And as part of your undercover profile, what was

12    your occupation?

13    A.    I was a customer service manager for a call center

14    for DirectTV.

10:03:33 15    Q.    What did the defendant ask?

16    A.    He asked me "I work a lot.  You?"  And I said, "I

17    work a lot, too, but I'm lucky enough to work from home.

18    I'm a manager for a call center that provides customer

19    service to clients.  Right now my client is DirectTV."

10:03:53 20              Then he asked, "Do you have a picture -- or

21    pic of Katie?"  And then he said, "Fun.  So you can watch

22    the baby during the day when she has one."

23              I responded "Exactly.  And Katie can watch

24    the baby after school and stuff."

10:04:12 25              Jbeaver responded, "LOL, okay."

1    And then I stated, "I do have pics of her

2    but I'm a little hesitant to send pics out to people I

3    don't really know anything about.  What are you looking

4    for?"

10:04:29  5    Jbeaver responded, "Well, I mean, I am

6    interested in doing this.  I just want to see her face to

7    see what she looks like.  I mean, like, teen girls, I

8    want kids, but those things are hard to accomplish in

9    life do the laws."

10:04:45  10   Q.    Okay.  Did you inquire about ages?

11   A.    I asked him, "How old are you?"

12    He stated he was 33, almost 34.  "Too old?"

13   Q.    And was he, in fact, 33 at that time?

14   A.    No, he was not.

10:05:04  15   Q.    Okay.  And how did your conversation continue?

16   A.    I responded, "Not at all.  Most of the guys I've

17   found and Katie has talked to are all in their fifties or

18   sixties and not very attractive.  I want Katie to be

19   happy and excited."

10:05:26  20    He asked, "What race are you guys?"

21    I stated, "We are both white.  You?"

22    He responded, "LOL, sixty and 13?  Wow, I

23   could see where that would not excite her.  I am white."

24   Q.    And turning to Page 6, did you have an opportunity

10:05:53  25   to send a picture via the Experience Project?

```
 1    A.    That is correct.

 2    Q.    How were you able to do that?

 3    A.    I have pictures for my -- my Katie profile saved on

 4    my computer, and uploaded the saved picture onto the

 5    private chat function on Experience Project.

 6    Q.    Okay.  You sent this photo about 10:32 a.m. on

 7    December 12th, 2014?

 8    A.    That's correct.

 9    Q.    And this is your photo back when you were age 12 to

10    14?

11    A.    Correct.

12    Q.    Okay.  What was the defendant's response?

13    A.     "Wow, she is very pretty."

14                I asked him, "Do you have pics?"   I said,

15    "Thank you."  And then I asked "Did I lose you?"

16                He responded "How is her body?"

17                I responded "She's short and lean, not very

18    developed yet."

19    Q.    And turning to Page 7, what was -- did he inquire?

20    A.    He said, "Sorry.  Oh, height?"

21                I responded, "I mean, she has a little bit

22    up top.  I'm sure she will get bigger though.  Big boobs

23    run in the family.  LOL."

24                 "At her last visit she was like four-ten,

25    I believe.  I'm only five foot myself so I doubt she will
```

1    be tall."

2                    He asked, "Wow, what's her cup?  LOL, she

3    is so cute.  You should let her corm spend a weekend me."

4    Q.   What did you understand that to mean?

10:07:42 5    A.   You should let her come spend a weekend with me.

6    Q.   What did you reply?

7    A.   I replied, "Like double A or A, depends on the

8    bra."

9    Q.   And what are you referring to there?

10:07:53 10    A.   A cup size for a bra for a female.

11    Q.   And what did he ask?

12    A.   "LOL.  How cute.  What is yours?"

13                    I responded, "I'm a D or double D.  Again

14    depends on the bra."

10:08:12 15    Q.   And turning to Page 8.

16    A.   He responded, "Wow, winky face.  I guess I

17    shouldn't be asking you that stuff since it's about her.

18    LOL.  My bad."

19    Q.   And then at 10:56 on December 12th you end up

10:08:28 20    sending him another pic?

21    A.   That is correct.

22    Q.   And could you please describe that pic?

23    A.   I took this picture in the summer of 2014.  I was

24    camping, and it depicts me in a gray tank top, black Nike

10:08:48 25    baseball cap and sunglasses.

1    Q.    And what was the purpose of sending him that pic of

2    you?

3    A.    Just to show that I am actually a real person, I'm

4    a female, I'm saying who I am.

10:09:01  5    Q.    During your investigation with the defendant, did

6    the idea of someone being real or being a person, did

7    that come up from time to time?

8    A.    There was question about getting more pictures to

9    verify both, both people.

10:09:18  10    Q.    And did you actually send pictures?

11    A.    I did.

12    Q.    Okay.  What was his response after you sent that

13    picture of yourself?

14    A.    He says, "Wow, you're hot."

10:09:27  15    Q.    Okay.  During the course of the investigation, did

16    the defendant express an interest in you?

17    A.    He did.

18    Q.    And did you respond to that over the course of the

19    investigation?

10:09:39  20    A.    I did.

21    Q.    Did the defendant express an interest in the

22    13-year-old Katie?

23    A.    He did.

24    Q.    Did you, during the course of your investigation,

10:09:51  25    did you set any kind of ultimatums with the defendant

```
 1    regarding you or regarding Katie?
 2    A.    Could you repeat that?
 3    Q.    Sure.  During the -- actually, I'll tell you what,
 4    let me -- we'll go to Page 9.
 5                    And what was your -- what was your
 6    communication with the defendant?
 7    A.    I stated, "It's all right.  We need to be
 8    comfortable around each other, too.  I'm not going to let
 9    just anyone be around my daughter."
10                    I asked him "Do you have a pic?  And
11    thanks."
12                    He responded, "This whole idea is crazy but
13    so hot.  I will get you a pic after work."
14    Q.    And your response?
15    A.    I -- I replied to him, "My profile pic is of me,
16    too."
17                    He responded, "Wow, both of you guys are
18    amazing."
19    Q.    And the conversation continued?
20    A.    I said, "Thank you.  What time are you off work?"
21                    He replied, "LOL, depends on the day.
22    Why?"
23                    I said, "Like today, I'm looking forward to
24    your pic."
25                    He replied, "LOL, okay, like 6ish."
```

1    Q.    Okay.  Why were you asking for a pic from the

2    defendant?

3    A.    I was trying to verify the identity of the person

4    for the profile jbeaver975.

10:11:21 5    Q.    Turning to Page 10, can you go through the

6    conversation?

7    A.    I asked him, "Okay.  You just like to talk on here

8    or do you text?"

9              He said, "Up to you.  I want you to be

10:11:37 10    comfortable."

11              I told him, "Well, if you feel like texting

12    at some point, my number is 216-931-0385."

13    Q.    What was that number?

14    A.    That is a Google Voice number that is a random

10:11:57 15    number that Google will assign to a user in order to hide

16    your real phone number.

17    Q.    So if someone were to dial that Google Voice

18    number, that, after they dial that number, what happens

19    to the call?  Where does it go?

10:12:17 20    A.    The call is forwarded to my county-issued cell

21    phone that is used for undercover investigations on a

22    regular basis.

23    Q.    Okay.  That would be your work cell phone?

24    A.    That is correct.

10:12:29 25    Q.    So that's not the number of your work cell phone,

53

```
      1    but just a way to go ahead and get to your work cell

      2    phone?

      3    A.    That is correct.

      4    Q.    Okay.  Does Google Voice have the ability to have

10:12:44 5    text messages?

      6    A.    Yes, it does.

      7    Q.    And did you have text messages in this case?

      8    A.    Yes, I did.

      9    Q.    Were you able to have printouts of the Google Voice

10:12:54 10   text messages on your phone?

     11    A.    There's an application where it will forward to

     12    your phone in a text message format, or you can have

     13    printouts on a computer and you can reply on your

     14    computer in the form of a text.

10:13:15 15   Q.    Okay.  After you provided your Google Voice number,

     16    what was the defendant's response?

     17    A.       "Is that your cell?"

     18                 I said, "Yep."

     19                 He said, "LOL, you're eager to move forward

10:13:33 20   with this, winky face."

     21                 I said, "Yes.  You're not?"

     22                 He said, "No.  I am, honest."

     23                 I asked, "What do you mean?"

     24                 He said, "No, I am very interested in

10:13:47 25   this."
```

1    Q.    And turning to Page 11, what was the conversation?

2    A.    "You seem very cool and open about stuff."

3              I said, "Okay.  Cool.  I'm glad you found

4    me, winky face."

5              He said, "And Katie is very lucky to have a

6    mom like you.  She does want this, right?"

7              I replied, "Yes.  We've had many

8    discussions about this.  She may only be 13, but she is

9    mature for her age.  She's at the age where she is

10   curious and wants to experience things.  I just want to

11   be sure it's done in a safe environment and a good

12   environment for her."

13   Q.    And what are you referring to regarding that?

14   A.    In regarding her?

15   Q.    Yes.

16   A.    I wanted to make sure that she was not hurt in any

17   way and harmed physically.

18   Q.    What was his response?

19   A.    He said, "Wow, that's incredible that you're open

20   to it and that you guys can talk about it."

21             I said, "We live in a very open household.

22   I think that's the best way to be with kids."

23             He said, "LOL, awesome.  I used to date a

24   girl and she had an adopted girl.  She wanted a very

25   hope" -- excuse me -- "wanted a very open house

1    sexually."  I asked, "Did you participate in that kind of

2    lifestyle?"

3    Q.    I'm sorry, "Did you not participate"?

4    A.    I'm sorry, "Did you not participate in that kind of

5    lifestyle?"

6              He said, "It was the way she was raised."

7    Excuse me.  "It was the way she as raised.  Yes, I did."

8    Q.    Okay.  Turning to Page 12, what was your response?

9    A.     "Right.  I'm sure it's much easier if children are

10   raised in that environment because they don't know any

11   different."

12   Q.    And his response?

13   A.     "LOL, I mean she wanted us to have sex in front of

14   her."

15             I said, "Ah, okay, so she never joined in?"

16             He said, "No.  Has Katie ever been exposed

17   to that?"

18             I asked, "To what?"

19             He said, "You having sex in front of her."

20             And then he asked, "LOL, did I lose you,"

21   or "loose you?"

22             I said, "Sorry, yeah, we don't close doors

23   in our house."

24             He asked, "Did she join?"

25             I said, "No, not yet."

1    Q.    And turning to Page 13, what was the conversation?

2    A.    He asked "LOL, she watch?"

3                I said, "Yep."

4                He asked, "How old was she?  Don't worry, I

10:16:40  5    won't tell anyone if she was really young."

6                I said, "All ages really.  Like I said,

7    it's an open household."

8    Q.    What did you mean by "open household"?  What are

9    you talking about here?

10:16:53  10   A.    It's an open, open household meaning that the doors

11   are open, open line of communication between my daughter

12   and myself as a mother, and just sharing in experiences.

13   Q.    Anything regarding open household regarding sexual

14   activity?

10:17:13  15   A.    Yes.  The doors were not shut so it was just an

16   open household, so if there was a chance that the

17   13-year-old saw something sexually, that might have

18   happened because the doors were not shut.

19   Q.    What was the defendant's response to the open

10:17:32  20   household?

21   A.    He said, "Okay.  I am in love with this idea."

22   Q.    And your response in the conversation?

23   A.    "Awesome.  So am I, LOL.  I just hope you're being

24   for real."

10:17:47  25   Q.    Okay.  And what was your point in saying that?

1    A.    I was trying to gauge if he was telling me the

2    truth and being interested in an open household and also

3    into the 13-year-old.

4                    MR. GREG McCORMACK:  Your Honor, I would

10:18:04  5    object as to any reference as to whether he was telling

6    the truth or not.

7                    THE COURT:  She can explain from her point

8    of view.  The jury will understand it's from her point of

9    view.

10:18:15 10                    Go ahead.

11                    MR. GREG McCORMACK:  Yes, sir.

12    BY MR. McDONOUGH:

13    Q.    How did the conversation continue?

14    A.    He said, "You seem busy.  Let me know when you're

10:18:33 15    free."

16                    I stated, "I'm out getting lunch."

17    Q.    Okay.  And turn to Page 14.

18                    What was the conversation?

19    A.    He said, "Cool.  And I am serious."

10:18:45 20                    I asked, "Awesome.  Where do you see this

21    going?"

22                    He said, "You're the protective mother

23    here, so I'm going to follow your lead.  I think we get

24    along well so far."

10:18:57 25                    I stated, "I agree."

1          He said, "But I don't know if I need to get

2    along with you or her more.  Where do you see this

3    going?"

4          I said, "I want a family so long-term."

10:19:09  5          He asked, "LOL, between you or her or

6    both?"

7          I said, "Well, I can't have more kids so it

8    would have to be between her and you."

9    Q.    And turning to Page 15, and what was the

10:19:25 10    conversation?

11   A.    He said, "Okay.  Just asking, winky face."

12          I said, "We are both kind of looking for a

13    guy to take the lead as well."

14          He asked, "Define that."

10:19:40 15          I said, "More dominant kind of guy."

16          He said, "Ah, to control both of you."

17          I said, "Pretty much."

18          He replied, "Okay, winky face.  When does

19    she turn 14?  Where is her dad?"

10:19:58 20   Q.    Turning to Page 16.

21   A.    He replied giving me a phone number of

22    857-240-7410.

23   Q.    What was that phone number that the defendant

24    provided?

10:20:08 25   A.    That was to his cell phone which later he said he

1  was using a text application in order to hide his real

2  phone number.

3  Q.    What was the text application?

4  A.    I -- I do not know.

5          He could not remember the text application

6  that he used.

7  Q.    Okay.  If one were to send a text message using

8  their cell phone, the text message would indicate what

9  the cell phone number was?

10  A.    That's correct.

11  Q.    If someone had a text messaging application, would

12  that application reveal the cell phone number?

13  A.    It would reveal the number assigned by that text

14  application but not the real cell phone of a user.

15  Q.    The number that the defendant gave you, was that

16  his real cell phone number or not?

17  A.    The 857-240-7410 phone number was a masked phone

18  number in that it was not his real phone number.

19  Q.    Okay.  What was, on Page 16, what was the

20  conversation on Page 16?

21  A.    He asked, "You around?"

22          I said, "Sorry, got busy with some Xmas

23  shopping."

24          He said, "Cool, I can let you go, just text

25  me when you're done.  I want to be with you guys,

```
 1    though."
 2                    I said, "That would be a great Xmas
 3    present."
 4                    He said, "LOL, if we can move on it that
 5    fast, but yeah."
 6                    I said, "Yeah, that is fast."
 7                    He said, "But we can.  I am into it.  I
 8    mean, is she really ready for it or will it take some
 9    time?"
10    Q.   And turn to Page 17, what was the conversation?
11    A.   He said, "As long as she respects men, she will be
12    fine."
13                    I said, "I think she'll be ready.  She's
14    very much a people pleaser.  Obviously it will have to be
15    slow at first."
16                    He asked, "Do you let her drink?"
17                    I said, "She's has in the past, just like
18    fruity drinks."
19                    He said, "Good.  I drink sometimes but I
20    don't do drug."
21                    And "She had any sexual experience?"
22                    I responded, "Yeah, I keep wine and beer in
23    the house.  We don't do drugs either.  I don't think
24    she's done much.  I know she's curious.  One of the
25    potential daddies had sent her some vids and pics, but I
```

1    don't think she's had much real life experience.  Is that

2    a problem?"

3                 He replied, "Not at all.  Does she

4    masturbate?"

10:22:56  5    Q.    What are you referring to when you mentioned the

6    potential daddies had sent some vids and pics?

7    A.    Within these websites that I do undercover

8    operations on, there's mention of daddies which would be

9    inclusive in like an incest type lifestyle where an adult

10:23:17 10    male would be in a relationship with a younger female and

11    a lot of times buy them things, engage in sexual

12    activity.

13                 And in my previous cases, that had been

14    discussed and it's an interest on many of these websites

10:23:36 15    I do the undercover operations on.

16    Q.    As part of the undercover operation in this case,

17    did you indicate to the defendant if he was the first

18    potential daddy?

19    A.    I'm sorry, can you rephrase that?

10:23:51 20    Q.    In your undercover operation in this case, in your

21    communications with the defendant, was he the first

22    potential daddy for 13-year-old Katie?

23    A.    No.  There was discussions of other potential

24    daddies previously, but they did not follow through.

10:24:13 25    Q.    Okay.  Turning to Page 18, what was the

1    conversation?

2    A.    I said, "I think she must.  I know she said some of

3    the guys she talks to have told her how to do that."

4              He said, "Damn" with a smiley face.

10:24:34  5              "No one ever sexually abused her growing

6    up?  I can't wait to start talking to her, she sounds

7    great.  I love the way you're doing this.  How long have

8    you been trying to do this and with how many guys?"

9              I said, "No, I'm pretty protective of her.

10:24:49 10   We have been looking for about three months or so.  I'd

11   say we've talked to maybe eight to ten guys, but every

12   one of -- every one has given some excuse about not

13   coming and starting a family."

14             He said, "LOL.  Well, there is a lot of

10:25:04 15   stories on the news about this stuff, with the guys

16   getting busted."

17             I responded, "Really?  Maybe that's why.

18   Hmm.  I will have to look it up now, LOL."

19             He said, "LOL, yeah, I'm getting more

10:25:20 20   conceived you're real."

21   Q.    And turning to Page 19, what was the conversation?

22   A.    I asked, "More what?"

23             He said, "That you're real and not fake."

24             I said, "I'm very real.  I sent you pics

10:25:37 25   and my phone number.  I will be open and honest with

1    you."

2              He said, "But most of the other guys have

3    never been with a younger girl or teen girl sexually

4    before."

10:25:48  5         I said, "Some say they have.  I found a lot

6    on a site that was all about incest and those guys were

7    experienced.

8              "You're not experienced with young girls

9    either, are you?"

10:26:00 10         He said, "LOL, maybe.  I mean, there are a

11   lot of videos on KIK that guys -- that are guys fucking

12   young girls.  Yes, I have.  I have held back on telling

13   you."

14   Q.    What is KIK?

10:26:15 15   A.    KIK is an application that you can download onto a

16   mobile device or tablet device, and it's a text messaging

17   application where you can chat back and forth via text

18   messaging on the application as well as send pictures and

19   videos.

10:26:40 20   Q.    What was your response?

21   A.    I said, "Katie has KIK but I'm not too familiar

22   with all those apps, LOL.  Why do you hold back?"

23             He said, "You should.  Lots of good stuff

24   on there."

10:26:59 25   Q.    Turning to Page 20.

1    A.     "I did stuff with young girls before."

2           I said, "I wouldn't even know how to find

3    it, LOL."

4           I asked, "Like Katie's age?"

10:27:09  5           He said, "Damn, too bad.  Yeah, and

6    younger."

7           I said, "I'm on some great sites and there

8    are tons of pics and vids on them.  How young?"

9           He said, "I just didn't want to freak you

10:27:25 10   out and make you think I'm a pedophile."  And then the

11   number "11."

12   Q.    And your response?

13   A.     "I don't think that at all.  I'm interested in it

14   actually.  I'm very laid back and open-minded, if you

10:27:42 15  couldn't tell."

16   Q.    And then turning to Page 21.

17   A.     "And if something bothers me, I'll be straight

18   with you and tell you."

19          He said, "Very laid back.  I love it."

10:27:58 20         I said, "Life is short.  Got to live it."

21          He said, "Okay, cool.  When does she get

22   home from school?"

23          I said, "She actually spending the night at

24   her friend's house tonight.  She rode the bus to her

10:28:12 25  house but normally she's home around 4:15."

1     He asked, "Can I text her?"

2     I said, "Yeah, let me find her KIK name.  I

3 forget it.  I'm excited to go out tonight.  What are you

4 going to do?"

10:28:29 5 Q. And then turning to Page 22.

6 A. He asked, "Can I call and hear your voice?"

7     I said, "Sure."

8     He said, "Okay.  When?"

9     I said, "Whenever you want.  When is good

10:28:42 10 for you?"

11     He said, "I want to know, but I am still at

12 work, but I am dying to hear your voice."

13     I said, "Okay, I'll be out and about

14 tonight.  Don't you need a bathroom break, LOL?"

10:29:01 15     He said, "Yeah, I do actually."

16     I said, "You can just call me real quick

17 and we can talk longer later."

18 Q. And turning to Page 23.

19 A. He said, "At work it might show up as blocked.  Is

10:29:13 20 that okay?"

21     I said, "Sure."

22     He said, "K, hang on."

23     MR. McDONOUGH:  Your Honor, at this point

24 we do have Government's Exhibit 31.  It is a 26-minute

10:29:22 25 recorded phone call.

```
 1                    THE COURT:  Good time for a break.

 2                    Ladies and gentlemen, let's take a

 3     15-minute break.

 4                    (Recess taken).

 5                    THE COURT:  Please be seated, ladies and

 6     gentlemen.

 7                    Mr. McDonough.

 8     BY MR. McDONOUGH:

 9     Q.     Turning your attention to Government's Exhibit 31,

10     did you have an opportunity to make a recorded call

11     between yourself and the defendant?

12     A.     Yes, I did.

13     Q.     Can you tell us how you made that recorded call?

14     A.     I received a -- my county phone rang from the

15     number that was given previously, and I had hooked it up

16     to a recorder.  One earpiece is in my ear and the other

17     is on the phone, and I was able to record the phone call

18     in that way.

19     Q.     Were you able to review a transcript of that

20     recorded call as Government's Exhibit 32?

21     A.     Yes, I was.

22     Q.     And is that transcript accurate?

23     A.     Yes, it is.

24     Q.     Okay.  This Government's Exhibit 31, it's a

25     26-minute-one-second call, what date did the call take
```

```
         1    place on?
         2    A.    This would be December 12th of 2014.
         3    Q.    Okay.  Please play Government's Exhibit 31.
         4              (Tape playing)
10:53:07 5    BY MR. McDONOUGH:
         6    Q.    Can you pause it for a moment?
         7              Can you hear that, hear that call okay?
         8    A.    Yes, I can.
         9    Q.    And are you able to view it on your monitor okay?
10:53:14 10   A.    Yes, I can.
         11   Q.    All right.  You recognize the voices on
         12   Government's Exhibit 31?
         13   A.    Yes, I do.
         14   Q.    And who are the voices?
10:53:20 15   A.    The lines that say "UC," that is myself, and the
         16   lines that say "Vickers" are of Mr. Vickers.
         17   Q.    Okay.  Please continue.
         18              (Tape playing).
         19   BY MR. McDONOUGH:
11:18:56 20   Q.    Okay.  That was the end of the call for
         21   Government's Exhibit 31?
         22   A.    That's correct.
         23   Q.    Your communications with the defendant then
         24   continued back on through the Experience Project website?
11:19:08 25   A.    That is correct.
```

Q.    And if we could go to Government's Exhibit 9,
Page 23.

           I believe where we left off was the
defendant saying "K.  Hang on."

A.    Yes.  Correct.

Q.    And this would have been still on December 12th,
2014, between 3:43 and 4:34 p.m.?

A.    Correct.

Q.    What was the defendant's then -- his next line?

A.    "Awesome talking to you.  Your voice is amazing.
My KIK is Jbeaver977."

Q.    And what is the Jbeaver977 as it relates to KIK?

A.    Jbeaver977 would be a user name contained and
visible on the KIK application.

Q.    It -- is the KIK application, is that similar to
Experience Project in terms of being anonymous?

A.    That is correct.

Q.    What was your response?

A.    I responded "01kitkat01 is her KIK name
apparently."

Q.    Whom are you referring to?

A.    I was referring to my 13-year-old daughter Katie.

Q.    Did you set up a KIK account for the 13-year-old
Katie profile?

A.    Yes, I did.

1    Q.    How did you set that up?

2    A.    I downloaded the KIK application onto my work

3    phone, and had done that previous to this case, and I

4    used it previously in other undercover operations.

11:20:46 5    Q.    Okay.  What was his response?

6    A.    "LOL.  Okay.  Did you tell her yet?"

7    Q.    Okay.  Did that end at that point the Experience

8    communication, the Experience Project communications for

9    December 12th, 2014?

11:21:04 10   A.    Yes, it did.

11   Q.    Okay.  And, now, if we could go to Government's

12   Exhibit 20, Page 1.

13             Government's Exhibit 20 is 112 pages.  Do

14   you recognize Government's Exhibit 20?

11:21:44 15   A.    Yes, I do.

16   Q.    And what is Government's Exhibit 20?

17   A.    These are the Google Voice text messages between

18   myself and two phone numbers both belonging to David

19   Vickers.

11:21:59 20   Q.    Okay.  Were you able to -- can you tell us how

21   Government's Exhibit 20 was prepared?

22   A.    I prepared this by logging into my Google Voice

23   account and downloading all the conversations that Google

24   Voice has stored within my Google Voice account.

11:22:19 25   Q.    Does Google Voice keep track of the phone numbers

1    that are used during the text messaging?

2    A.    Yes, it does.

3    Q.    Does Google Voice keep track of dates?

4    A.    Yes, it does.

11:22:30  5    Q.    And does Google Voice keep track of times?

6    A.    Yes, it does.

7    Q.    When did the communications between yourself and

8    the defendant begin on -- through the Google Voice text

9    messaging?

11:22:47  10   A.    Conversations continued on December 12th, 2014 at

11   5:59 p.m.

12   Q.    Okay.  So in terms of December 12th, we've started

13   with the Experience Project, we've done a recorded call,

14   and now we're onto our third one, the actual text

11:23:06  15   messages?

16   A.    That is correct.

17   Q.    Are you familiar with the number 857-240-7410?

18   A.    I am.  That is the number that was provided by

19   David Vickers on Experience Project under the screen name

11:23:20  20   jbeaver975.

21   Q.    Okay.  And what is on Government's Exhibit 20, on

22   this transcript, what is your -- where do you show up on

23   it?

24   A.    Every line that says "Me" is myself.

11:23:36  25   Q.    Okay.  Can you tell us the conversation that starts

1    on Government's Exhibit 20?

2    A.    Mr. Vickers started the conversation "Hey," I said,

3    "Hey" back.

4                    He said, "Winky face.  I am glad we meet.

5    Did you tell her yet?  I KIK'd her."

6    Q.    What does "KIK'd her" mean?

7    A.    That would mean that someone would send a message

8    to a user on KIK.

9    Q.    Okay.  I'd like to go to Government's Exhibit 17,

10   Page 1.  Government's Exhibit 17 is 157 pages.

11                   Do you recognize Government's Exhibit 17?

12   A.    Yes, I do.

13   Q.    And what is Government's Exhibit 17?

14   A.    These are screenshots of the KIK application on my

15   work cell phone.

16   Q.    Can you tell us how Government's Exhibit 17 was

17   prepared?

18   A.    I created screenshots of each page on KIK, and

19   those were downloaded to my work phone.

20                   I uploaded those into a PDF file and

21   provided those.

22   Q.    Turning your attention to the left side of this

23   exhibit, what is it at the top?

24                   Can you tell what the red circle is?

25   A.    The top is a profile picture which it looks pinkish

1    in color in the circle, and then the initials next to it

2    are J and B, and that is considered a -- what they call a

3    vanity name on KIK.  It is different than the screen name

4    Jbeaver977 previously given, but you are able to pick a

11:25:28  5    vanity name.

6    Q.    Whose vanity name is JB?

7    A.    That would belong to Jbeaver977.

8    Q.    And who is?

9    A.    That belongs to David Vickers.

11:25:36  10    Q.    Okay.  Can you tell us, the red dots with the white

11    boxes, what are those?

12    A.    The red dot with the white boxes are David Vickers'

13    conversations, and then the green boxes would be my

14    conversation.

11:25:53  15    Q.    Okay.  This, Government's Exhibit 17, this was the

16    KIK application that the profile that was set up for

17    the -- that you set up for 13-year-old Katie?

18    A.    That is correct.

19    Q.    What did the defendant communicate to Katie?

11:26:12  20    A.    He started off "Hi, Katie.  I am Jason.  I got your

21    name through your mom."

22    Q.    Okay.  Going back to Government's Exhibit 20,

23    Page 1, we left off on the line "I KIK'd her."

24                Was that the communication referenced to "I

11:26:40  25    KIK'd her"?

```
       1    A.     That is correct.

       2    Q.     What did the defendant ask?

       3    A.      "Is Black your last name?"

       4    Q.     And what was your reply?

11:26:48 5  A.     "Yes, that's our last name."

       6    Q.     And what was the conversation that you had?

       7    A.     He asked again, "Did you tell her about me?"

       8               I said, "Not yet.  After I get ready I'll

       9    text her and tell her."

11:27:00 10            He said, "Cool.  Thanks for making this

      11    happen and making it so easy.  I love you in a way

      12    already for it."

      13               I said, "Smiley face, I'm really excited to

      14    talk to you and maybe one day meet you.  Yeah."

11:27:16 15            He said -- I'm sorry.  "I think the first

      16    call went great."

      17               I said, "Yes, you're super easy to talk

      18    to."

      19               He said, "A consenting mother is great.

11:27:33 20 Where is the father though?"

      21               I said, "He's in and out of jail.  He lives

      22    in Cali now, I think, and is remarried and has other

      23    kids."

      24               He said, "Okay, so she doesn't see him?"

11:27:44 25            I said, "No contact.  She never has had
```

1  contact.  Easier that way."

2          He said, "Okay, makes this easier."

3          I said, "Makes life easier all around."

4          He said, "God, I can't wait to talk to her

11:27:58  5  and see what she is like.  You, like, really got it

6  together for 30.  It's amazing."

7  Q.   Okay.  And turning to Page 2, what is the

8  conversation?

9  A.   I said, "I had to grow up fast."

11:28:15  10          He said, "You're really smart and amazing

11  for 30 and I like how you're making this your way of

12  having a bigger family.  It's just smart on your part.

13  You just need to find the right guy to make it work."

14          I said, "Exactly."

11:28:30  15          He said, "I do love you in a way already, I

16  just feel a bond after that call."

17          I said, "I'm glad.  Me, too."

18          He replied with a winky face.  "She just

19  KIK'd me."

11:28:44  20  Q.   And then turning back to Government's Exhibit 17,

21  Page 1, and referring to the right side of the page, can

22  you tell us what that depicts?

23  A.   I replied in the green with "Hey," with two Es.

24  And next to it there is the letter R with a checkmark

11:29:08  25  which means that the message was read by the other party.

1    Q.    Okay.  And what was the conversation that continued

2    on KIK?

3    A.    He said, "Hi."

4              I said, "WYD" meaning what you doing.

11:29:29   5              He replied "Working.  You?"

6    Q.    Okay.  Now, how are you able to be communicating

7    via text messaging through Google Voice with the

8    defendant, and as Traci, the mother, and at the same time

9    be communicating through KIK with the defendant as

11:29:53  10    13-year-old Katie?

11    A.    With the Google Voice application you are able to

12    send text messages on your computer.

13              So as mother, I was sending text messages

14    on my work computer, and then as the 13-year-old Katie

11:30:09  15    daughter profile I was sending messages on my work phone

16    through the KIK application.

17    Q.    Was it important for you to be able to communicate

18    simultaneously in this fashion?

19    A.    Yes, it was.

11:30:21  20    Q.    Why?

21    A.    I wanted to make it believable that there were two

22    separate people in this case.  I did not want to be

23    responding as mother, and then having a pause and then

24    responding as daughter.

11:30:39  25              I wanted to make sure that there was two

1      separate profiles, two separate people.

2      Q.    Have you had training regarding chatting as a

3      13-year-old?

4      A.    Yes, I have.

11:30:49  5      Q.    And what kind of training have you had?

6      A.    I've attended hundreds of hours of training in

7      regards to undercover chat investigations, undercover

8      chat protocol, and just over the course of doing these

9      investigations as well learning from other experienced

11:31:10 10     law enforcement professionals in how certain techniques

11     work better than others.

12     Q.    Do you use different abbreviations?

13     A.    I do.  I do research what, you know, kids in this

14     day and age are saying, and try to follow those

11:31:29 15     guidelines.

16     Q.    Okay.  Turning back to Government's Exhibit 20,

17     Page 2, we left off with "She just KIK'd me."

18                   Was that on the communication that was

19     referred to on the KIK --

11:31:50 20     A.    That is correct.

21     Q.    -- communication?

22                   Okay.  And can you tell us how the

23     conversation continued?

24     A.    I said, "Oh, good.  I wasn't sure if she would

11:32:00 25     tonight."

1              He asked "LOL.  Can I be blunt with her?  I

2      mean, does she know you were looking for her?"

3                   I said, "Yes, she knows."

4                   He asked "My age, too?"

11:32:16  5     Q.    And you replied?

6      A.    I replied, "Yes.  I told her you were older."

7                   I misspelled older.  And then replied again

8      with the correct spelling of "older."

9                   He said, "Cool."

11:32:31 10                  I said, "She's a cool girl."

11                  He said, "So far.  Trying to get her to

12     open up."

13                  I said, "She will."

14                  He said, "I am trying.  She needs a man to

11:32:43 15    show her the way."

16                  I asked, "You up for that?"

17                  He said, "Yeah, I am.  As a mother, if you

18     hear moaning and screaming coming from her closed bedroom

19     door, how will that make you feel?"

11:32:58 20                  I replied, "We don't close doors in the

21     house, though."

22                  He said, "What if we get a hotel room the

23     first time, where will you want to be?"

24                  I said, "That will be fine.  I want to be

11:33:12 25    there."

1    Q.    Onto page 3, what was the conversation?

2    A.    He said, "LOL, in the room?"

3           I said, "Probably.  I want to make sure

4    it's all on the up and up."

5           He said, "LOL.  You mean and up?"

6           I said, "LOL.  Yes."

7           He said, "Explain.  LOL.  I just want to

8    hear it."

9           I said, "Just want to be sure it a good

10    situation for her."

11           He said, "You want to watch her get naked

12    and then do what she is supposed to do to me?  It's fine,

13    I just wanted to hear you say.  I would have a rule for

14    that, though, that tou (sic) have to do."

15           Me, I said, "MMMM, yes, all that sounds

16    hot."

17           And I asked, "What rule?"

18           He said, "You don't have to be involved,

19    but you need to strip down to bra and undies so everyone

20    is equal."

21           I said, "Okay.  Fair enough."

22    Q.    And what did -- what was his response?

23    A.    He said, "You really want to see her squirm when I

24    put it in her?"

25           I said, "Mmm, yes."

1           He said, "It will be rough on her, but

2     okay, smiley face.  LOL, you going to show her how to

3     stroke me?  You have a raised a very sweet and mature

4     young lady.  I mean that, she is so cute."

11:34:44  5           I said, "Aww, thanks, hon.  I appreciate

6     you saying that.  I try my best.  Sorry for the delay.

7     Talking with friends."

8           He said, "It's cool.  LOL.  I told her that

9     'your mom wants me to knock you up.'  She said 'why do

11:35:05 10    you want to hit me?'"

11    Q.   Okay.  Turning to Government's Exhibit 17, Page 2.

12           This is back on the KIK communication

13    between the defendant and 13-year-old Katie.

14           What's the communication that's going on

11:35:26 15    here starting on the left side of the page?

16    A.   He said, "Working.  You?  Actually texting your

17    mom."

18           I replied, "Just chilling with my friend."

19           He said, "Okay, cool."

11:35:41 20           And I said, "Oh, okay."

21           He said, "She told me a lot about you and

22    is very cool."

23           I said, "Yeah, she's cool."

24    Q.   And turning to Page 3, what was the communication?

11:35:55 25    A.   He said, "She told me a lot about you.  We talked

1    for, like, 45 minutes on the phone."

2                 I said, "Like what, ha-ha?"

3                 He said, "Stuff" with a smiley face.

4                 I said, "Oh, okay."

11:36:07  5      He said, "She thought we should talk and

6    get to know each other."

7                 I said, "Yeah, that sounds fun."

8                 He said, "Okay, cool.  She was pretty open

9    about stuff.  But if you're busy, I can let you go."

11:36:23  10     I said, "Yeah, we are cool.  I can tell her

11   anything."

12                He said, "I think that's awesome.  She also

13   said you might like older guys, too."

14                I said, "Yeah, I guess.  Boys at school are

11:36:36  15  lame."

16                He asked, "What grade are you in?"

17   Q.    And turning to Page 4.

18   A.    I replied "Seventh."

19                He said, "LOL.  Well, you're dealing with a

11:36:46  20  lot of guys with no experience, no experience in the area

21   you're interested in."

22                I replied, "Yeah, I guess."

23                He said, "Well, I mean, what do you want

24   from a guy now?

11:36:58  25     I said, "I want a boyfriend.  I've never

1    had a real one."

2                He said, "Well, your mom is very supportive

3    of you having one."  I asked, "What do you want?"

4                He replied, "A girlfriend."

11:37:11 5                I said, "Cool.  BRB," which means be right

6    back.

7                He said, "Okay."

8                I replied, "So where are you?"

9                He said, "Maryland."

11:37:24 10                I asked "Is that far?"

11    Q.    Turning to Page 5, what's the conversation?

12    A.    "I live in Parma."

13                He said, "Kind of but not really."

14                I said, "Oh, okay."

11:37:35 15                He asked, "You're in Cleveland?"

16                I said, "Yep.  Close by."

17                He said, "Okay.  We talked about it, me and

18    your mom."

19                I said, "About what?"

11:37:45 20                He said, "The distance and stuff.  She

21    think it could work fine."

22                I said, "Cool."

23                He said, "If we get there and you want to,

24    of course."

11:37:56 25                I said, "Yeah, I do."

1         He said, "Already" with three question

2    marks and a smiley face.

3         I said, "You seem cool."

4         He said, "LOL, you, too.  I like your pic,

11:38:10  5    too."

6    Q.   And turn to Page 6, what's the conversation?

7    A.   I said, "Yeah, what pic?"

8         He said, "Your mom sent me a school pic."

9         I said, "Oh, okay.  Cool."

11:38:25  10         He said, "Be right back."

11         Then he said, "Sorry.  I really like you a

12    lot already."

13         I asked, "For what?"

14         He said, "You're just cool."

11:38:38  15         I said, "Thanks.  You are, too."

16         He replied with a smiley face.  "LOL, so

17    you saw your mom having sex?"

18         I said, "Sometimes."

19         He asked, "LOL, what did you think?"

11:38:55  20         I said, "It was cool.  It was like the vids

21    I seen."

22    Q.   And Page 7, what's the conversation?

23    A.   He said, "Ah, which videos?

24         "I had some friends send me vids."

11:39:11  25         He asked, "You got any?"

```
 1              I said, "A few.  You?"

 2              He said, "A few.  Jesus, your mom just said

 3    she has to be in the room when we first do it.  LOL.  She

 4    is crazy."

 5    Q.   At that point what did you -- what was your

 6    understanding of "Mom in the room when first do it"?

 7    A.   "First do it" meaning first have sex between

 8    Vickers, Mr. Vickers and the 13-year-old daughter Katie.

 9    Q.   Okay.  How did the conversation continue?

10    A.   I said, "She's not crazy."

11              He said, "LOL, I know.  I like the idea of

12    it.  I --"

13              I said, "What are we going to do?  Will you

14    hurt me?"

15              He said, "LOL, what do you think we will

16    do?"

17              I said, "IDK," meaning I don't know.

18    "Whatever you want."

19    Q.   And then turning to Page 8, what's the

20    conversation?

21    A.   He said, "LOL.  Guess, sweetie."

22              I said, "NVM," meaning never mind.

23              He said, "LOL, guess.  Sex."

24              I said, "What if I'm bad at it, will you

25    still like me?"
```

84

                    He said, "Love you already."

                    I said, "Really.  Cool.  My friend says it
hurts."

                    He said, "Yes, I do.  Don't worry about it
11:40:36  hurting."

                    I asked, "Why you say that?"

                    He said, "Your mom and me will do our best
job to make it right for you."

                    I said, "K.  I'm excited."

11:40:48                    He replied, "Me, too, baby."

Q.    And Page 9, what's the conversation?

A.    "Your mom has really made me feel good about this
already."

                    I said, "That's good."

11:40:59                    He replied with a smiley face.  "She tell
you my age?"

                    I said, "She said you were older than her
but cute."

                    He said, "36.  Is that okay?"

11:41:11                    I said, "Yes.  Am I too young?  I'm 13."

                    He said, "LOL, as long as mom is okay with
it."

                    I said, "I like older guys.  I think she
is -- she let me talk to other guys and now you.  So I
11:41:30  guess she is cool wit it."

1        He said, "LOL.  Okay.  She told me to knock

2    you up."

3    Q.    And on Page 10, what's the conversation?

4    A.    I replied with, "Why do you want to hit me?"

11:41:45 5        He said, "No, sweetie, get you pregnant.

6    Sorry."

7        I said, "Oh, okay.  I love kids.  I babysit

8    a lot."

9        He asked, "You want kids already?"

11:41:55 10        I replied "IDK" meaning I don't know.

11    "IDK," meaning I don't know, "If I can have them right

12    now.  Can I?"

13        He said, "She thinks so."

14        I said, "It could be cool."

11:42:12 15        He said, "Okay."

16        I replied, "I could dress it up.  Ha-ha, my

17    mom loves kids."

18        He replied, "I know.  She told me."

19        I said, "I hate being the only one."

11:42:29 20        He said, "I love your mom.  She is sweet

21    and nice."

22    Q.    Okay.  And then turning now to Government's Exhibit

23    20, Page 3, going back to the Google Voice text messages

24    between you and the defendant at the -- at 8:11 p.m., do

11:42:56 25    you see his response at the bottom of the page?

1          The last five lines.

2     A.    At 8:11 p.m. he said, "It's cool.  LOL, I told her

3     that 'your mom wants me to knock you up.'  She said 'why

4     do you want to hit me?'  Kind of lets me know how gentle

11:43:24 5     I need to be.  I don't think she is into me.  Oh, well,

6     no hard feelings, though, if not."

7     Q.    Okay.  And this is -- that conversation is still

8     going simultaneously with the KIK conversation?

9     A.    That's correct.

11:43:37 10     Q.    And then going back to Government's Exhibit 17,

11     Page 11, what is the conversation on Page 11?

12     A.    Starting on the left-hand side, he said, "I love

13     your mom.  She is so sweet and nice.  Well, that's why

14     she wants you to have one.  She told me I can't back out

11:44:06 15     though."

16               I said, "Cool.  So I wouldn't be just me

17     any more."

18               He said, "LOL, no."

19               I said, "I like that."

11:44:16 20               He said, "Good.  I really like you,

21     sweetie."

22               I responded back with a smiley face.

23               He said, "How you feel about it?"

24               I asked "About what?"

11:44:27 25               He said, "Me and you."

1          I said, "I like it.  You're nice.  You have

2     a pic."

3          He said, "Working on it."

4          I said, "I want to see you."

11:44:38  5     Q.    And Page 12, what was the conversation?

6     A.    He said, "LOL, I am not 60-looking."

7          I said, "You don't have any pics?"

8          He said, "Not yet, sorry."

9          I said, "That's weird."

11:44:54 10          He said, "You have a current one?"

11          I said, "Everyone has pics.  Yes, I have

12     lots."

13          He asked, "LOL, where is yours then?"

14          I said, "But my mom says I can't send them

11:45:10 15     to random peeps," meaning people.

16          He said, "I am not random."

17          I said, "I meet a lot of people on here."

18          He said, "Okay.  Well, let me see one."

19          I said, "I just want to see you.

11:45:25 20          He said, "I will get you one later."

21          I said, "Okay."

22          And he said, "I promise."

23     Q.    And then turning to Page 13.

24     A.    I said, "Well, I'm going to go hang out with my

11:45:40 25     friend."

1        He said, "Ah, shooting me down already.

2    Okay."

3        I said, "We are going to watch some movies.

4    I will try and talk later."

11:45:49  5        He said, "Okay."

6        I said, "Hailey is bugging me."

7        He said, "Okay, bye."

8        I said, "I will talk soon.  TTYL," meaning

9    talk to you later.

11:46:01  10   Q.   Who is Hailey?

11   A.   It would be one of 13-year-old Katie's friends.

12   Q.   Okay.

13   A.   Just a made-up name.

14   Q.   Okay.

11:46:09  15   A.   He said, "Okay, bye."

16        I said, "Are you mad at me?  PLZ" meaning

17   please "don't be."

18        He said, "No, it's cool."

19        I said, "If I wasn't here I could talk

11:46:24  20   more."

21        He said, "Have a good time, sweetie."

22        I said, "I want to talk to you more."

23        He said, "Okay, maybe later, sweetie."

24   Q.   And then Page 14, just the left side, please,

11:46:41  25   conversation.

1    A.    After saying "Okay, maybe later sweetie," he said,

2    "I love you though."

3              I said, "I love you, too," and sent a heart

4    and a smiley face.

5    Q.    And then did that end the KIK communications on

6    December 12th, 2014 between the defendant and the

7    13-year-old Katie profile?

8    A.    Yes, it did.

9    Q.    Okay.  And then if we could go to Government's

10   Exhibit 20, Page 4, we're now back with the Google Voice

11   text messages between the defendant and you, and what was

12   the conversation?

13   A.    I said, "What?  It didn't go well?  I was hoping it

14   did.  What did she say?  I will talk to her tomorrow

15   about it."

16              He said, "It's okay if not.  I will be

17   okay.  I still want to chat with you if we can."

18              I said, "Maybe just give her a little time.

19   She's young."

20              He said, "LOL, it's cool.  It's a hell of a

21   fantasy that almost came true, smiley face."

22              I said, "I think you are giving up way too

23   soon, but it's up to you.  Did she straight up tell you

24   she wasn't interested?"

25              He said, "LOL, no, you're right."

1          I said, "I will talk to her tomorrow and

2     get her honest opinion."

3          He said, "Okay."

4     Q.    Okay.  And then what did you send?

11:48:19  5     A.    It says "My purple hair, LOL."  And I tried to send

6     a picture of myself but it did not go through.

7     Q.    Okay.

8     A.    Then he asked "You still out?"

9     Q.    Okay.  When you say you tried to send a picture of

11:48:37  10    yourself, what are you referring to?

11    A.    I tried to send a picture through Google Voice to

12    the number here on the screen, but it did not go through.

13    Q.    Okay.  And going to Government's Exhibit 9,

14    Page 24, do you see what's depicted there?

11:49:04  15    A.    Yes, this is me with purple hair.

16    Q.    Okay.  What was the purpose of sending the picture

17    with the purple hair?

18    A.    Again previously asking for pictures to make sure

19    that I was real, so I had sent a picture.

11:49:20  20    Q.    Okay.  But this one, it was unsuccessful through

21    the phone, but you ended up sending it through the

22    Experience Project?

23    A.    That is correct.

24    Q.    And that would be -- that would be the start of

11:49:34  25    communications, or I should say that would be the next

1    day December 13th?

2    A.    That is correct.

3    Q.    2014.

4              Okay.  And turning to Government's Exhibit

11:49:46 5    20, Page 4, in your Google Voice messages, this would be

6    the text starting on December 13th, 2014, if you see the

7    line "Morning!  How are you today"?

8    A.    Yes.

9    Q.    About halfway down through the bottom?

11:50:13 10    A.    Yes, I do.

11    Q.    And what was the conversation?

12    A.    It starts out with him saying "Morning!  How are

13    you today?"

14              I said, "Morning!  Holy hangover, LOL."

11:50:29 15              I said, "You get my pic of my hair last

16    night."

17              He said, "LOL, no.  LOL, hung over?  Nice.

18    God, I need to start my shopping today.  LOL, I hate Xmas

19    shopping.  Nothing is more fun than blowing $1,500 on

11:50:44 20    others in one day.  What does Katie like?  I should get

21    her something if we meet you."

22    Q.    Turning to page 5, what's the conversation?

23    A.    And then he said, "Up" and I said, "Dang, that's a

24    lot of money to spend.  LOL.  She's into everything.  She

11:51:02 25    loves elephants, glittery stuff, the color blue, just

1    girly stuff."

2             He said, "Hmm, LOL, I don't know if I

3    should be buying for, like, someone like my niece or for

4    a lover.  Strange feeling, smiley face."

11:51:16  5             I said, "LOL, maybe some cute panties?

6    It's kind of both."

7             He said, "LOL, it really is.  Does she wear

8    undies like that yet?"

9             I said, "Yes, we shop at Victoria Secret

11:51:36 10   all the time together."

11             He said, "Aw, how cute.  She into thongs

12   yet?"

13             I said, "Not really.  More like the boy

14   shorts and stuff like that.  I'm so glad I had a girl cuz

11:51:51 15   it's fun to shop with her and share stuff with her."

16             He said, "Okay, it's a starting idea."

17             I asked, "You get around to a pic?"  And

18   then it says "My purple hair."  I tried to send it again

19   and again there was an error sending it.

11:52:05 20   Q.    Now, how is the purple hair, why isn't that pic

21   able to be sent through your phone to the cell phone

22   number that the defendant gave you?

23   A.    Through Google Voice you cannot send a picture on

24   the application itself.

11:52:28 25   Q.    Okay.  And what was the conversation next?

1    A.    Conversation continued with him asking "What size

2    is she?"

3              I said, "XS," meaning extra small.

4              And then "32A bra size."

11:52:44  5              He said, "LOL, they are going to think I'm

6    a pedo buying that size."

7              I asked, "You get my pic this time?"

8              He asked, "No.  Did you get mine?"

9              I said, "I have an adult friend who is that

11:52:58  10    size.  I'm a small, so extra small isn't that out of

11    norm.  I didn't get yours."

12              He said, "LOL, will she get embarrassed

13    opening that in front of you?"

14    Q.    And turning to Page 6, what was the conversation?

11:53:14  15    A.    I said, "No, she loves stuff from there.  They have

16    lotion and stuff, too."

17              He said, "Okay, cool.  And what about you?"

18              I said, "Or Bath & Body Works candles and

19    lotions, another gift and maybe more comfortable for you

11:53:30  20    to buy."

21              He asked, "What can I get you though?"

22              I said, "You don't have to get me anything.

23    I have everything I want."

24              He said, "Ah, just trying to build a

11:53:42  25    relationship with both of you, though."

1            I said, "We kind of like the same things,

2       smiley face."

3            He said, "LOL, gotcha."

4            I said, "What do you like?"

11:53:54  5            He said, "I guess I would have to ship them

6       to you because I don't know if you're looking at weeks or

7       months before we have first encounter."

8            I said, "It's kind of on you.  I'm pretty

9       flexible."

11:54:08  10            He said, "Me, too.  I mean, I want to

11       soon."

12            I said, "Okay, we will figure it out.

13       Katie and I have lots of open time the next 2.5 weeks."

14            He said, "Aw, Xmas break."

11:54:26  15            I said, "Yeah, but that's probably too

16       soon.  LOL."

17            He said, "Not for me, but I understand if

18       it is -- if it for you."

19            I said, "No, that would be a great Xmas

11:54:39  20       present."

21            He said, "LOL.  Present for me, you or

22       her?"

23            I said, "All of us."

24            He replied with a smiley face.  "When was

11:54:52  25       the last time you had sex?"

```
        1                I said, "Why do you ask, LOL?"

        2                He said, "Just asking."

        3                I said, "Couple days ago."

        4                He asked "BF," meaning boyfriend?

11:55:06 5    Q.    Page 7, what was the conversation?

        6    A.    I said, "No, LOL."

        7                He asked, "LOL, how old was he?"

        8                I said, "IDK," meaning I don't know.  "Late

        9    thirties, probably."

11:55:18 10               He said, "LOL, okay.  Meet him at a bar or

       11    online?"

       12                I said, "Bar."

       13                He said, "Sorry for asking, not my

       14    business."

11:55:27 15               I said, "It's all good.  I told you I'm an

       16    open book.  What about you?"

       17                He said, "Few months.  A friend."

       18                I said, "Nice."

       19                He said, "EWWW, I guess.  I miss the

11:55:43 20   feeling of young.  It's been a long while for that."

       21                I said, "How old was she?"

       22                He said, "33, I think."

       23                I said, "That's not too old.  LOL."

       24                He said, "LOL, yeah."

11:56:02 25   Q.    What was his next -- I'm sorry?
```

1    A.     "If everything works out, you might be a

2    grandmother this time next year for Xmas.  LOL.  Does

3    that make you feel old?"

4            I said, "That would be amazing.  I don't

11:56:14  5    feel old."

6            He said, "Grandma at 31, wow."

7            I said, "It's all good.  Age is just a

8    number."

9            He said, "LOL, I don't think I ever had sex

11:56:25 10    with a grandmother before.  I would have to do you just

11    for that reason alone, smiley face."

12            I replied, "Ha-Ha."

13            He said, "You up for that?"

14            I said, "We shall see, LOL."

11:56:41 15            He replied with a winky face.

16    Q.   And Page 8, what's the conversation?

17    A.   He said, "Next Xmas is possible, right?"

18            I said, "Possible for what?"

19            He said, "I mean, if we got started soon,

11:56:56 20    for a baby."

21            I said, "Oh, yes, for sure.  Katie is able

22    to get pregnant."

23            He asked, "How do you know?"

24            I said, "Well, she's had her period for

11:57:07 25    almost a year now."

1          He said, "We need to get started then."

2          I said, "Okay, then, when you thinking?"

3          He said, "Before the 1st."

4          I said, "Awesome.  We can start the new

11:57:22  5   year off right."

6          He replied, "Awesome.  We going too fast

7     for you?"

8          I said, "No.  If it's right, it's right and

9     I want to get busy being happy and living the dream."

11:57:34  10   He said, "Me, too, baby.  Would you want me

11    to come there or would you want to meet halfway and meet

12    on mural ground the first time?"

13         I said, "Well, I think Katie would be more

14    comfortable in her own environment."

11:57:52  15   He said, "Okay."

16         I said, "What are you thinking?

17         He said, "I was thinking of getting a hotel

18    in PA somewhere, halfway, and I would pay.  But I am open

19    to your ideas though."

11:58:03  20   I said, "I don't know.  I don't see the

21    need to spend money on a hotel and stuff.  I don't like

22    to drive either.  LOL."

23         He said, "Just makes it on mural ground and

24    less driving for me, too."

11:58:18  25   I said, "But I'm open to ideas."

1        He asked, "I mean, you would want me to

2    come to your house and meet you guys?"

3        I said, "Sure.  Why not?  It's comfortable

4    for Katie and if this is gonna be a long-term situation,

11:58:40  5    you an get comfortable here, too."

6        He said, "So for asking so many questions.

7    Just trying to figure this out.  I mean, I have meet

8    girls online before, but this is different."

9    Q.    Now, turning to Government's Exhibit 17, Page 14,

11:58:59 10    back to the KIK communications between the defendant and

11    13-year-old Katie, again on the right side of the page is

12    the defendant simultaneously communicating with Katie

13    while texting with you?

14    A.    Yes, he is.

11:59:13 15    Q.    And could you describe the conversation on the

16    right side of the page?

17    A.    On the right side of the page starts off with him

18    saying, "I love you, too."

19        Excuse me, that would be me in green saying

11:59:29 20    "I Love you, too."

21        He replied back with a smiley face.

22        He then said, "What's your fav color?"

23        I said, "Hmm, I like silver or blue, I

24    guess."

11:59:45 25        He asked, "What kind of blue?"

1        I said, "Like blue like the sky, I guess."

2        He said, "Your mom said she wants another

3    kid in the house by next year's Xmas."

4    Q.    Okay.  And turning to Page 15?

5    A.      "LOL.  Any ideas how to make this happen?"

6        I said, "IDK, meaning I don't know.  "Do

7    you have kids?"

8        He said, "Nope."

9        I said, "K."

10        He asked, "LOL, any other ideas?"

11        I said, "You and me."

12        He replied with a smiley face.  "You up for

13    that?"

14    Q.    Did the defendant have any children?

15    A.    Yes, he does.

16    Q.    Okay.  And then turning to the right side of the

17    page, what was the conversation?

18    A.    I replied, "I guess.  You'll shoe me, right.  I

19    don't want to be bad."

20        He replied, "Of course I will, sweetie."

21        I said, "K, cool."

22        He said, "LOL, you want your mom in the

23    room?"

24        I replied, "IDK," meaning I don't know.

25    "Kind a weird, but IDK you."

1    Q.    And Page 16, what's the conversation?

2    A.    He said, "Okay.  Your mom and I are talking and

3    making plans."

4              I asked, "Plans for what?"

5              He said, "Maybe meeting."

6              I said, "Oh, cool, that sounds so fun."

7              He asked, "Really?"

8              I said, "Yeah."

9              He said, "Okay," with a smiley face.

10   "Where are you now?"

11             I said, "Home.  Gonna get pizza soon."

12             He said, "Okay.  We are making plans."

13             I replied, "My mom said you're coming."

14   Q.    Okay.

15   A.    He said, "Yes.  Working on the details."

16             I said, "Cool."

17             He says "Yeah" with a smiley face.  "I sent

18   your mom a pic."

19   Q.    Okay.  And that ended the KIK communications on

20   that day, and now going back to Government's Exhibit 20,

21   Page 9.

22             Now, we're back between the Google Voice

23   text messages between the defendant and you.

24             What was your response to the defendant?

25   A.    "Yeah, but have you met a mom and young daughter?"

1        He said, "LOL, nope.  That's the new part

2    of this."

3        I said, "I want to make you comfy, too."

4        He said, "I know and I appreciate that a

12:02:24 5    lot.  Look, this is new to both of us, it really is, and

6    the first time is going to be awkward for me, you, and

7    specially her."

8        I said, "I suppose."

9        He said, "LOL, sorry."

12:02:37 10        I said, "No reason to apologize."

11        He said, "But you really did make me feel

12    so good about talking about it on the phone yesterday.  I

13    was just, OMG," meaning Oh, my God, "You understand."

14        I said, "It's good to find someone like

12:02:56 15    me."

16        He said, "Yes, it is, so I am more than

17    sure it won't be strange when we meet.  LOL, just the

18    first few moves might be a LOL awkward."

19        I said, "We will go with moment and figure

12:03:18 20    it out."

21        He said, "The underwear will do the trick.

22    Make her try them on for me."

23        I said, "That's so true.  Perfect."

24        He said, "LOL.  Winky face.  I might make

12:03:34 25    you strip down then, too.  Who knows?"

1           I replied with a smiley face.

2           He said, "I was kidding, but I would want

3   to see your goods, too, at some point."

4           I said, "Okay.  We will figure that out as

12:03:50 5   we go."

6           He said, "Okay, what about Monday, the

7   29th?  Too soon?"

8           I said, "Yeah, that could work.  Can you

9   stay until New Year's Eve or no?"

12:04:02 10           He said, "But I could leave early that

11   morning and drive up, be there midday.  Depends on work.

12   It might be a bunch of day trips starting off."

13           I said, "I will put in a time off request

14   at work if I'm working."

12:04:18 15   Q.    And on Page 10, what was the conversation?

16   A.    I said, "I will check the schedule tonight.  I

17   gotta work at 6:00 p.m. tonight.  Oh, okay.  Well, a day

18   trip is better than no trip.  LOL.  I can help with gas

19   or whatever."

12:04:34 20           He said, "Well, I mean, I could be there

21   about 10/11.  It would give us a few hours to get to know

22   each other before you work."

23           I said, "No.  Tonight I work.  I will take

24   off the 29th if you're coming."

12:04:50 25           He said, "LOL, okay.  God, this is

1    exciting."

2                    I said, "I know!  You've made my day."

3                    He said, "LOL, you made my week.  How did I

4    make your day?"

12:05:03  5                    I said, "Just by making plans."

6                    He said, "LOL.  Is it really that big of a

7    deal?"

8                    I said, "I really hope it works out.  You

9    still need to send a pic."

12:05:14 10                    He said, "I promise I will.  If I do send

11   it, can I get a nude one of Katie?"

12                    I said, "I don't have any nude pics of

13   her."

14                    He asked, "Can you get one?"

12:05:31 15                    I said, "I don't know if I want to send

16   those kinds of pic out there on the web.  You can take

17   pics when you come.  I just want to get a feel for you

18   first."

19                    He said, "What about an underwear and bra

12:05:45 20   pic?  I swear to you I am not going to do anything with

21   them."

22                    I said, "We will see."

23                    He said, "Okay.  I got a fair one.  A bra

24   and undies of you then.  It leaves her out of it."

12:05:59 25                    I said, "What's to say you don't show up

1    and just want the pics?  Okay.  I will take a pic tonight

2    and send it."

3              He said, "You really think I would just go

4    to this much trouble for pics?"

5              I said, "I've known from past experiences

6    that guys go to great lengths.  That's why I'm a little

7    cautious."

8    Q.    As part of the Ohio Internet Crimes Against

9    Children task force protocol for sending pictures, can

10   you describe that regarding the defendant's request for a

11   nude photograph of Katie?

12   A.    Our policy is we're not allowed to send any nude

13   pictures, and absolutely no child pornography.

14   Q.    Okay.

15   A.    And a nude picture of 13-year-old Katie in this

16   instance would be considered child pornography.

17   Q.    What about nude photographs of adults, is that

18   permitted?

19   A.    It's not permitted to send any pornography of any

20   kind.

21   Q.    The defendant made a request for an underwear and a

22   bra pic of you, correct?

23   A.    That is correct.

24   Q.    Did you accommodate his request and send one?

25   A.    I sent a photo depicting me laying on a bed, and I

1     am wearing a pink bra with a black lace detail.

2     Q.    If we could go to Government's Exhibit 9, Page 25.

3     Do you see what's being depicted there?

4     A.    Yes, I do.

5     Q.    And can you please describe what's being depicted?

6     A.    This is me approximately about a year ago.

7                I am wearing a pink bra with black lace

8     detail, and I sent this picture because I was not

9     comfortable sending a full body picture displaying myself

10    in a bra and underwear.

11    Q.    Okay.  So you sent this picture, this was via the

12    Experience Project?

13    A.    That is correct.

14    Q.    And that was in response to the defendant's

15    request?

16    A.    That is correct.

17    Q.    Okay.  All right.  Going back now to Government's

18    Exhibit 20, Page 11, back to the Google Voice text

19    messages between the defendant and you.

20                What was his response?

21    A.    "I think we both are playing it very cautious and

22    I think we both need to at this point."

23                I said, "Once I know you're for real, I

24    will feel much better."

25                He said, "I think both will."

1      I said, "I want this work and be

2  long-term."

3      He said, "Me, too, sweetie, but I will be

4  honest, I feel more of a bond with you than her.  IDK how

12:09:01  5  you feel about that."

6      I said, "Well, I want you to feel it with

7  her."

8      He said, "Okay.  This is going to be

9  great."

12:09:11  10  Q.   What was your response?

11  A.   "I'm really excited.  The days are gonna drag by,

12  LOL."

13      He said, "There.  Bad pic but."

14  Q.   What was he referring to?

12:09:25  15  A.   He had sent a picture through another application

16  of him wearing some sunglasses in a vehicle.

17  Q.   What was your response?

18  A.   I said, "That's a good pic.  You're cute."

19      He said, "Really?  I will get you more

12:09:48  20  later."

21      I said, "Yes.  I wish I could see your eyes

22  though."

23      He said, "Let's do this.  You let me talk

24  on the phone with her tomorrow and I will get you one.  I

12:09:59  25  have nice blue eyes."

1          I said, "Awesome.  Katie has hazel eyes and

2     I have green."

3          He asked, "LOL.  You have another pic of

4     you?  Or her?"

12:10:11 5          I said, "Well, apparently you're not

6     getting the pics I've text you so when I get home I'll

7     send you pics from my computer."

8          He said, "LOL, try again.  So when did you

9     start having sex?"

12:10:27 10          I said, "Okay.  Sent ya a pic."

11    Q.    Okay.  Going to Page 12, what's the conversation?

12    A.    I again tried to send a picture and there was an

13    error, and I said, "Tell me if you get it."

14          He said, "Fuck.  Nope.  Do it on EP."

12:10:52 15          I responded, "I was 10 my first time with

16    my uncle."

17          He said, "Oh, wow, you like it?  LOL,

18    that's pretty young."

19          I said, "Okay, sent you one on EP.

12:11:06 20          He said, "Send me one of her.  How old was

21    your uncle?  There, sweetie, I want to hear all about you

22    and the uncle at some point.  I only saw the one eye in

23    your purple hair pic, but, oh, my God, OMG, is it sexy."

24          I said, "Sorry.  Out and about."

12:11:27 25          He said, "I thought you were working."

1        I said, "They didn't need me.  It was

2   overtime but wasn't as busy as they predicted.  More

3   shopping time for me.  Can't complain.  What are you up

4   to?"

12:11:43  5        He said, "Nice.  Nothing.  Shopping, too,

6   earlier.  I saw some undies I want to buy her.  They were

7   so cute.  I didn't get them.  I need to go back and do

8   it.  So how old was your uncle and did you want to do

9   with him?  I KIK'd Keith.  Where is she though?  Not to

12:12:05 10   keep bucking you, I am sure you're busy.  How far from

11   the airport do you?  I was --"

12   Q.    And that ended the communications on December 13th,

13   2014?

14   A.    Correct.

12:12:18 15   Q.    Okay.

16        MR. McDONOUGH:  Your Honor, may we

17   approach?

18        THE COURT:  Yes, I was just going to have

19   you come here.

12:12:25 20        (Proceedings at side-bar:)

21        THE COURT:  Where are we at with her,

22   Brian?

23        MR. McDONOUGH:  It's a good time to break

24   here, Your Honor.

12:12:39 25        Your Honor, for the first two days here we

1   had to lay everything out on it.  As we go through, we

2   will just hit the highlights as we go through, but I want

3   to make sure the jurors are able to have the sense of all

4   the communications.

12:12:51  5          THE COURT:  Understood.

6                How much longer do you think you will be

7   with her on direct?

8                MR. McDONOUGH:  On direct, we're going to

9   go into --

12:12:57  10          MR. FILIATRAUT:  We still have three more.

11               MR. McDONOUGH:  Three phone calls.  The

12   phone calls will take 30 minutes.

13               THE COURT:  Total?

14               MR. McDONOUGH:  Or 35.  35 total.  15, 15

12:13:08  15   and five.  They are one right after the other.

16               And then, you know, kind of depending on

17   the highlights, but we definitely have --

18               MR. FILIATRAUT:  Probably another two

19   hours, I would say.

12:13:21  20               MR. McDONOUGH:  Yeah, two to three.

21               MR. FILIATRAUT:  Because we still have to

22   play the child porn as well, and that's before we get to

23   cross so.

24               MR. McDONOUGH:  And we could, I mean we

12:13:33  25   could -- I mean, we could, depending on how quickly it

1    is, we could go today on it or --

2                    MR. GREG McCORMACK:  On direct?

3                    MR. McDONOUGH:  I don't want to be killing

4    the jury to have to play every single communication, but

12:13:48  5    I'd like to have her done, done today and have you be

6    able to start some cross if we can.

7                    THE COURT:  Okay.  Greg, how long you think

8    for cross; couple hours?

9                    MR. GREG McCORMACK:  Yes, sir.

12:14:05  10                    THE COURT:  Okay.

11                    MR. GREG McCORMACK:  I will not be anywhere

12    near that long.  Hit the highlights and get out.

13                    THE COURT:  Is it reasonable to say we

14    could wrap up by lunch tomorrow as far as the testimony?

12:14:19  15                    MR. McDONOUGH:  Yes.

16                    MR. GREG McCORMACK:  Yes, sir.

17                    MR. FILIATRAUT:  We'll have a second

18    witness here shortly.  I could have him hang on or tell

19    him to come back tomorrow morning.

12:14:28  20                    THE COURT:  We'll see how -- we'll make

21    that call in the next break after lunch.

22                    MR. McDONOUGH:  All right.

23                    THE COURT:  See where we are at.

24                    Let's break for lunch.  We will take an

12:14:38  25    hour, I'll have them back at quarter after 1:00, and we

1    will bring them back up and get going.

2                    MR. McDONOUGH:  Yes, sir.

3                    (End of side-bar conference).

4                    THE COURT:  Ladies and gentlemen, time for

12:14:49 5    lunch.

6                    Please report back to the jury room at

7    1:15, and we will call you back up and continue the

8    examination.

9                    (Jury out).

12:15:27 10                    THE COURT:  We're adjourned.

11                    (Luncheon recess taken).

12                    (Proceedings adjourned at 12:15 p.m.)

13                         - - - - -

14

15

16

17

18

19

20

21

22

23

24

25

1      TUESDAY, DECEMBER 1, 2015,  1:20 P.M.

2              THE COURT:  Please be seated, ladies and

3      gentlemen.

4              Mr. McDonough.

13:23:40  5          MR. McDONOUGH:  Yes, Your Honor.

6        DIRECT EXAMINATION OF MIRANDA HELMICK (RESUMED)

7      BY MR. McDONOUGH:

8      Q.   We left off at the conclusion of the communications

9      as of December 13th, 2014.

13:23:52 10              There were some communications on

11     December 14th.

12     A.   That is correct.

13     Q.   Okay.  And I'm going to turn your attention now to

14     December 15th, 2014.

13:24:06 15              Did you have an opportunity to have three

16     recorded calls with the defendant?

17     A.   That is correct.

18     Q.   Were you able to, turning your attention to

19     Government's Exhibit 33, were you able to record this

13:24:22 20     call in the same way that you recorded call 31?

21     A.   That is correct.

22     Q.   Okay.

23              MR. McDONOUGH:  The government would like

24     to play Government's Exhibit 33, a recorded call on

13:24:33 25     December 15th, 2014, with Exhibit 34 as the transcript.

```
 1                    THE COURT:  Go ahead.

 2                    MR. McDONOUGH:   Thank you.

 3                    (Tape playing).

 4     BY MR. McDONOUGH:

 5     Q.    That was the end of the Government's Exhibit 33,

 6     the recorded call?

 7     A.    That's correct.

 8     Q.    Was the transcript, Government's Exhibit 34,

 9     prepared in the same way as Government's Exhibit 32?

10     A.    Yes, it was.

11     Q.    All right.  And then turning your attention to

12     Exhibit 20, Page 13 -- I'm sorry -- Exhibit 9, Page 27.

13                    Do you see what's being depicted on the

14     screen?

15     A.    Yes, I do.

16     Q.    Do you recognize it?

17     A.    Yes.  This is me holding up my undercover driver's

18     license, State of Ohio, with the name Traci Nicole Black

19     showing.

20     Q.    That was the undercover driver's license that was

21     created for you?

22     A.    That is correct.

23     Q.    Did you send this picture to the defendant?

24     A.    Yes, I did, through Experience Project.

25     Q.    And that was on December 15th of 2014?
```

1    A.    That is correct.

2    Q.    About 12:50 p.m.?

3    A.    That is correct.

4    Q.    And that was referenced in the phone call we just

13:41:03 5    heard, that you sent your driver's license pic?

6    A.    Yes, it was.

7    Q.    This is the photograph of that?

8          Okay.  Turning your attention now to

9    Government's Exhibit Number 35, this is the next, next

13:41:23 10   phone call with Government's Exhibit 36 as the

11   transcript.

12         And please play.

13         (Tape playing).

14   BY MR. McDONOUGH:

13:56:48 15   Q.    Was that the end of Government's Exhibit 35, the

16   recorded call?

17   A.    Yes, it is.

18   Q.    And what was the purpose during your calls

19   to -- recorded calls with the defendant?

13:57:01 20   A.    I'm sorry, what was that?

21   Q.    During -- at this point in the investigation,

22   you're talking.

23         What's the purpose of your talking with the

24   defendant?

13:57:11 25   A.    It's just to gain some trust, confidence in each

1    other, get to know each other a little better.

2    Q.    What was the reference to the 29th in that recorded

3    call?

4    A.    That would be for December 29th, Mr. Vickers had

13:57:31 5    indicated that he would like to travel from Virginia to

6    Ohio on December 29th in order to meet 13-year-old Katie

7    and myself as the mother.

8    Q.    Okay.  And for this call, we're about two weeks

9    away from that date, correct?

13:57:45 10    A.    That is correct.

11    Q.    And then you had the last call, it would be

12    Government's Exhibit 37, this is a five-minute-27-second

13    phone call with the defendant, and the transcript is

14    Government's Exhibit 38.

13:58:02 15            Was the transcript prepared in the same

16    manner as Transcripts 36, 34 and 32?

17    A.    That is correct.

18            MR. McDONOUGH:  And could you please play

19    Government's Exhibit 37?

13:58:13 20            (Tape playing).

21    BY MR. McDONOUGH:

22    Q.    Is that the end of Government's Exhibit 37 and the

23    transcript, Government's Exhibit 38?

24    A.    Yes, it is.

14:03:42 25    Q.    Okay.  On December 15th, in addition to the

1    recorded calls, did you have communications with the

2    defendant via the Google Voice text messages?

3    A.    Yes, I did.

4    Q.    And turning your attention to Government's Exhibit

14:03:54  5    20, Page 16, can you tell us the conversation that takes

6    place here on December 15th?

7    A.    Starts out with him saying, "No, I think we on the

8    same page on stuff and you don't judge sex with kids as a

9    bad thing.  I mean, more of a lifestyle."

14:04:20  10              I said, "Exactly.  I get what you're

11    saying.  You don't think it's a bad thing, either, do

12    you?"

13              He said, "No, I love the idea."

14              I said, "Awesome."

14:04:32  15              He said, "And you want to watch us doing

16    it?"

17              I said, "Not necessarily if that weirds you

18    out, but I do want to make sure you're going to treat her

19    right."

14:04:42  20              He said, "It does, but it doesn't.  I mean,

21    it really did on Friday.  But I understand it more now.

22    How bad do you want to see it, for pleasure purposes?  Be

23    honest.  I do have a history, I was holding back you

24    about.  I just didn't want to freak you out and wanted to

14:05:04  25    seem like a nice guy."

1         I said, "You're not gonna freak me out,

2   hon.  I want you to be yourself.  What else do you have

3   to tell me?  I'm the least judgmental person."

4         He said, "I first got molested at the age

14:05:21  5   of 9/10 by some guy in the neighborhood.  He was about 20

6   to 25.  He used to meet me at the skatepark deep in the

7   woods.  He would give me beer and show me porn magazines.

8   He would get me buzzed and looking at the magazines."

9         And I said, "So we both did stuff at age

14:05:44 10   10.  How did you feel about the situation?"

11         He replied, "He would then usually suck me

12   off while I looked at the mags.  This went on for a few

13   years.  It was awesome until I turned about 12/13.  Then

14   he tried sticking it in my ass.  (That sucked).  Then I

14:06:10 15   start to recognize it was "Gay" so I stopped doing it

16   with him.  I loved it until then, but it started me in

17   this whole pedo thing, IDK how.  Then I started acting

18   out on it myself."

19         And I said, "Well, that makes sense.  I

14:06:30 20   don't think anything is wrong with trying and enjoying

21   things that society says is 'Gay.'"

22         He said, "LOL, but I am not gay.  I was a

23   victim of the gay activity.  Honestly, I have almost

24   killed myself BC," meaning because, "of the urges I have

14:06:50 25   had through the years."

1    Q.    And on Page 17, how did the conversation continue?

2    A.    I continued with "Oh, no, that's terrible."

3              And he said, "Tell me about you and your

4    uncle."

14:07:11  5              And I said, "He was 13 and we grew up more

6    like brother and sister and we 'Played' for like a couple

7    years, but then my mom found out and we moved."

8              He asked, "He was your first sexual

9    experience?"

14:07:26 10              And I said, "Yes."

11              And he said, "LOL, you're starting Katie

12    off kind of late at 13 then."

13              And I said, "Right?  LOL."

14              And he said, "LOL.  Just saying.  If you

14:07:39 15    want to watch, it's cool, but what can't I do to her

16    that's 'Not treating her right'?  LOL.  It's sex."

17              I said, "Like hurting her."

18              And he said, "It's going to hurt no matter

19    what.  It's her first time."

14:08:00 20              And I said, "I know that, but not like the

21    some extreme pain shit or weird fetishes."

22              And he said, "Oh, no, no violence."

23              And I said, "Okay, awesome."  And I said,

24    "I think it will be fine in the house cuz Katie is

14:08:15 25    comfortable there and I don't have to be in the room but

1    just close by."

2                  And he said, "But what if she changes her

3    mind when we get started and starts saying no or stop?"

4                  And I said, "I can encourage her or

14:08:28  5    whatever.  I don't think that will happen though."

6                  And he said, "LOL, get her drunk.  Kidding,

7    I want her to like it."

8                  And I said, "That's a good idea.  Loosen

9    her ip (sic) a bit."

14:08:41 10                  And then I corrected the misspelling by

11    saying "Up."

12                  He said, "Honestly, I am all for it.  LOL.

13    If she got too loaded, I might need you in the room then

14    to help.  I scheduled myself off for the 29th, that

14:08:59 15    Monday."

16                  And I said, "Yay!  I requested off, too.

17    You still thinking of driving?"

18                  He said, "IDK, air fare is $250.  Debating.

19    If I leave at 4:00 a.m. I could be there midday, well,

14:09:17 20    10ish."

21                  I said, "Ah, okay, I don't want to put you

22    out too much though."

23                  He said, "But I really want this."

24                  And I said, "As do I."

14:09:27 25                  He said, "Cool.  I will stop asking for

1   nudes.  I thought about that yesterday, maybe too

2   perverted or aggressive, but you need to let me start

3   bonding with her some."

4              And I said, "It's not that.  You can take

14:09:41 5   any pics you want when you're here and I will send ya

6   nudes after we meet."

7   Q.    Okay.  Turning your attention to Government's

8   Exhibit 17, Page 21, we're going to go back to the KIK

9   communications between the defendant and 13-year-old

14:10:04 10   Katie.

11              Drawing your attention to the left side of

12   the screen, can you read the conversation that is taking

13   place on December 15th?

14              This is the same day that you're having the

14:10:17 15   text messages between the defendant and yourself as the

16   mother profile?

17   A.    That is correct.

18   Q.    And the defendant's having KIK communications with

19   13-year-old Katie on the Government's Exhibit 17,

14:10:32 20   Page 21?

21   A.    That's correct.

22   Q.    And what is the conversation?

23   A.    He starts by saying, "So you like porn?"

24              I responded, "IDK, ha-ha.  You mean like

14:10:41 25   naked vids?"

1          He said, "Yeah, smiley face."

2          I said, "Yeah, it's cool.  You?"

3          He said, "Love them."

4          I said, "You have lots?"

14:10:55  5          He said, "A few.  You?

6          I said, "No."

7          He said, "Awwww."

8          I replied with a frowny face.

9          He replied back with a KIK video.

14:11:11  10   Q.    What is the KIK video that the defendant sent to

11   13-year-old Katie profile?

12   A.    The video is sent in the KIK messaging application,

13   and I don't have the video --

14   Q.    Okay.

14:11:27  15   A.    -- number in front of me.

16          MR. McDONOUGH:  Actually, may we have the

17   back laptop?

18          And may we also have, without defense

19   objection, the gallery monitors turned off?

14:11:46  20          MR. GREG McCORMACK:  We agree.

21          MR. McDONOUGH:  Your Honor, with the

22   Court's permission, the government would like to play

23   from Government's Exhibit Number 5 the disk, file ending

24   in 666.

14:12:14  25          Government is going to play a

1    representative clip from this, 15-second clip from this

2    6-minute-and-16-second video.

3                    THE COURT:  Mr. McCormack, any objection?

4                    MR. GREG McCORMACK:  No, Your Honor.

14:12:30  5          THE COURT:  Proceed, please.

6                    (Tape playing).

7    BY MR. McDONOUGH:

8    Q.    Do you recognize this video?

9    A.    I do.

14:12:38 10   Q.    What does this video depict?

11   A.    This is a Caucasian female engaged in sexual

12   activity with a Caucasian male within a locker room.

13                    (Tape playing).

14   BY MR. McDONOUGH:

14:13:16 15   Q.    Was the girl in that video a minor?

16   A.    She appears to be a teenager based off of her

17   development and her body.

18   Q.    What was your response -- going back to the front

19   table, please -- Government's Exhibit 17, Page 21, to

14:13:36 20   that video?

21   A.    I said, "Is that you in the video?  That's cool."

22                    He replied, "LOL, no."

23   Q.    And turning to Page 22.

24   A.    "You like it?"

14:13:52 25                    I said, "Yeah, she's pretty.  I don't look

1    like her."

2    Q.    And what is sent -- what is sent next?

3    A.    On my screen it is blacked out.

4    Q.    Okay.  And is it -- is it a video?

14:14:10  5    A.    It would be another video.

6    Q.    Okay.  And did you have an opportunity to watch

7    these videos?

8    A.    Yes, I did.

9    Q.    The videos themselves, how were you able to collect

14:14:25 10    these videos as evidence?

11    A.    I took a video camera from our office and videoed

12    my phone itself and the video playing on my phone.

13    Q.    Do these videos themselves, do they remain on the

14    cell phone on which they are played?

14:14:48 15    A.    If the application is deleted off of a device, all

16    messaging and videos will be deleted as well.

17            KIK also works with you have a certain

18    limit of messages that you can receive at any given time.

19    I do believe it's a thousand messages, so what will

14:15:12 20    happen is if you hit message 1001, it will delete message

21    one and continue forward.

22    Q.    Okay.  In the KIK social media app, is there a

23    memory limit on how many videos or how long a video may

24    be sent between users?

14:15:31 25    A.    I could not testify to that.

1    Q.    Okay.

2    A.    I'm not sure.

3    Q.    If the messages or the videos exceed the memory on

4    the KIK social media app, what happens?

5    A.    Like I stated before, if you go over the limit on

6    messages, it will delete from the first message going

7    forward, and those text messages through KIK or videos

8    would also be deleted.

9    Q.    What was your purpose in taking a video of the

10    videos that were sent by the defendant through the KIK

11    social media app to your phone?

12    A.    I wanted to preserve the video evidence before they

13    were deleted.

14    Q.    Okay.

15            MR. McDONOUGH:  Your Honor, with the

16    Court's permission, the government would like to play

17    from disk five, the file ending in 542, a representative

18    sample of a 16-minute-and-28-second video in this case.

19              THE COURT:  Mr. McCormack, any objection?

20              MR. GREG McCORMACK:  No, sir.

21              THE COURT:  Go ahead, Mr. McDonough.

22              (Tape playing).

23    BY MR. McDONOUGH:

24    Q.    Do you recognize this video?

25    A.    Yes, I do.

1    Q.    What is this video?

2    A.    This video depicts a Caucasian female, I would say

3    in her teenage years based off of her body development.

4              This video is quite a long video, and in it

14:17:43 5   depicts this female engaged in sexual activity with an

6    adult male.

7    Q.    Are you familiar with the instructional video

8    regarding the hymen?

9    A.    Yes.

14:17:55 10  Q.    And how are you familiar?

11   A.    This video also has instructions on how to

12   penetrate a female without breaking her hymen.

13              (Tape playing).

14              MR. McDONOUGH:  Front table, please.

14:18:52 15  BY MR. McDONOUGH:

16   Q.    And going to Government's Exhibit 17, Page 22,

17   after the defendant sent that video to the 13-year-old

18   Katie profile, what was his response?

19   A.    He said, "What do you mean?

14:19:11 20              I said, "She has boobs, ha-ha."

21              He said, "LOL.  Do you?"

22              I said, "Not really.  You still love me?"

23              He said, "Of course.  They will grow."

24              I said, "Yeah."

14:19:25 25              He said, "IDC" -- meaning I don't care --

 1    "about boobs, I am more about you."

 2              I replied, "Cool."

 3    Q.    And Page 23?

 4    A.    "I'm happy."

 5              He replied with a winky face.

 6              I said, "BBL," meaning be back later.

 7    "Gotta go eat."

 8              He said, "Okay.  Love ya."

 9              I said, "Love you, too."

10              He replied back with a winky face.  "Ask

11    your mom when I call you."

12    Q.    Okay.  And then did the defendant send another

13    video via KIK?

14    A.    Yes, he did.

15              MR. McDONOUGH:  Back table, please.

16              Your Honor, with the Court's permission,

17    the government would like to play from Government's

18    Exhibit 5, the file ending in 202.

19              THE COURT:  Mr. McCormack, any objection?

20              MR. GREG McCORMACK:  No.  No objections,

21    Your Honor.

22              THE COURT:  Go ahead, Mr. McDonough.

23              (Tape playing).

24    BY MR. McDONOUGH:

25    Q.    Do you recognize that video?

1    A.    Yes, I do.

2    Q.    What does the video depict?

3    A.    This video depicts a Caucasian female engaged in

4    sexual activity with a Caucasian male.  Both parties look

14:21:13  5    to be in teenage years based off of their body

6    development and hair growth.

7    Q.    And the sexual activity was vaginal intercourse?

8    A.    That is correct.

9    Q.    Front table, please.

14:21:32  10         And turning your attention to Government's

11    Exhibit 17, Page 23, on the right side, what did the

12    defendant say after sending that video to 13-year-old

13    Katie?

14    A.    He said, "That will be you in two weeks."

14:21:52  15    Q.    Okay.  Two weeks from December 15th would be?

16    A.    The December 29th that was previously discussed.

17    Q.    Okay.  What was the conversation

18    between -- following that, between the defendant and

19    Katie?

14:22:05  20    A.    He asked, "When is your last day of school?"

21    Q.    Page 24.

22    A.    I responded, "Is that you?  And Thursday."

23         He said, "No, what you doing?"

24         I said, "Watching a movie."

14:22:23  25         He asked "Which one?"

1          I responded, "Hunger Games."

2          He asked, "You like it?  Honestly, I have

3    only seen part of the first one.  Who is your favorite

4    singer right now?"

14:22:35  5          I responded, "Ya, it's awesome.  I like

6    lots of music.  Luke Bryan, Jason Aldean, Selena Gomez,

7    IDK, lots more."

8          He replied, "LOL.  Okay."

9          I replied, "WBU," meaning what about you.

14:22:55 10   Q.    And Page 25.

11   A.    I also said, "Three Doors Down, Nickelback, R5."

12          He replied, "Nickelback is way cool.  I

13   used to have their CDs.  I like hard rock."

14          I replied, "Cool.  Me, too."

14:23:14 15          He replied, "LOL, cool.  I want to meet you

16   so bad."

17          I said, "Me, too."

18          He asked, "Have you ever kissed a guy?"

19          I said, "Yeah, like three boys at school."

14:23:28 20          He asked "French?"

21          I said, "You said you'd give me a pic.

22   What's that?  Like tongue?"

23          He said, "Your mom has one.  Yes."

24          I said, "A little bit.  One boy was okay, I

14:23:46 25   guess."

1          He asked "You like it?"

2          I said, "Do you have a video of you?  Ya,

3   it was cool."

4          He said, "No, sorry, no video."

14:24:00 5          I replied with a frowny face.  "No pic" and

6   a frowny face.

7          He said, "LOL.  Do you?"

8          I replied, "No.  Ha-ha."

9          He replied, "LOL.  Okay.  Has a guy ever

14:24:17 10  touched you?"

11          I said, "Ya."

12          He asked where?

13          I said, "Ha-ha.  All over.  IDK.  Anyway,

14   WYD" -- meaning what you doing -- "right now?"

14:24:32 15          He replied with a winky face.  "Cool.

16   Nothing.  You?"

17   Q.    And on Page 27, what was the conversation?

18   A.    He said, "LOL.  Tell your mom you need the phone."

19          I said, "I'm watching a movie and she's

14:24:50 20  working.  I can't bug her.

21          He said, "LOL.  Okay."

22          I said, "I will get in trouble."

23          He said, "I just want to hear your voice."

24          I said, "And she's working."  Excuse me.

14:25:07 25  That's a repeat there.

1     I responded, "Maybe later when she's off."

2     He replied with a winky face, "Okay."

3     And I said, "I will try."

4     And he said, "Okay."

14:25:22 5   Q.    Okay.  Now, turning your attention to Government's

6     Exhibit 20, Page 20, going back to the Google Voice text

7     messages between the defendant and the mother, can you

8     tell us the conversation that takes place on the same

9     day, December 15th, 2014?

14:25:48 10  A.    That's correct.

11   Q.    And what is the conversation?

12   A.    He says, "I think EP is more real and stuff.  I

13   know some guy who met a lady on EP, who was looking for

14   some guy to get her teen daughter pregnant.  Crazy,

14:26:05 15  right?  Winky face."

16     I replied, "Nah, that's not too crazy.

17   LOL."

18     He replied, "Does she watch a lot of porn?"

19     I replied, "Not a lot."

14:26:23 20    He asked, "You see her naked a lot?  Is she

21   hairy?"

22     I stated, "No, she is not hairy."

23     He asked, "Shaved?  Or just not growing

24   yet?"

14:26:31 25    I replied, "Peach fuzz but shaves as well."

1          He said, "And you need to get on KIK.  I

2   can start showing you some real real stuff.  It's crazy.

3   That's so cute."

4          I said, "Send it to Katie and she can show

14:26:50 5   me."

6          He said, "Just don't look at it on your

7   comp," meaning computer.  "Do it on your phone.  You cool

8   with her seeing young porn?"

9          I said, "Okay.  I look at most pics on my

14:27:06 10  phone anyhow.  And, yeah, it's more like her if they are

11  young."

12         He replied, "Mom of the year, winky face.

13  I swear to you on this, no videos or pics of Katie will

14  ever make the net or be traded.  I really am thinking

14:27:23 15  long-term here and don't want to hurt or damage her."

16         I replied, "I appreciate you saying that."

17         He replied, "Or going on.  But I also don't

18  do that, too.  I mean, I watch others, but I never put

19  any one of anyone else on the net before.  It's just

14:27:46 20  stupid to.  Plus, there is a trust fact.  When can I call

21  her?  Hey, if she is out of school starting Friday, we

22  could move it up if we wanted.  I am just excited and

23  want to meet you guys.  I could make next Monday/possibly

24  Tuesday."

14:28:06 25         I responded, "You could spend two days with

1    us?"

2                He said, "Hmm, I meant it as either/or one

3    of those days, but possibly."

4                I said, "Okay.  Oh, okay.  LOL."

14:28:21  5                He said, "I mean, if you would have me.

6    Just saying, you being the overprotected mom.  So you

7    tell me."

8                I said, "Of course you're welcome anytime."

9                He asked, "LOL.  Where would I sleep?"

14:28:39  10                I replied, "Wherever you want."

11                He said, "Your bed, her bed, couch, floor,

12    IDK.  Honestly, I just really want to meet you guys and

13    see what it's like and IDK."

14                I said, "Like I said before, we will figure

14:28:57  15    it out as we go."

16                He said, "Ex is only part of it.  Gotcha.

17    I know we planned for the following week, but the more we

18    talk, the more real I know you are and I just want to get

19    to it.  Hard to describe. Cause the S.  Besides the

14:29:20  20    sooner we get started, the sooner you get that baby."

21                I said, "I understand.  There's a

22    connection and possibility for long-term."

23                He said, "Yeah, let's do it.  LOL.  You

24    know what I mean."

14:29:35  25                I said, "Okay.  Monday or Tuesday?"

```
 1              He said, "Possibly" -- excuse me.

 2              He said, "Probably Monday.  Can you do?"

 3              I said, "Let me look at next week's

 4    schedule.  One min."

 5              He said, "Okay."

 6              I said, "Woot, woot, I'm off Monday and

 7    working Tuesday at 3:00 p.m."

 8              He replied with a winky face, "Cool.  So

 9    you game?"

10              I replied, "Absolutely."

11              He replied, "Okay, winky face.  I need to

12    talk to her though.  I am so excited."

13    Q.    And on Page 22, what was the conversation?

14    A.    "BTW," meaning by the way, "will I need condoms?"

15              I said, "I'm excited, too.  I know she will

16    be, too.  That's up to you on the condoms."

17              He replied with a winky face.  "I was

18    kidding about the condoms.  I want to see your response."

19              I said, "I was hoping you wouldn't use them

20    but maybe some lube or something, or whatever you think

21    is best."

22              He said, "Do you I have some?  LOL" --

23    sorry -- "Do you have some?"

24              I said, "I do not.  Not sure what you like

25    to use."
```

1           He said, "LOL.  IDK how wet she will be.

2      LOL, not that you would know."

3                I replied, "Right."

4                He said, "We could do this together."

14:31:10  5                I asked, "What do you mean?"

6                He replied, "We get her fully" -- excuse

7      me.  "We get her really loaded the first time and you

8      help me get her in bed and undressed and watch me.  I

9      mean, you want her to enjoy it more the first time or get

14:31:29 10     knocked up?"

11               I said, "Well, both, but that sounds like a

12     good plan.  What do you like to drink?"

13               He replied, "K.  Beer mostly.  What would

14     knock her off her block quickest?"

14:31:46 15               I replied, "She's only had fruity wine

16     cooler stuff but it hits her fast.  I don't think she's

17     ever been loaded though."

18               He said, "Sweet.  Let's just get her juiced

19     up and do it.  It will be a good bonding thing for us to

14:32:02 20     together cause I think we both kids.  Let's get it going.

21     It's all love making."

22               I replied, "Sounds amazing.  Is it Monday

23     yet?  LOL."

24     Q.    And then Page 23, what's the conversation?

14:32:20 25     A.    He said, "LOL.  No.  Can I ask you two honest

1    questions?  I won't judge you at all.  We are partners in

2    this.  Number one, are you bi?  Number two, if you are,

3    did you do stuff with her when she was young?"

4            I said, "I'm not really into girls, but I'm

14:32:42 5    not completely against it if it happened at some point

6    but I won't seek it out.  And I've never touched Katie."

7            He asked, "What about boys, desire there?

8            I said, "Obviously I'm into guys."

9            He asked, "I mean little boys?  Like under

14:33:02 10    10 or 10ish?"

11            I said, "I don't know.  Never really

12    thought about it.  Why?  I've been more focused on

13    breeding Katie."

14            He said, "Well, let's do it that way.  Get

14:33:16 15    her toasted and undress her together and you watch me and

16    help.  It will be our thing and secret."

17            I replied, "Perfect," with a smiley face.

18            He said, "It will take a few times or

19    tries, I am sure, so we can get one try it the first day

14:33:33 20    of break and then if it goes well we can do it again

21    before she goes back."

22            I said, "Okay.  She's off 'til the 5th."

23            He said, "We can work out the second time,

24    but let's get the first time.  Are you getting wet

14:33:52 25    thinking about it?  Okay.  I am good for Monday.  Xmas is

1    coming early, winky face."

2    Q.    And that ended the Google Voice text messages

3    between the defendant and you on December 15th.

4    A.    That is correct.

14:34:07  5    Q.    Correct?

6                    Following the next two lines on the page,

7    Page 23, could you read those?

8    A.    The next one was from him saying, "Good morning.  I

9    may end and send you another pic on PE."

14:34:26 10    Q.    So that would be December 16th, 2014, correct?

11    A.    That is correct.

12    Q.    And turning your attention to Government's Exhibit

13    9, Page 28, do you recognize what this is?

14    A.    I do.

14:34:38 15    Q.    What is it?

16    A.    This is a picture sent from jbeaver975 on

17    Experience Project to my profile and depicts David

18    Vickers in a bathroom doing like a selfie-type picture

19    with an iPhone with a tan-colored case.

14:35:01 20    Q.    Do you recognize that iPhone with the tan-colored

21    case?

22    A.    Yes, I do.

23    Q.    And how do you recognize that?

24    A.    Once we did an inventory, the cell phone was

14:35:13 25    seized.

1    Q.    All right.  This picture was sent by the defendant

2    to you via the Experience Project?

3    A.    That is correct.

4    Q.    On December 16th, 2014 at 5:51 a.m., correct?

14:35:26  5    A.    That is correct.

6    Q.    Okay.  And turning your attention to Government's

7    Exhibit 20, Page 26, and if you go about lower half of

8    the page, do you see this Google text -- Google Voice

9    text message between the defendant and you starting with

14:36:12 10    "If we meet in public"?

11    A.    Yes, I do.

12    Q.    And could you read that from that part of the

13    conversation?

14    A.    He said, "If we meet in public first somewhere, you

14:36:20 15    should make her wear a dress so I can fondle her in the

16    car on the way over, smiley face."

17              I replied, "Mmmm, that's a great idea."

18              He said, "LOL, just get to it.  Or too

19    aggressive?"

14:36:38 20              The next line he sent a link to the

21    Experience Project and the file path is on Experience

22    Project.com/groups/was-molested-my-by-my-dad, and the

23    next line reads, "That's what I read on EP."

24    Q.    And then turning your attention to Page 27, again

14:37:06 25    the bottom half of Page 27, do you see the text beginning

1   with, "But I was thinking"?

2   A.    Yes.

3   Q.    And could you please read that conversation?

4   A.    He said, "But I was thinking getting her something

14:37:19 5   that would knock her out completely, but IDK."

6           I said, "Oh, like what?"

7           He said, "Rohypnol tablets."

8           I said, "I wouldn't even know where to look

9   for something like that."

14:37:34 10          He said, "You can get them online.  They

11   are still legal, which surprised me."

12          I said, "Oh, cool, good to know."

13          He said, "LOL, yeah."

14   Q.    And at the top of Page 28, what was the

14:37:51 15   conversation?

16   A.    He said, "EWWWW, but IDK.  I mean, used them back

17   in college, but IDK if I am that evil of a guy now."

18   Q.    Then turning your attention to Government's Exhibit

19   20, Page 31, and what is the conversation that takes

14:38:20 20   place there?

21   A.    He said, "Oh, no, you didn't.  I find it amusing.

22   If she like you, I see a hard time getting into her

23   panties on a regular basis."

24          I said, "She's like me, but once a person

14:38:34 25   knows us, we are loyal.  Kinda like the ride or die type

1          of girls."

2                          He said, "Gotcha.  I am just sexually

3          frustrated."

4                          I said, "Well, that will change soon."

14:38:53  5             He said, "LOL, yeah.  Huge load of cum."

6                          I said, "MMMM, nice."

7                          He said, "Nice and warm."  I replied with a

8          smiley face.

9                          He said, "You like cum?"

14:39:01 10            And I said, "Yes, who doesn't?  LOL."

11                        He said, "LOL, I don't.  I like disposing

12         of it.  What's your fav position?  LOL, I notice you

13         don't answer my sex questions."

14                        I replied, "Sorry, just slammed at work.

14:39:23 15          And what's the point?"

16                        He said, "Why not?  I thought this might be

17         a mutual thing?"

18                        I said, "Eventually maybe, but not right

19         now."

14:39:32 20           He said, "Oh, why not?"

21                        I said, "We've had this discussion.  It's

22         all about Katie this first time."

23                        He said, "Okay.  Sorry.  I just got so into

24         you."

14:39:45 25           I said, "I just don't want to cloud the

1    ultimate goal here at this moment."

2              He said, "Understood.  I just got

3    sidetracked.  Sorry, I got emotionally tied to you with

4    this."

14:40:00  5    Q.    And Page 32.

6    A.    I said, "I can understand emotionally, but not

7    sexually right now."

8              He said, "K."

9              I said, "I didn't offend you, did I?"

14:40:12  10             He said, "No, I got sidelined on this.  I

11   just got caught up on the idea of you.  My fault, not

12   yours."

13             I said, "Okay.  Just want us to be cool."

14             He said, "K.  The driver's license thing is

14:40:29  15   going to be rough.  They put the address and SSN number

16   and right in the middle.  Blame the state on that.  I

17   will try to dock it down."

18   Q.    What was the point of having this conversation

19   regarding the defendant's driver's license?

14:40:48  20   A.    I had previously sent a picture of my undercover

21   driver's license, and the conversation was about him

22   sending his driver's license to prove his real name.

23   Q.    Up until this point in the investigation, did you

24   have the identity of David W. Vickers?

14:41:07  25   A.    I did not.

1    Q.    Turning your attention to Government's Exhibit 22,

2    do you recognize that?

3    A.    Yes, I do.

4    Q.    What is it?

14:41:20 5    A.    This is a -- what appears to be a photocopied

6    picture of a picture of a license, and at the top it says

7    "Virginia" and depicts David Vickers.

8              Many things are grayed out, but you do see

9    the name David, comma, Wayne, the identification number

14:41:49 10    at the top, as well as blue eyes, height, expiration, and

11    a signature.

12    Q.    Okay.  How are you able to identify this as being a

13    Virginia driver's license?

14    A.    Near the top you can see, it does say "Virginia."

14:42:13 15    Q.    And then you mentioned there is the name David

16    Wayne is on there.

17              Can you indicate where that David Wayne is

18    on the exhibit?

19    A.    It would be under the title where it says "Name"

14:42:30 20    and then it's blacked out and then underneath the first

21    blacked out area it says "David, Wayne."

22              And then to the right there is another

23    image and a curved name where you can see David Vickers

24    on the right-hand side of the driver's license.

14:42:52 25    Q.    And when you say curved image with David Vickers in

1    writing, where is that on Government's Exhibit 22?

2    A.    It would be to the right of the picture.  You'll

3    see an image in an oval shape, and underneath that oval

4    shaped picture you'll see it's curved lettering that says

14:43:14  5    "David Vickers."

6    Q.    Okay.  What did you do with the identification

7    number on the driver's license that started with the

8    letter T?

9           What did you do with that?

14:43:25  10    A.    Using my law enforcement portals, I performed a

11    query using TLOxp.

12           TLOxp is for law enforcement use, and what

13    it does, it goes out and searches for driver's license

14    numbers, utilities, addresses, any court actions such as

14:43:54  15    bankruptcies that would match that name.

16    Q.    And were you able to find out the name associated

17    with the driver's license identification number?

18    A.    Yes, I was.

19    Q.    And what was the name?

14:44:04  20    A.    David W. Vickers.

21    Q.    Okay.  And then turning your attention to Exhibit

22    20, Page 33, go back to the Google Voice text messages.

23           What was the conversation at the -- at the

24    top there?

14:44:20  25    A.    He said, "I still want to do this and I am still

1    game for Monday, but I need more contact with her and

2    pics.  I will do the license photo tomorrow when you --

3    when you give me a few of Katie.  And I need to talk to

4    her on the phone.  Whoops, they canceled my EP account.

14:44:42  5    Strange."

6                I said, "Seriously?  Mine is still okay but

7    I have like six friends that say deleted.  I wonder why.

8    I fucking hate today at work.  So slammed."

9                He said, "LOL.  Same here.  The partner and

14:44:59 10    I had a huge blowout.  The beginning of the end.  I have

11    been trying to wrap my brain around it for a few weeks.

12    We are going to meet again next week.  I am going to

13    propose to him then that he buys me out at a fair price,

14    and then I am going to take a few weeks off and travel or

14:45:21 15    just get out of town for a bit."

16    Q.    And then that ended the Google Voice text messages

17    for December 16th, 2014?

18    A.    That's correct.

19    Q.    And then starting with December 17th, 2014, what

14:45:33 20    was the conversation?

21    A.    He said, "Wow, EP pulled two of my accounts.  Those

22    fuckers."

23                I said, "Damn.  What did you do?  LOL."

24                He said, "OMG, I have done a lot."

14:45:53 25                I said, "Didn't they give you a reason?  I

1   got kicked off Motherless before, but they told me why."

2                He said, "I kinda worked the system for my

3   own benefit.  I had 3/4 accounts at one time and was

4   conning some girls.  It was shady."

14:46:11  5                I asked, "Conning girls?  What do you

6   mean?"

7                He said, "Just getting pics and videos of

8   them, by making them think I worked for EP security.  Why

9   did you get kicked off Motherless?  I also helped some 15

14:46:28 10   YO" -- meaning year old -- "seduce her teacher and so

11   they had sex.  Then there was another girl, she used to

12   tell me about her stepdad flirting with her so I told her

13   how to approach him and seduce him.  Don't hate me for

14   doing that.  It's going to happen with them anyway."

14:46:49 15                I said, "I don't hate you, but it makes me

16   question a lot of things."

17                He said, "I am sure.  I know you're still

18   unsure about it at this point."

19                I said, "Well, what's to say you're not

14:47:04 20   playing me?"

21   Q.    Then turning to Exhibit 20, Page 35, the bottom

22   half there, do you see the text message starting with, "I

23   almost drove up today?"

24   A.    Yes.  He said, "I almost drove up today I was so

14:47:30 25   pissed this morning about work and stuff."

1          I replied, "You should have.  Smiley face.

2     We could have been having fun tonight."

3          He said, "LOL, we" with question marks?

4     "Do you mean her and me?"

14:47:47  5          I said, "I'd be having fun, too, knowing I

6     might be getting a kid out of it."

7          He said, "LOL, downstairs watching TV while

8     your little girl is becoming a woman?"

9          I said, "Yep, LOL."

14:48:03 10          He said, "Oh, Lord.  And what if I just

11     called you out of the blue saying I was in town, like

12     tomorrow?"

13     Q.    Okay.  Then turning to Exhibit 20, Page 36,

14     starting with the top third of the page with the text

14:48:26 15     message "OMG.  Really?"

16     A.    He said, "OMG, really," with question marks.  "What

17     good time would we be having.  You're just going to be my

18     big titted mother-in-law (who I will be casually staring

19     at from time to time).  We are supposed to have hate

14:48:54 20     relationship.  Smiley face.  Kidding of course, hon.  But

21     if I came up like that, I guess she would be in school."

22          I said, "I can keep her out if you're

23     serious.  Nothing is happening anyhow.

24          He said, "You are the coolest mom."

14:49:09 25          I said, "I try."

1           He said, "Well, I think what's going to

2      happen is I am DEF" -- meaning definitely -- "coming up

3      Monday.  When I get into town, you just meet me for a

4      late breakfast or coffee somewhere and then we just see."

14:49:31  5           I said, "Okay.  That works.  So no on

6      tomorrow?  Just checking so I know if I should keep Katie

7      home."

8           He replied in parentheses wink wink,

9      "Probably not.  No."

14:49:44 10          I said, "Okay," with a smiley face.

11          He said, "That way we aren't legally

12     planning anything.  It's just me and you getting coffee."

13          I said, "Okay, that works.  I'm off today

14     and tomorrow and Monday and Tuesday next week."

14:50:00 15          He said, "And let's also be 100% clear.

16     You told me yesterday, you have 0% interest in a sexual

17     thing between me and you?"  Smiley face and then in

18     parentheses wink wink.

19          I said, "Right now, correct."

14:50:20 20     Q.    What did you interpret the wink wink to mean?

21     A.    I interpreted the wink wink to be of a sarcastic

22     nature.

23     Q.    Turning to Exhibit 20, Page 37.

24     A.    He said, "Cause you're a good girl that likes make

14:50:43 25     a guy wait for a long time, I get and respect your virgin

1    values!!!!  Get it????"

2                    I replied, "Ha-ha, yes," with a winky face.

3    "We can talk over the phone in a bit if you want just so

4    I'm clear."

14:51:00  5                    He said, "In a few.  Cause all that talk

6    before, was just fantasy talk.  At least on my end.  How

7    about you?"  In parentheses wink wink.

8                    I replied with a smiley face, "Yep."

9                    He said, "It just makes me sick seeing all

14:51:18  10   that stuff on EP, weirdos."

11                    I replied, "When can I call you?"

12                    He said, "In a few.  I don't get coverage

13   until later."

14                    I said, "Okay.  Text me and I will call."

14:51:35  15                    Then he asked "You like this approach?"

16                    I said, "Sure, but I want to talk over the

17   phone so I know for sure this approach.  Plus, talking on

18   the phone is just safer," smiley face.

19                    He said, "LOL, safer?"

14:51:54  20                    I said, "Yeah, no hard copy of our

21   conversation."

22   Q.    And what did you mean by that in this point of your

23   communications with the defendant?

24   A.    I was trying to have a conversation over the phone

14:52:09  25   because I honestly was a bit confused about the sarcastic

1    nature of the wink winks, and I wanted to be sure in what

2    he was trying to talk about.

3    Q.    Okay.  Did you have any concerns about that

4    sarcastic nature?

14:52:26  5    A.    I, like I said, I was just confused.  I don't know

6    if I necessarily had a concern.  I just wanted to be

7    clear on what he was wanting to talk about.

8    Q.    Okay.  Turning your attention to Exhibit 20,

9    Page 40, and tell us the conversation that takes place

14:52:51  10    there.

11    A.    He said, "But I don't know Katie.  Just you.  Fuck,

12    you're right, I have been too freaking paranoid.  I want

13    to be with you so bad but just paranoid."

14              I said, "Of course you know more about me.

14:53:09  15    I am a mother.  It's my job to watch out for my kids."

16              He said, "I know, but it's just so IDK."

17              I said, "Sorry."

18              He said, "You're just super amazing.  I

19    don't want to loose you.  LOL, I was really geared up for

14:53:29  20    Monday, too.  Smiley face."

21              I said, "I think I've clouded your wants

22    and desires.  I pushed Katie on you and I'm sorry for

23    that.  You said all that stuff you were gonna do with

24    her, but I don't think you're into young girls.  I think

14:53:46  25    you're into me, and just said whatever you thought I

1    wanted to hear."

2                He replied, "No, I really, really am I to

3    younger."

4                I said, "I suggested the breeding of Katie,

14:54:01  5    not you."

6                He said, "See, I would do that for you,

7    it's a double whammy because I want that.  Look, I want

8    it.  I want it bad.  But it's got to be practical though.

9    And I really do want to do it to Katie bad.  I will do it

14:54:21  10    if you want, be my honor, smiley face."

11                I said, "It's not about me, though.  See, I

12    know exactly how you are.  You're willing to do anything

13    I ask.  I would never force someone to do something they

14    don't want to do."

14:54:40  15                He replied, "Good points, and I have wanted

16    it to be about you recently because you have been the

17    main contact.  But what I really want is to get into your

18    daughter's pants and make her moan.  That's when this did

19    begin with and that's what I want."

14:54:59  20    Q.    Okay.  What was your purpose in going through this

21    conversation with the defendant regarding clouding wants

22    and desires and that?

23    A.    I was trying to see if this was more about a

24    fantasy or if this was about a role playing between two

14:55:19  25    consenting adults.

1          I was trying to gauge what his wants and

2     desires were.

3     Q.    And how would you find out what his wants and

4     desires were?

5     A.    I basically told him, as you can -- what I just

6     stated, you know, I felt like I had put these ideas in

7     his head and that he really didn't want this.

8     Q.    Did you give him an opportunity to answer?

9     A.    Absolutely.  I gave him the opportunity to agree

10    with that statement, but that was not -- it was not an

11    agreement of my statement to him.

12    Q.    Are you familiar with giving an out?

13    A.    Yes, I am.

14    Q.    What is giving an out?

15    A.    Oftentimes in an undercover investigation, I'll

16    give an out, meaning I will give that person the

17    opportunity to bow out of conversations, to not continue

18    further in conversations.

19    Q.    Did you have an opportunity to give the defendant

20    outs?

21    A.    On several occasions.

22    Q.    All right.  Turning your attention to Government's

23    Exhibit 20, Page 41, do you recognize the cell phone

24    number at the top of the page?

25    A.    Yes, I do.

1    Q.    Could you read the cell phone number in the

2    conversation that starts?

3    A.    The cell phone number is 703-909-6643.

4    Q.    And who is this number associated with?

14:56:59  5    A.    This number belongs to David Vickers.

6    Q.    And what did he say?

7    A.    He said, "Okay, this is my regular cell phone which

8    I will call you on from now on.  But I would rather text

9    you on the text app during business hours.  I get tons of

14:57:17  10   text for work during the day."

11   Q.    Okay.  And then turning your attention to Exhibit

12   20, Page 42, it's about a third of the way at the top of

13   the page with the text message, "Let's be clear, you're

14   still my partner in this."

14:57:38  15           Could you tell us what the conversation is

16   there?

17   A.    He said, "Let's be clear, you're still my partner

18   in this, but I will put the focus back on her."

19           I said, "Like?"

14:57:50  20           He said, "I want to breed her ASAP.  I also

21   want to see if I can be with her LTR," meaning long-term,

22   "RIM, too.  I see a lot of benefits in being with a

23   relationship with a 13 YO," meaning year old.

24           I said, "Mmmm, tell me more, what are the

14:58:15  25   benefits?  I'm curious."

1              He said, "I mean, she is just developing

2      now.  Her little body is just primed to be used for

3      pleasure, and I can watch her develop through the years

4      as she gets older.  I think girls are ready sexually at 9

14:58:29 5     to 14, so she is right there."

6              I said, "Hmm, I suppose you're right.  I'm

7      new to all this so I guess I will take your word on it,

8      LOL."

9              He said, "Well, IDK what you have taught

14:58:44 10    her about family love, but with your lead, she could be

11     taught behind closed doors" -- excuse me -- "behind

12     closed front of the house.  Trust me, I am more about

13     getting into her panties than yours."

14             I said, "I trust you," with a smiley face.

14:59:06 15    He said, "LOL.  Is she really 13 or is she

16     younger?"

17             I said, "She's really 13.  LOL.  My friend

18     has younger.  My Katie turns 14 July 3rd."

19             He asked, "How young?  Is she the one that

14:59:23 20    does this?"

21             I replied, "11 and 14, and yes."

22             He responded, "Wow, 11," with a smiley

23     face, "but we can get that out of Katie if she is knocked

24     up."

14:59:41 25    I said, "Very true.  That's really

1    long-term on your part though."

2                    THE COURT:  May I see counsel, please?

3                    MR. McDONOUGH:  Yes.

4                    (Proceedings at side-bar:)

14:59:58 5           THE COURT:  Time for a break, guys.

6                    MR. McDONOUGH:  Sure.

7                    THE COURT:  How much longer on this before

8    we go to -- do you have any more videos?

9                    MR. McDONOUGH:  Yes.  We're going to

15:00:08 10   have -- we have additional videos, the bestiality videos

11   and a couple more child videos.

12                   THE COURT:  How long do those last?

13                   MR. McDONOUGH:  You know what?  Let's see,

14   there would be --

15:00:20 15          THE COURT:  Are we going to finish her

16   today on direct?

17                   MR. McDONOUGH:  Yes.  Oh, yeah.

18                   THE COURT:  Okay.  And you have another

19   witness?

15:00:25 20          MR. FILIATRAUT:  I do.  We'll call him off

21   today.

22                   THE COURT:  Okay.  All right.  How long is

23   that witness going to be?

24                   MR. FILIATRAUT:  I would say --

15:00:34 25          THE COURT:  Kevin, you doing that witness?

1          MR. FILIATRAUT:  I am doing that witness.

2          We went through a lot of exhibits with him,

3    but he's, I would say, maybe an hour from direct at most.

4          THE COURT:  Okay.  Well, let's get done

15:00:50  5    with her today and start cross tomorrow morning.

6          Sound right?

7          We'll take a 15-minute break, and you will

8    be at least 5 minutes to an hour left?

9          MR. McDONOUGH:  Sure.

15:01:01 10          THE COURT:  Okay.  All right, guys, let's

11    do that.

12          MR. McDONOUGH:  Thank you.

13          (End of side-bar conference).

14          THE COURT:  Ladies and gentlemen, 15-minute

15:01:08 15    break.

16          (Recess taken).

17          THE COURT:  Please be seated, ladies and

18    gentlemen.

19          Mr. McDonough.

15:21:14 20          MR. McDONOUGH:  Thank you, Your Honor.

21    BY MR. McDONOUGH:

22    Q.    Turning your attention to Government's Exhibit 20,

23    Page 43, that top half of the page, I'm going to go back

24    to the Google Voice text messages between the defendant

15:21:28 25    and the mother profile.

1          Do you see the line starting, "Right now, I

2     want Katie"?

3     A.    Yes, I do.

4     Q.    And could you please tell us the conversation from

15:21:38  5     this point.

6     A.    He said, "Right now I want Katie LTR" -- meaning

7     long-term relationship -- "One big happy family."

8               I replied with a smiley face.

9               He said, "And the kids will be exposed to

15:21:53 10     sex at a young age."

11              I asked, "What age do you think it good?

12     I've heard so many opinions on that subject."

13              He said, "IDK what age is good for what, I

14     am really not sure, but I want to experiment.  IDK if

15:22:12 15     diapers come off or if it happens later.  IDK."

16              I said, "The youngest you fucked was 11,

17     you said?"

18              He replied, "Yes."

19              I asked, "How long ago was that?"

15:22:29 20              He said, "Maybe she was 10.  Long time.  In

21     college."

22              I said, "You never really told me how that

23     came to be.  LOL.  So it's been a long time since you've

24     been with a young girl?"

15:22:44 25              He said, "I meet her in a park when I was

 1    in college.  I was really good looking back then, like

 2    22/23."

 3                   I said, "You're still good looking, winky

 4    face."

15:22:58  5              He said, "I mean that young, yes."

 6                   I said, "How did it happen?  Did you know

 7    her?  How were you able to fuck her without her parents

 8    knowing, or did they know?"

 9                   He said, "No, I looked really good back

15:23:12 10    then.  I need to cut 20 pounds right now."

11    Q.    During the course of your investigation, were you

12    able to obtain messages that the defendant sent while he

13    was on the website the Experience Project?

14    A.    Yes, I was.

15:23:28 15    Q.    May we have the Elmo on, please?

16                   Showing you what's been marked for

17    identification purposes as Government's Exhibit 12, do

18    you recognize this?

19    A.    Yes, I do.

15:23:48 20    Q.    What is it?

21    A.    This would be private messages sent from jbeaver975

22    on Experience Project to other users.

23    Q.    And what were the two postings by the defendant,

24    the private messages made on the Experience Project?

15:24:09 25    A.    The first one was, "I have seen videos of young

1    ones getting fuckered -- fucked," sorry, "winky face.  I

2    have seen 5-9.  I think 8 is a great age.  Winky face."

3              And the second statement was, "I have been

4    with 11 before.  She was actually 10, I think."

15:24:34  5    Q.    Okay.  And the reference during the Google Voice

6    text messages involves someone who is 11 or possibly 10?

7    A.    That is correct.

8    Q.    Okay.  At the bottom half of Exhibit 20 on Page 43,

9    could you start with the line, "This was when"?

15:24:56 10    A.    He said, "This was when I was just getting into

11    child porn and AOL was around, Internet first years.  I

12    just started talking to her at the park.  She was by

13    herself."

14    Q.    And turning to Exhibit 20, Page 44.

15:25:12 15    A.    He said, "We should run together."

16              I asked, "Are you into child porn still?  I

17    have friends that are collectors."

18              He said, "Not as much.  If I watch it, I

19    get sucked into it."

15:25:28 20              I said, "I'm not real savvy on where to

21    look, but my friends have given me some."

22              He said, "It's like I can't stop with one,

23    I have to watch 50.  What age are they?"

24              I said, "LOL.  Time consuming.  Toddler on

15:25:48 25    up."

1           He asked, "What do you like?  Ages?"

2           I said, "It's kinda like when I watch

3      series on Netflix, I binge watch seasons."

4           He replied, "Same here.  That's what

15:26:04 5      happened to me tonight.  I did get sidetracked with you,

6      but I went back and watched some stuff on KIK of 13/14

7      YOS," meaning year olds.  "I was hmm, that's what I

8      really want at this point and can really get, smiley

9      face.  You need KIK account.  There is stuff on there."

15:26:25 10           I asked, "How how does that work on KIK?

11      Can I have Katie just search for stuff, or does it have

12      to be sent from friends?"

13           He said, "Sent from friends or you join a

14      group."

15:26:39 15           I replied, "Maybe I'll make an account

16      tomorrow."

17           He said, "It doesn't download to your

18      device.  So if you delete the app, it deletes the

19      videos."

15:26:50 20      Q.    Turning your attention to Government's Exhibit 18,

21      Page 1, this is an 87-page exhibit.

22           Do you recognize this exhibit?

23      A.    Yes, I do.

24      Q.    What is it?

15:27:03 25      A.    These are screenshots of an iPad which had the KIK

1    application downloaded and these are screenshots of a KIK

2    communication between myself posing as the mother in this

3    case, and Mr. Vickers.

4    Q.    At the top it says "J is typing."

5          What does that refer to?

6    A.    I believe the vanity name was the same as the one

7    that was shown on Katie's KIK for JB.

8    Q.    Okay.  And the communications with the red dot and

9    the gray box, who are those from?

10   A.    Those are from Mr. Vickers.

11   Q.    And what are your responses?

12   A.    My responses are the green boxes.

13   Q.    Okay.  And turning to Page 2, what is the

14   conversation there?

15   A.    I start by saying, "Hi, there."

16          He replied, "Tracy" with a question mark?

17          I replied, "Yes, and it's Traci."

18          He said, "I knew that.  It's auto spell."

19          And then the next message was a video

20   through KIK.

21          MR. McDONOUGH:  Could we go to the back

22   table, please, and please turn off the galley monitors?

23          Your Honor, with the Court's permission,

24   the government would like to play from Government's

25   Exhibit 5 the file ending 441.

```
 1              THE COURT:  Mr. McCormack?

 2                 MR. GREG McCORMACK:  No objection, sir.

 3                 THE COURT:  Go ahead, Mr. McDonough.

 4                 (Tape playing).

 5   BY MR. McDONOUGH:

 6   Q.   Do you recognize this?

 7   A.   Yes, I do.

 8   Q.   What does this depict?

 9   A.   This depicts three nude prepubescent females

10   engaged in oral sex with one of the children.

11                 During that video, it is observed that they

12   are giving -- they're getting direction from somebody

13   that's holding the camera.

14                 MR. McDONOUGH:  Front table, and please

15   turn on the gallery monitors.

16   Q.   Turning to Exhibit 18, Page 3, what was the -- what

17   did the defendant communicate after sending you that

18   video?

19   A.   He said, "Okay, see if you can watch that one and

20   then I will send you another."

21   Q.   Okay.  And Page 4?

22   A.    "Just make sure you KIK video is working."

23                 MR. McDONOUGH:  Okay.  Back table, please,

24   and please turn often the public monitors.

25                 And with the Court's permission, the
```

1    government would play from Government's Exhibit 5, file

2    ending in 440.

3              THE COURT:  Mr. McCormack.

4              MR. GREG McCORMACK:  No objections, Your

15:30:41  5    Honor.

6              THE COURT:  Go ahead, Mr. McDonough.

7              (Tape playing).

8    BY MR. McDONOUGH:

9    Q.    Do you recognize this video?

15:30:56  10   A.    Yes, I do.

11   Q.    What does this video depict?

12   A.    This video depicts a female prepubescent child

13   wearing a pink and white dress which is pulled up above

14   her belly button, engaging in vaginal sex with an adult

15:31:14  15   male, and white or pink liquid is seen to exit the male's

16   penis onto the child's stomach.

17             MR. McDONOUGH:  Front table, and please

18   turn on the public gallery monitors.

19   Q.    Turning to Government's Exhibit 18, Page 5, what

15:31:44  20   did the defendant send to you after sending that video?

21   A.    I told him, "I can see it."

22             He asked, "Do you like or no?"

23   Q.    And on Page 6, what was the conversation?

24   A.    He asked me, "How old is she?"

15:32:05  25   Q.    And on Page 7, what's the conversation?

1    A.    I asked, "Where did you find all these?  I don't

2    know.  She looks pretty young."

3    Q.    And his responses?

4    A.    He said, "Different people."

15:32:17  5    Q.    Page 8, what was the conversation?

6    A.    He asked, "You like?  She Katie's age?"

7             I replied, "She might be or a little

8    younger.  So how do you find this stuff on here?  You

9    said you'd show me."

15:32:33 10             He said, "Just through different groups."

11             I said, "One day I will."

12    Q.    And Page 10?

13    A.     "Is she underage or fake?  Honestly, you like it

14    or no?"

15:32:50 15             I said, "That looks more like Katie."

16             He replied with a winky face.

17    Q.    Did the defendant send you a series of videos

18    through the social media app KIK that you had an

19    opportunity to view?

15:33:06 20    A.    Yes, he did.

21    Q.    And for all those videos, did you have an

22    opportunity to collect those as evidence?

23    A.    Yes, I did.

24    Q.    And how did you do so?

15:33:14 25    A.    I was able to video them the same way I videoed the

1    other movies that were sent to Katie in the same fashion.

2    Q.    Did the defendant, in addition to sending you those

3    videos, also send you videos involving bestiality?

4    A.    Yes, he did.

15:34:04  5    Q.    And what videos did he send you regarding

6    bestiality?

7    A.    He sent me a Dropbox link contained in a KIK

8    message that I would have to click on in order to access

9    the Dropbox, Dropbox link or container containing several

15:34:30 10    bestiality videos.

11    Q.    And turning to Government's Exhibit 18, Page 84.

12          Do you recognize this?

13    A.    Yes, I do.

14    Q.    And what does this depict?

15:34:46 15    A.    This is the Dropbox link that I clicked on within

16    the KIK application.  And within that Dropbox link are

17    these movies with the titles as you can see, and you're

18    able to click on each title and view the movie.

19    Q.    Okay.  What is Dropbox?

15:35:09 20    A.    Dropbox is like a Cloud storage so you don't have

21    to store pictures or videos on a device, but you can

22    store them in the Cloud or virtually.

23    Q.    Okay.  Turning to Exhibit 18, Page 85, what does

24    this depict?

15:35:33 25    A.    This is a continuation of that Dropbox link with

1    more videos contained within that link.

2    Q.    And Page 86?

3    A.    Again this is the same continuation of the videos

4    contained in that Dropbox link.

15:35:53  5    Q.    And then lastly, Page 87?

6    A.    This is the Dropbox link opened with the file

7    folder titled, "Bestiality."

8              MR. McDONOUGH:  Okay.  If we could go to

9    the back table and have the public gallery monitors off,

15:36:13 10    please.

11              With the Court's permission, the government

12    would like to play from Government's Exhibit 5, the file

13    ending in 4354.

14              THE COURT:  Mr. McCormack?

15:36:38 15              MR. GREG McCORMACK:  No objection, Your

16    Honor.

17              THE COURT:  Go ahead, Mr. McDonough.

18              (Tape playing).

19    BY MR. McDONOUGH:

15:36:51 20    Q.    Do you recognize this bestiality video?

21    A.    Yes, I do.

22    Q.    What does the video depict?

23    A.    This video depicts a blonde female with her hair in

24    pigtails.  She can be seen licking and sucking the erect

15:37:08 25    horse's penis and then inserting the horse's penis into

1     her vagina.

2                     MR. McDONOUGH:  With the Court's

3     permission, the government would like to play from

4     Government's Exhibit 5, the file ending in 4413.

15:37:32  5                     THE COURT:  Mr. McCormack?

6                     MR. GREG McCORMACK:  No objections, Your

7     Honor.

8                     THE COURT:  Go ahead, Mr. McDonough.

9                     (Tape playing).

15:37:41 10   BY MR. McDONOUGH:

11    Q.    Do you recognize this video?

12    A.    Yes, I do.

13    Q.    What does this video depict?

14    A.    This video depicts a brunette female encouraging a

15:37:53 15   yellow Labrador K-9 to lick her genitals as well as

16    inserting the K-9's penis into her vagina.

17                     (Tape playing).

18    BY MR. McDONOUGH:

19    Q.    Did the defendant send those bestiality videos to

15:38:35 20   you through the KIK social media app?

21    A.    Yes, he did.

22    Q.    Okay.  And the time period for those videos sent to

23    you, to both Katie, the 13-year-old, and you and the

24    mother profile on the social media app KIK was from the

15:38:58 25   range of December 15th through December 31st, 2014?

1    A.    That is correct.

2    Q.    Okay.  Did you have further conversation regarding

3    the defendant coming to Ohio?

4    A.    Yes, on several occasions.

15:39:17 5    Q.    Okay.  What was the date that it was planned to

6    come to Ohio?

7    A.    The first date was the 29th of December of 2014.

8    Q.    Okay.

9    A.    The next date was January 5th of 2015.

15:39:36 10   Q.    Okay.  Turning your attention to Government's

11   Exhibit 20, Page 107, and can you tell us the -- actually

12   go to Exhibit 20, Page 108.

13              Can you tell us the conversation from the

14   start of the top half of the page?

15:40:09 15   A.    He said, "I just don't want to get out there (if I

16   decide to come) get snowed in, and then you're stuck with

17   me for a while.  I doubt you want that."

18              I sent him a link for the weather forecast

19   for Parma, Ohio for a daily weather forecast.  That link

15:40:35 20   is seen in my text message.

21   Q.    And what was the weather forecast, for what date?

22   A.    I can't tell.

23              It was a daily weather forecast.  It would

24   have been for January 5th of 2015.

15:40:49 25   Q.    Okay.  And what was the conversation?

A.    I said, "You know you're welcome for as long as you want, but if you don't want to come, that's fine."

He said, "Well, we'll see," with a smiley face.

I said, "You're not going to come anyhow so IDK why we are discussing weather.  It's another excuse."

He said, "We will see in a few hours.  Forces of nature are bringing it together this time around compared to others.  Not that you care at this point.  Smiley face.  I plan proving you wrong.  I just hope everything 'Fits in' together.  Smiley face."

I said, "I'll believe it when I see it."

He said, "How bad do you want me to?  LOL.  Or does she, I mean?"

I said, "Look, I don't feel the need to have to reassure you in any way in order to get you to decide to come."

He said, "I was just asking, but you're probably right, so why bother asking."  And a winky face.

"Take care, unless I text you in the morning."

I said, "Right.  Have a good night."

He said, "K."

Q.    And that ended the Google Voice text messages for January 4th, 2015?

1    A.    That is correct.

2    Q.    And then the following day, January 5th, 2015, can

3    you tell us the conversation you had with the defendant?

4    A.    2:30 a.m., January 5th of 2015.

15:42:28 5              He said, "Can I just get one pic of the two

6    of you together?  Good morning."

7              And then there was two pictures sent.

8              He said, "The little blue dot is my -- is

9    me on my map app so 9 to 9:30?  129 miles out.  You

15:42:52 10   awake?"

11   Q.    Okay.  And then just turning to Government's

12   Exhibit 23, Page 28, do you recognize what this depicts?

13   A.    Yes, I do.

14   Q.    What is it?

15:43:11 15   A.    This is a screenshot of the GPS from Mr. Vickers'

16   phone with the predetermined meet location located at the

17   top of this screenshot that says "Jordan's Family

18   Restaurant."

19              It says it will take

15:43:38 20   five-hours-and-eleven-minutes to arrive and it's 341

21   miles.

22   Q.    Okay.

23   A.    And on the screen you can see the map with the

24   green dot being near Maryland area, to the red dot in the

15:43:55 25   Cleveland area.

1    Q.    Okay.  And turning your attention to Government's

2    Exhibit 21, Page 1, you recognize that?

3    A.    Yes, I do.

4    Q.    What is that?

15:44:10 5    A.    This is Jordan's Family Restaurant located in

6    Parma, Ohio.

7    Q.    And is Jordan's Family Restaurant in Parma, Ohio,

8    is that located in the Northern District of Ohio, Eastern

9    Division, for purposes of venue?

15:44:23 10    A.    Yes, it is.

11    Q.    Okay.  And then turning your attention back to

12    Government's Exhibit 23, Page 29, you recognize what this

13    depicts?

14    A.    Yes, I do.

15:44:35 15    Q.    What is it?

16    A.    This is a picture of a rest area map screen, and it

17    shows where, it says "You are here" and it says "New

18    Stanton Service Plaza in Hunker, Pennsylvania."

19    Q.    Okay.  And did you receive this, this photograph?

15:44:59 20    A.    Yes, I did.

21    Q.    How so?

22    A.    I received this through the Google Voice text

23    messaging.

24    Q.    Okay.  And then turning your attention to

15:45:13 25    Government Exhibit 23, Page 31, do you recognize that?

1    A.    Yes, I do.

2    Q.    What is it?

3    A.    This is a Pennsylvania Turnpike fare receipt that

4    has basic info that is contained on every toll receipt as

15:45:33 5    far as like the entry, how much is paid.

6                   At the top it does say "Pennsylvania."

7    Q.    What was the amount paid?

8    A.    $16.20.

9    Q.    Okay.  Going back to Government's Exhibit 20,

15:45:46 10    Page 109, in the Google Voice text messages, in the top

11    half there, can you tell us the conversation starting

12    with "My Pennsylvania Turnpike receipt."

13    A.    He said, "My Pennsylvania Turnpike receipt, fucking

14    $17, Jesus."

15:46:12 15                   I said, "Okay.  Wow.  That's expensive!"

16                   He said, "That's a huge toll."

17                   And another picture was sent and received.

18                   And then he said, "LOL.  I mean what other

19    proof can I give you right now?"

15:46:28 20                   I said, "I believe you.  Just be careful.

21    We have like a dusting of snow."

22    Q.    Okay.  And turning your attention to Government's

23    Exhibit 23, Page 34, do you recognize this?

24    A.    Yes, I do.

15:46:45 25    Q.    And what does this depict?

1    A.    This is a picture, and you can see, it's kind of

2    hard to see, I don't know if you zoomed in, there is a

3    road sign that says "Cleveland Akron" and "Highway 71."

4    Q.    Okay.  Are you familiar with the Ohio Turnpike?

15:47:14  5    A.    Yes, I am.

6    Q.    And Interstate 77?

7    A.    Yes, I am.

8    Q.    Okay.  How did you receive this photograph?

9    A.    This was sent to me through the Google Voice text

15:47:28  10   messaging.

11   Q.    Okay.  Turning to Government's Exhibit 20,

12   Page 111, can you tell us the conversation here on the

13   morning of January 5th, 2015?

14   A.    He asked, "Is she ready for all this?"

15:47:48  15         I asked, "What are you wearing?  You gonna

16   be inside or we meeting outside?  She's so excited."

17         He said, "Not sure where.  I am so

18   nervous."

19         I said, "Everything is fine, hon.  I'm a

15:48:03  20   little nervous, too, but we will be okay."

21         He asked, "You sure you're not law

22   enforcement?  Got ask."

23         I said, "I guess I should be asking you

24   that.  LOL."

15:48:16  25         He said, "I am.  Are you?  Kidding."

1        I said, "LOL.  It's good we can joke.

2   Eases the nerves."

3          He asked, "Are you law enforcement?"

4          I replied, "No.  LOL.  You've seen my hair,

15:48:35 5   tats and boobs, LOL."

6          He said, "LOL, not recently" with a winky

7   face.

8          I replied with a smiley face.  "All my pics

9   were recent."

15:48:49 10          He said, "Let NW see one of you guys."

11          I said, "Should we drive that way yet."

12          He said, "No, will let you know.  Still a

13   ways out."

14          I asked, "Like how far?  I can drive down

15:49:09 15   and wait for you if you want."

16          He said, "I think 20 to 35."

17          I said, "Okay.  I'll leave in like 10 and

18   park.  We are in a white Honda CRV."

19          He said, "Send me a pic."

15:49:24 20          I asked, "What are you driving?  I guess it

21   will be better if we meet outside so it won't be awkward

22   inside meeting."

23          He said, "Pic please.  Winky face."

24          I said, "Until I know you're here I'm not

15:49:40 25   sending that pic.  You've jerked us around so much."

1

2    Q.    Turning to Government's Exhibit 21, Page 2, do you

3    recognize this photograph?

4    A.    Yes, I do.

15:49:53 5    Q.    What does this photograph depict?

6    A.    This is a gold-colored Volkswagen Jetta vehicle.

7    Q.    Where were you January 5th, 2015?

8    A.    I was located in our surveillance van or truck

9    observing the entrance to Jordan's Family Restaurant, and

15:50:21 10   observed this car pull into the parking lot of Jordan's

11   Family Restaurant.

12   Q.    Can you indicate where that surveillance van is on

13   this exhibit?  You can just touch the screen.

14   A.    (Indicating).

15:50:38 15   Q.    And where is the front of the Jordan's Restaurant?

16   A.    The front of the restaurant is near this white car

17   in front.

18   Q.    Okay.  What did you observe the morning of

19   January 5th, 2015 in the parking lot of Jordan's Family

15:50:52 20   Restaurant?

21   A.    I observed a white male exit this gold Volkswagen

22   Jetta vehicle and walk into Jordan's Family Restaurant.

23              From the back, the white male walking into

24   the restaurant resembled all the pictures that I had

15:51:12 25   previously received of David Vickers.

1          Approximately 30 to 45 seconds after

2     entering Jordan's Family Restaurant, I observed the same

3     white male exit the restaurant.  And at that time I was

4     able to identify David Vickers upon exiting.

15:51:36  5          At that time he went toward his vehicle,

6     and he was taken into custody at that time.

7     Q.    Okay.  Do you know someone by the name of David

8     Frattare?

9     A.    Yes, I do.

15:51:51  10   Q.    Who is David Frattare?

11    A.    David Frattare is my boss.  He is the commander of

12    state investigations for Ohio Internet Crimes Against

13    Children task force.

14    Q.    And did he perform any investigation in this case?

15:52:04  15   A.    Yes, he did.

16    Q.    And what investigation did he perform?

17    A.    At the time of the arrest, he was involved in

18    taking these photos that are seen on screen, as well as

19    taking the inventory of the Jetta, as well as doing

15:52:25  20   forensics on the iPhone that was in David Vickers'

21    possession at the time of his arrest.

22    Q.    All right.

23          MR. McDONOUGH:  May I have just a moment,

24    Your Honor?

15:52:37  25          THE COURT:  Sure.

BY MR. McDONOUGH:

Q.   Did you have, while you had the undercover profile
for 13-year-old Katie, any conversations with the
defendant regarding a cell phone?

A.   Yes, I did.

Q.   And what conversations did you have with the
defendant regarding a cell phone?

A.   During the conversations on KIK between David
Vickers and the 13-year-old Katie profile, David Vickers
stated that he got Katie a cell phone and then
transmitted a picture of a box that said "Boost Mobile
phone" with a phone included inside.

Q.   Turning your attention to Government's Exhibit 17,
Page 28.

          Do you recognize that?

A.   Yes, I do.

Q.   This is the KIK communications between the
defendant and 13-year-old Katie?

A.   Yes, it is.

Q.   And can you tell us the conversation starting on
the left side of the page?

A.   He said, "Hi, I talked to your mom but she ended
it, I think," with a frowny face.  "Sorry, sweetie.  I
got you some presents though."

          I replied, "Hey, how's it going.  My mom

1    told me you got me a phone.  That's so cool."

2              He said, "Hey.  And she wasn't supposed to

3    tell you.  How are you?"  With a smiley face.

4    Q.    And turning your attention to Government's Exhibit

15:54:48 5    17, Page 137, looking on the right side of that page, do

6    you see the photograph?

7    A.    Yes, I do.

8    Q.    And what is that photograph?

9    A.    The photograph depicts a box with a Boost

15:55:13 10   Smartphone being held by a hand.

11   Q.    And what did the -- what did the defendant state to

12   13-year-old Katie before sending the picture of the cell

13   phone?

14   A.    Before sending the picture of the cell phone, he

15:55:28 15   sent a winky face, "And get you pregnant.  You ready for

16   that?"

17   Q.    And turning your attention to Government's Exhibit

18   17, Page 138, left side of the page, do you recognize

19   that?

15:55:42 20   A.    Yes, I do.

21   Q.    What does that depict?

22   A.    This is the same picture with the Boost Mobile

23   Smartphone depicted with a hand holding it.

24   Q.    Okay.

15:56:01 25             MR. McDONOUGH:  Just a moment, Your Honor.

```
 1              THE COURT:  Go ahead.
 2    BY MR. McDONOUGH:
 3    Q.    All right.  And lastly, the man that was arrested
 4    January 5th, 2015 at Jordan's Family Restaurant was?
 5    A.    David Vickers.
 6                   MR. McDONOUGH:  Okay.  Thank you.
 7                   No further questions at this time, Your
 8    Honor.
 9                   THE COURT:  Could I see counsel, please,
10    side-bar?
11                   (Proceedings at side-bar:)
12                   THE COURT:  Greg, I assume that you want to
13    start tomorrow morning.
14                   MR. GREG McCORMACK:  Yes, sir.
15                   THE COURT:  Okay.  All right.  Since we're
16    breaking early, you can pare it down, I'll give you some
17    time tonight to pare down your cross-examination, right?
18                   MR. GREG McCORMACK:  Yes, sir.  I'm sure I
19    will use that.
20                   THE COURT:  All right.  No problem.
21                   So cross, redirect, maybe a couple
22    questions from them.  Just trying to plan this out.
23                   Kevin, we'll probably get to your witness
24    in the afternoon.
25                   MR. FILIATRAUT:  Okay.
```

1          THE COURT:  That's the way it looks right

2    now.

3          MR. FILIATRAUT:  I'm having him come at

4    10:00 just in case.

5          THE COURT:  It won't be that fast.

6          MR. FILIATRAUT:  Right.

7          THE COURT:  Brian, I gave you, I think, my

8    latest revision on the jury instructions.

9          MR. McDONOUGH:  Yes.  I'll have those

10   corrected.

11         THE COURT:  We're about there, so if you

12   can take a look at it.  What I do is sit down with

13   everybody in chambers and powwow with everybody on the

14   jury instructions, make sure everybody is on the same

15   page, and I'll make my rulings.

16         Same protocol for tomorrow morning, and

17   I'll let the jury go for the evening.

18         Thanks, guys.

19         (End of side-bar conference).

20         THE COURT:  Ladies and gentlemen, we're

21   sending you home at this point.

22         We will start cross-examination tomorrow

23   morning so as to not break that up.

24         We'll have you go home now and start that

25   tomorrow morning for cross.

1        So have a good evening.  8:30 tomorrow

2   morning in the jury room.  We'll call you up.

3            (Jury out).

4            THE COURT:  We are adjourned.

5            (Proceedings adjourned at 3:58 p.m.)

6                  - - - - -

7            C E R T I F I C A T E

8            I certify that the foregoing is a correct

9   transcript from the record of proceedings in the

10  above-entitled matter.

11

12

13

14  **/s/Susan Trischan**

15  /S/ Susan Trischan, Official Court Reporter

16  Certified Realtime Reporter

17

18  7-189 U.S. Court House

19  801 West Superior Avenue

20  Cleveland, Ohio 44113

21  (216) 357-7087

22

23

24

25

1                          **I N D E X**

2      **WITNESSES:**                                    **PAGE**

3        DIRECT EXAMINATION OF MIRANDA HELMICK        33

4        BY MR. McDONOUGH

5        DIRECT EXAMINATION OF MIRANDA HELMICK       112

6        (RESUMED)

7        BY MR. McDONOUGH

8

9

10                         *  *  *  *  *

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25