```
1                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF OHIO
2                          EASTERN DIVISION

3
       UNITED STATES OF AMERICA,       Case No. 15CR38
4
                 Plaintiff,
5                                       December 3, 2015
            vs.                         11:40 a.m.
6
       DAVID W. VICKERS,                Volume 4
7
                 Defendant.
8

9
                     TRANSCRIPT OF TRIAL VERDICT
10          BEFORE THE HONORABLE CHRISTOPHER A. BOYKO
                   UNITED STATES DISTRICT JUDGE
11                         AND A JURY

12
       APPEARANCES:
13
       For the Government:         Brian McDonough, AUSA
14                                 Kevin Filiatraut, AUSA
                                   Office of the U.S. Attorney
15                                 Northern District of Ohio
                                   801 West Superior Avenue
16                                 400 U.S. Court House
                                   Cleveland, Ohio  44113
17                                 (216) 622-3600

18     For the Defendant:          Greg McCormack, Esq.
                                   Jarrett McCormack, Esq.
19                                 McCormack & McCormack
                                   Suite 100
20                                 611 Lynnhaven Parkway
                                   Virginia Beach, Virginia  23452
21                                 757-463-7224

22     Court Reporter:             Susan Trischan, RMR, CRR, FCRR
                                   7-189 U.S. Court House
23                                 801 West Superior Avenue
                                   Cleveland, Ohio  44113
24                                 (216) 357-7087

25     Proceedings recorded by mechanical stenography.
       Transcript produced by computer-aided transcription.
```

1              THE COURT:  Please be seated, ladies and
2    gentlemen.
3              Good morning, everyone.
4              THE JURORS:  Good morning.
5              THE COURT:  ████████, you are the
6    foreperson?
7              A JUROR:  Yes, sir.
8              THE COURT:  Has the jury reached a verdict
9    in this case?
10             A JUROR:  We have, Your Honor.
11             THE COURT:  Please hand it to Ms. Huth.
12             A JUROR:  (Handing).
13             THE COURT:  Okay.  Mr. Vickers, would you
14   please stand and face the jury?
15             The verdict form, Count 1.  "We, the jury,
16   in this case having been duly impaneled and sworn, find
17   the defendant David W. Vickers guilty of distributing a
18   visual depiction, material involving the sexual
19   exploitation of minors, in violation of Title 18, United
20   States Code, Section 2252(a)(2) as charged in Count 1 of
21   the indictment."
22             It's dated December 3rd, 2015, and I have
23   all twelve signatures.
24             Verdict form, Count 2.  "We, the jury, in
25   this case having been duly impaneled and sworn, find the

|   |   |
|---|---|
| 1 | defendant David W. Vickers guilty of coercion and |
| 2 | enticement, in violation of Title 18, United States Code, |
| 3 | Section 2422(b), as charged in Count 2 of the |
| 4 | indictment." Dated December 3rd, 2015. I have all |
| 11:43:56  5 | twelve signatures. |
| 6 | Verdict form, Count 3. "We, the jury, in |
| 7 | this case having been duly impaneled and sworn, find the |
| 8 | defendant David W. Vickers guilty of traveling with |
| 9 | intent to engage in illicit sexual conduct, in violation |
| 11:44:14 10 | of Title 18, United States Code, Section 2423(b), as |
| 11 | charged in Count 3 of the indictment." Dated |
| 12 | December 3rd, 2015. I have all twelve signatures. |
| 13 | And I always poll the jury. |
| 14 | ▇▇▇▇, are those your verdicts, sir? |
| 11:44:37 15 | A JUROR: Yes. |
| 16 | THE COURT: ▇▇▇▇, are those your |
| 17 | verdicts, sir? |
| 18 | A JUROR: Yes. |
| 19 | THE COURT: ▇▇▇▇ -- |
| 11:44:43 20 | A JUROR: Yes. |
| 21 | THE COURT: -- are those your verdicts, |
| 22 | ma'am? |
| 23 | A JUROR: Yes. |
| 24 | THE COURT: Okay. ▇▇▇▇, are those your |
| 11:44:49 25 | verdicts, ma'am? |

```
 1                A JUROR:  Yes.
 2                THE COURT:  ████████, are those your
 3   verdicts, sir?
 4                A JUROR:  Yes.
 5                THE COURT:  Okay.  ████████████, are
 6   those your verdicts, ma'am?
 7                A JUROR:  Yes.
 8                THE COURT:  ████████, are those your
 9   verdicts, sir?
10                A JUROR:  Yes.
11                THE COURT:  ████████████, are those your
12   verdicts, sir?
13                A JUROR:  Yes.
14                THE COURT:  ████████, are those your
15   verdicts, sir?
16                A JUROR:  Yes.
17                THE COURT:  ████████████, are those your
18   verdicts, ma'am?
19                A JUROR:  Yes.
20                THE COURT:  ████████, are those your
21   verdicts, sir?
22                A JUROR:  Yes.
23                THE COURT:  And, ████████, are those your
24   verdicts, sir?
25                A JUROR:  Yes, sir.
```

Timestamps: 11:44:53 (line 5), 11:45:00 (line 10), 11:45:05 (line 15), 11:45:11 (line 20), 11:45:17 (line 25)

```
 1                    THE COURT:  I'm satisfied that, after
 2     polling the jury, the verdicts are in order.
 3                    Ladies and gentlemen, again thank you very
 4     much for your service.  I'll dismiss you now.  Go back to
 5     the jury room, this one on this floor here.  I'll be back
 6     to speak with you shortly.
 7                    All rise.
 8                    (Jury out).
 9                    THE COURT:  Please be seated, ladies and
10     gentlemen.
11                    All right.  Mr. Vickers, the only thing
12     remaining is to give you a sentencing date.
13                    Mr. McCormack, I have 3/8/16, March 8th,
14     2016 at 2:00 p.m.
15                    Would that fit into your schedule?
16                    MR. GREG McCORMACK:  One second, Your
17     Honor, please.
18                    THE COURT:  March 8th, 2016, 2:00 p.m.
19                    MR. GREG McCORMACK:  No, sir, I'm scheduled
20     to be in actually Okinawa in a trial.
21                    THE COURT:  Okay.  We'll get another
22     sentencing date.
23                    Chris.
24                    THE CLERK:  How long will you be out of
25     town?
```

```
 1                    MR. GREG McCORMACK:  That entire week,
 2    ma'am.
 3                    THE COURT:  Okay.  The following week?  How
 4    about Tuesday, March 15th, 2:00 o'clock?
 5                    MR. GREG McCORMACK:  March 15th, yes,
 6    ma'am, I'm scheduled in another case, but I can rearrange
 7    that.
 8                    THE CLERK:  Okay.
 9                    THE COURT:  Okay.  March 15th.
10                    Mr. Filiatraut, if that's okay with you.
11                    MR. FILIATRAUT:  Yes, Judge, thank you.
12                    THE COURT:  Okay.  3/15/16 at 2:00 p.m.
13    will be the sentencing date.
14                    MR. GREG McCORMACK:  Yes, Your Honor.
15                    THE COURT:  Okay.  Mr. McCormack, anything
16    further on behalf of the defense?
17                    MR. GREG McCORMACK:  No, Your Honor.
18                    THE COURT:  Mr. Filiatraut, on behalf of
19    the government?
20                    MR. FILIATRAUT:  No, Judge.  Thank you.
21                    THE COURT:  Thanks, everyone.  We're
22    adjourned.
23                    THE CLERK:  All rise.
24                    (Proceedings adjourned at 11:47 a.m.)
25                               - - - - -
```

Timestamps: 11:46:41 (line 5), 11:46:55 (line 10), 11:47:04 (line 15), 11:47:09 (line 20), 11:47:52 (line 25)

1 C E R T I F I C A T E

2 I certify that the foregoing is a correct

3 transcript from the record of proceedings in the

4 above-entitled matter.

8 **/s/Susan Trischan**

9 /S/ Susan Trischan, Official Court Reporter

10 Certified Realtime Reporter

12 7-189 U.S. Court House

13 801 West Superior Avenue

14 Cleveland, Ohio 44113

15 (216) 357-7087